```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN SCOTT,

                Plaintiff,

-against-

WPIX, INC.,

                Defendant.

10 CV 4622

REVISED SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

    Counsel for all parties having agreed to modify the Scheduling Order entered on October 15, 2010, a Revised Scheduling Order is hereby established as follows:

1. The parties shall submit any request for expert discovery by March 15, 2011;

2. The parties shall complete all discovery by April 1, 2011;

3. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by May 9, 2011;

4. This Court will hold a final pre-trial conference on May 20, 2011, at 10:15 a.m.

Dated: January 25, 2011

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*

Kenneth J. Rubinstein, Esq.
Haynes and Boone, LLP
*Counsel for Plaintiff*
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
(212) 659-7300

Edward Cerasia II, Esq.
Seyfarth Shaw L.L.P.
*Counsel for Defendant*
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5611