# EXHIBIT A

1                                                    1

2        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
3        ------------------------x

4        KAREN SCOTT,

5                      Plaintiff,

6               v.                     Case No. 10CV4622

7        WPIX, INC,

8                      Defendant.

9        ------------------------x
                                      January 26, 2011
10                                    9:38 a.m.

11

12

13            Deposition of KAREN SCOTT, taken by

14       defendant, pursuant to notice, at the offices

15       of Seyfarth Shaw, LLP, 620 Eighth Avenue, New

16       York, NY, before Allison Fowler, a shorthand

17       reporter and Notary Public of the State of

18       New York.

19

20

21

22

23

24

25

```
                                          Scott              10
 1
 2         Q.    Is there any reason today, either
 3    because of medication or other reasons that
 4    would you think prevent you from
 5    understanding any of my questions?
 6         A.    No, unless there's something in
 7    the Coke.
 8         Q.    You'd have to take it up with
 9    Coke, not me.
10               All right.  When were you first
11    employed by WPIX?
12         A.    1993.
13         Q.    And what was your job at that
14    time?
15         A.    I was -- I came in as the
16    executive producer for the News At Ten.
17         Q.    And there was only a 10 p.m. news
18    at that point?
19         A.    Yes.
20         Q.    And how long did you remain the
21    executive producer?
22         A.    Three years.
23         Q.    So in 1996, you changed jobs?
24         A.    Yes.
25         Q.    And then what was your title then?
```

```
                                          Scott              12
 1
 2    WPIX?
 3         A.    I believe it was in the year 2000.
 4         Q.    Okay.  And did you start reporting
 5    to her then?
 6         A.    Yes.
 7         Q.    Okay.  So from some point in 2000
 8    through August 26, 2009, you reported to
 9    Betty Ellen?
10         A.    Yes.
11               MR. CERASIA:  Can you mark this,
12         please.
13               (Position Description was marked
14         as Scott Exhibit 1, for identification,
15         as of this date.)
16         Q.    I'm going to show you what's been
17    marked as Scott deposition Exhibit 1, which
18    is a two-page document entitled WPIX TV
19    position description for the edition title of
20    the news director dated May 2005, and it's
21    stamped as WPIX 83 and 84.
22               Just take a minute and look at
23    that, and tell me if you've ever seen that
24    before.
25         A.    No.
```

```
                                          Scott              15
 1
 2    paragraph "responsibilities."  It says
 3    "responsible for overall supervision of the
 4    news department and for developing and
 5    executing strategies designed to make the
 6    station news product the audience leader in
 7    the market."  Do you agree with that?
 8         A.    Yes.
 9         Q.    Okay.  "Overall supervision of the
10    news department."  How many employees were in
11    the news department?  And let's just take
12    2009 when you last worked there,
13    approximately.
14         A.    Off the top of my head, I'd have
15    to sit down and look at some charts.  I
16    guess, 75 -- 75 maybe to 100, but that may be
17    including engineers that worked with us.  I'm
18    not sure though.
19         Q.    Okay.  And all of the employees in
20    the news department fell under your
21    responsibility, correct?
22         A.    Yes.
23         Q.    All right.  And that's true even
24    if there were layers of supervision between
25    you and employees?
```

```
                                          Scott              16
 1
 2         A.    I don't understand.
 3         Q.    For example, there's -- people who
 4    are part of the newspaper guild, let's take a
 5    sportswriter, right?
 6         A.    Oh, yes.
 7         Q.    The sportswriter didn't report to
 8    you directly, did he or she?
 9         A.    No.
10         Q.    Okay.  He reported to somebody
11    else, right, but you had ultimate
12    responsibility for those sportswriters,
13    correct?
14         A.    Yes.
15         Q.    Okay.  Is it fair to say that
16    between 2000 and 2009 then, you approximately
17    had responsibility between 75 to 100 plus
18    employees?
19         A.    Yes.
20         Q.    And that included responsibility
21    over the budget for the news department?
22         A.    To bring everything under -- yes.
23         Q.    Okay.  It included responsibility
24    for managing the performance or overseeing
25    the performance of all those employees?
```

Scott                                    17

1
2          A.      Yes.
3          Q.      It included negotiating talent
4    contracts?
5          A.      Yes.
6          Q.      You and I both understand, I'm
7    sure, what talent means, but for the record,
8    can you explain what the word talent means?
9          A.      Talent are the reporters, the
10   on-air people, the reporters, the anchors.
11         Q.      And you would have been, as the
12   news director, the person who would negotiate
13   either directly with individual talent or his
14   or her agents?
15         A.      Yes.
16         Q.      Would you also make decisions as
17   to whether to extend, renew, or terminate
18   some -- a talent's contract?
19         A.      That basically was Betty Ellen.
20         Q.      The final approval?
21         A.      Right.
22         Q.      But did you have decision-making
23   responsibility in connection with those
24   decisions?
25         A.      It all depended on the

---

Scott                                    18

1    circumstances.
2          Q.      Okay.  Did you make a
3    recommendation as to whether or not to extend
4    or terminate the contract of talent?
5          A.      Generally, I like to keep my
6    people.  I didn't fire them, I didn't want to
7    fire them.
8          Q.      Okay.  So then you would have made
9    a decision or at least given input as to
10   whether or not to extend somebody?
11         A.      Yes.
12         Q.      Okay.  And how about your role
13   with respect to union contracts?
14         A.      I sat in on negotiations with
15   them.
16         Q.      And what unions would those be?
17         A.      That would be the guild, the news
18   guild, that would be AFTRA.
19         Q.      How about IATSE?
20         A.      That would be the engineers.
21         Q.      And you wouldn't be involved in
22   those negotiations?
23         A.      No, that would be engineers.
24         Q.      How about IBEW, is that

---

Scott                                    19

1
2    engineering too?
3          A.      Yes.
4                  MR. CERASIA:  IATSE is I A T S E.
5          Q.      Was -- during the time that you
6    were the news director, and let's just look
7    at the time period of 2000 and 2009, okay?
8          A.      Okay.
9          Q.      And throughout today, that's
10   really just the time period I'm going to
11   focus on, all right?
12         A.      Okay.
13         Q.      Unless we ask about other
14   questions relating to a different time
15   period.
16                 Was that your understanding that
17   during that time period the news department
18   was supposed to make a profit?
19         A.      Yes, it's a business.
20         Q.      Okay.  Did the news department
21   have its own profit and loss statement?
22         A.      The -- Betty Ellen or the CFO,
23   when we were talking, they would have the
24   numbers on that.
25         Q.      And you would what, have a budget

---

Scott                                    21

1
2    make sure that the news department did not
3    exceed its expense numbers for the year,
4    right?
5          A.      Yes.
6          Q.      What are Nielsen ratings?
7          A.      Nielsen ratings are the people
8    meters that -- that measure the audience.
9          Q.      They, in essence, measure the
10   number of viewers in a certain geographic
11   region, right?
12         A.      Yes.
13         Q.      And Nielsen is an independent
14   third-party company unrelated to WPIX, right?
15         A.      Right.
16         Q.      To your knowledge, are all
17   television stations, at least in the New York
18   metro area, I guess, subscribers to Nielsen
19   ratings?
20         A.      Yes.
21         Q.      Do you know you whether or not
22   WPIX paid for Nielsen ratings to be given to
23   them?
24         A.      I assume that they did, because we
25   had Nielsen as someone that gave us the

Scott                    22

1
2   ratings.
3       Q.   As news director, was it also your
4   job responsibility to increase ratings for
5   the news programs?
6       A.   Yes.
7       Q.   Why is that?
8       A.   Well, we tried to -- to bring in
9   the audience to watch us so that we could
10  sell commercials.
11      Q.   And when you refer to selling
12  commercials, you mean to advertisers?
13      A.   Yes.
14      Q.   And how did advertisers pay for
15  commercial time?
16      A.   That's under Betty Ellen, that's
17  under sales.  I didn't deal with that.
18      Q.   Was the amount that an advertiser
19  paid for commercial time related to the
20  station's Nielsen ratings?
21      A.   Yes.
22      Q.   Directly related, right?
23      A.   I would think.
24      Q.   Do you have any reason to believe
25  otherwise?

Scott                    23

1
2       A.   No.
3       Q.   What was your understanding of
4   that direct relationship, was it based on a
5   rating of, like, a 1.2, or you paid a certain
6   amount of money per point, what was your
7   understanding?
8       A.   I think that -- I assume that the
9   more -- the higher our ratings go, the more
10  money we bring in.
11      Q.   So did you understand that as a
12  news director, it was your responsibility to
13  increase the ratings so that you could
14  increase revenue for the station?
15      A.   Yes, but I wasn't the solely one
16  that was responsible for that.
17      Q.   Who else do you think was
18  responsible for increased ratings?
19      A.   Betty Ellen.
20      Q.   She had ultimate responsibility
21  for the entire station as a general manager,
22  right?
23      A.   Yes.
24      Q.   Would you agree with me that as a
25  member of senior leadership at the station

Scott                    24

1
2   that you were only as good as the people that
3   reported to you?
4       A.   That's right.
5       Q.   In some respects?
6       A.   That's true.
7       Q.   Do you think that was true for
8   Betty Ellen as well?
9       A.   I don't know behind the scenes, so
10  I can't say.
11      Q.   Okay.  So going back to the
12  ratings and ad revenue, so if there's an
13  increase in viewers as measured by Nielsen,
14  that would mean that there's an increase in
15  revenue based on the sale of ads?
16      A.   I would assume that.
17      Q.   Okay.  Now, as a news director,
18  what show or shows were you responsible for?
19      A.   The News At Ten, the Morning News,
20  the political talk show that Marvin Scott did
21  weekly.
22      Q.   Anything else?
23      A.   Well, everything on a live basis
24  of cut-ins and breaking news.
25      Q.   The morning news show was launched

Scott                    25

1
2   when, in about 2003 or 2001?
3       A.   2001.
4       Q.   So the 10 p.m. news as a news
5   director, again the 2000 to 2009 time period,
6   you were responsible for that show during
7   those nine years, right?
8       A.   Yes.
9       Q.   The Morning News, you were
10  responsible for its launch in 2001 through
11  2009, right?
12      A.   Yes.
13      Q.   And how about Marvin Scott's show,
14  what was that time period?
15      A.   From the time that I was there,
16  the same as the News At Ten.
17      Q.   Okay.  And what titles of jobs
18  reported to you directly?
19      A.   Directly, well, the whole news
20  staff.  It would be the assistant news
21  director, the executive producers, it would
22  be the assignment desk personnel, including
23  the managing editor, it would be the writers.
24  I was responsible for all the writers, the
25  anchors and reporters.

Scott                                    29

1
2    not just say, oh, I wanted this guy or this
3    woman.  It was not like that, it was very
4    organized.
5        Q.   Okay.  Were there any EPs for the
6    morning show that you recommended hiring that
7    Betty Ellen would not let you hire?
8        A.   No.
9        Q.   Okay.  Were there any executive
10   producers for the 10 p.m. show that you
11   recommended hiring that Betty Ellen would not
12   let you hire?
13       A.   No.
14       Q.   Did you understand, as the news
15   director reporting to Betty Ellen, that your
16   performance was based on you meeting your P&L
17   expectations?
18       A.   There's a lot that came into that.
19       Q.   But you understood that one of the
20   things you were judged on was whether or not
21   you met your budget, correct?
22       A.   Oh, excuse me, I didn't
23   understand.  Yes, definitely.
24       Q.   And you understood that as news
25   director, you were judged on whether or not

---

Scott                                    30

1
2    the news department made a profit?
3        A.   Yes.
4        Q.   As you were expected to make a
5    profit, right?
6        A.   Yes.
7        Q.   And did you also understand that
8    as a news director reporting to Betty Ellen,
9    that your performance was based on the
10   ratings that the news programs received?
11       A.   Yes.
12       Q.   Okay.  Have you ever heard of the
13   term "three screens"?
14       A.   No.
15       Q.   With respect to Exhibit 1, if you
16   look at the top section where it says that
17   you were responsible for developing and
18   executing strategies designed to make the
19   station's news product the audience leader in
20   the market?
21       A.   Uh-huh.
22       Q.   What did you understand that to
23   mean?
24       A.   Well, we have to be updated with
25   everything that goes on and implement.  The

---

Scott                                    31

1
2    engineering department implemented it, but.
3        Q.   What -- that includes on-air news,
4    right?
5        A.   Yeah, yeah.
6        Q.   Which would be, obviously, the 10
7    p.m. show, right?
8        A.   10 p.m.
9        Q.   And the Morning Show?
10       A.   And the morning.
11       Q.   Would it include the use of
12   online --
13       A.   Yes.
14       Q.   -- communication?
15       A.   Yeah.
16       Q.   Like what?
17       A.   Well, I mean, when all the
18   computers came in and then, we, after that,
19   it grew for blogs and headed on blogging.
20   Twitter was coming in and of its own when I
21   left.  We had clip edit at the desk, we were
22   the first ones in the City to have that.  I
23   saw it at NAB, and I fell in love with it,
24   and I was with my engineers at the time, and
25   it was very good because it allowed people,

---

Scott                                    34

1
2        A.   No.
3        Q.   Throughout WPIX and even the
4    Tribune system, was there a real emphasis, at
5    least over the least three or four years that
6    you were the news director, to focus on
7    delivering throughout the day feeds to the
8    internet, whether it's Twitter or Facebook or
9    postings to the website?
10       A.   Yes.
11       Q.   Do you know why?
12       A.   What do you mean?
13       Q.   Why, why is that important to do?
14       A.   Well, I mean, because that's the
15   way to get the news back and forth, but as
16   far as, I never wanted to go on Facebook
17   because we had problems with a lot of
18   stalkers, and, you know, on Facebook people
19   get on, and in my e-mail alone, there was
20   like at least 200 a day.  I mean, to keep on
21   top of that, I just did not have time for the
22   Facebook.
23       Q.   You, yourself, or you mean the
24   station?  When you say you didn't have time
25   for Facebook, do you mean you personally or

```
                                    Scott                    35
 1
 2    the station?
 3         A.     Personally.
 4         Q.     And how about the station, did you
 5    think it was important for the station --
 6         A.     Yes, and people around me that
 7    were on Facebook.
 8         Q.     Like who?
 9         A.     John Houseman, my staff.
10         Q.     Do you know whether or not WPIX
11    sold any ads with respect to online viewing?
12         A.     Yes, they did.
13         Q.     Do you know how revenue was
14    determined or how prices were set for online
15    advertisers?
16         A.     That wasn't my -- that wasn't my
17    issue.  That was sales, based on them.  Betty
18    Ellen worked with them.
19         Q.     Do you know whether or not, for
20    example, advertisement was based on the
21    number of viewers that looked at the website?
22         A.     Yes.
23         Q.     So did you understand that part of
24    your responsibility was to increase the
25    number of viewers to look at the website?
```

```
                                    Scott                    36
 1
 2         A.     Overall, yes.
 3         Q.     Do you know Doug Vannoni?
 4         A.     Yes.
 5         Q.     What was his job at WPIX?
 6         A.     He had a lot of jobs.  The latest
 7    one, he worked in the computer area.
 8         Q.     And how about John Ziegler, do you
 9    know him?
10         A.     Yes, he's the -- I don't know if
11    he's still there, but he was a creative
12    services person.
13         Q.     Was he at the same level as you in
14    the corporate hierarchy?
15         A.     No, he was a department head.
16         Q.     Like you?
17         A.     Like I was.
18         Q.     Was there ever a time that Betty
19    Ellen suggested or told you to sit down with
20    John and Doug to learn about Facebook,
21    Twitter, and other modes of online?
22         A.     No, never.
23         Q.     Never?
24         A.     Never.
25         Q.     Did you ever receive any training
```

```
                                    Scott                    40
 1
 2    level of terror alerts, right?
 3         A.     Yeah.
 4         Q.     So that the -- what was going on
 5    around the world became more of an issue for
 6    New York, for example, itself, right, because
 7    the terrorist attacks were primarily focused
 8    here?
 9         A.     Yes.
10         Q.     Would you also agree that with the
11    internet and Twitter and all of those types
12    of online interactive media, that it became
13    vital for WPIX to break the news, so to
14    speak, throughout the entire day, as opposed
15    to wait until the 10 p.m. show.  Is that fair
16    to say?
17         A.     Oh, yes.
18         Q.     Because, let's say in the 90s, for
19    example, when you didn't have a website or
20    you didn't have Twitter or you didn't have
21    Facebook, your only way really of breaking
22    the news to your audience was at 10 p.m.,
23    right, for the first time throughout the day,
24    unless there was some breaking story that you
25    wanted to share?
```

```
                                    Scott                    45
 1
 2    and after that, I would send it back, because
 3    it had to go back to HR, and go through the
 4    system.
 5         Q.     Do you ever remember for any of
 6    these years, ever writing any comments to
 7    your performance evaluation?
 8         A.     Well, I may have talked to Betty
 9    Ellen a little bit about my -- you know, say
10    I received it, and thank you for some of the
11    comments.
12         Q.     But do you ever recall submitting
13    anything in writing in response to any
14    performance evaluation during this 2003 to
15    2006 time period?
16         A.     No, because I didn't have any
17    issue with what she was saying.
18         Q.     Let's look quickly just at the
19    first one, 2003, under business acumen, the
20    first box, and just look at the last
21    sentence, it says "Karen has been working on
22    a more formal approach to progressive
23    discipline, and I'd like to see her continue
24    her developmental progress in this area."  Do
25    you see that?
```

Scott                47

```
1                    Scott                47
2          Q.    This review, which has five
3    categories, of which you got of four for four
4    of them and a five for leadership, right --
5          A.    Right.
6          Q.    -- for 2003?
7          A.    Right.
8          Q.    Would you consider this to be a
9    stellar evaluation or just a pretty solid
10   evaluation?
11         A.    I think it's a very good
12   evaluation.
13         Q.    But would you agree with me, it's
14   not stellar?
15         A.    What do you mean by stellar?
16         Q.    What do you mean by stellar, how
17   would you characterize stellar?
18         A.    The best of the best, I mean, you
19   know, but, A plus, plus, no, but it's a good
20   evaluation.
21         Q.    But you wouldn't call it stellar?
22         A.    I think it was pretty solid.
23         Q.    Would you call it stellar?
24         A.    I don't like that word.
25         Q.    Why not?
```

```
1                    Scott                48
2          A.    It's just a word that I wouldn't
3    use, that's all.
4          Q.    Okay.  Look at the 2004
5    evaluation.  It shows that in innovation, you
6    went from a four to a three in 2004, right?
7          A.    Well --
8          Q.    If you compare those two just
9    those by the numbers?
10         A.    Uh-huh.
11         Q.    And then with respect to
12   leadership, you went from a five to a four,
13   right?
14         A.    Okay.
15         Q.    So you went down in this
16   evaluation, correct, as compared to 2003,
17   yes?
18         A.    Yes.
19         Q.    By the way, with respect to 2003,
20   do you think that Betty Ellen was fair to you
21   with this evaluation?
22         A.    2003 -- hold on one second,
23   please.
24         Q.    Sure.
25               MR. RUBINSTEIN:  It's the first
```

```
1                    Scott                49
2    one.
3          A.    In which category?
4          Q.    The whole overall performance
5    review.
6          A.    Yes.
7          Q.    Is there anything in your 2003
8    evaluation that you believe is discriminatory
9    because of your age?
10         A.    No.
11         Q.    The 2004 evaluation, is there
12   anything in this evaluation which you believe
13   Betty Ellen was treating you unfairly?
14         A.    No.
15         Q.    Is there anything in the 2004
16   evaluation that you believe shows that Betty
17   Ellen discriminated against you because of
18   your age?
19         A.    No.
20         Q.    In 2004, in the first box again
21   under business acumen, it makes reference
22   again to you needing to develop a more formal
23   approach for progressive discipline, right?
24         A.    Yes.
25         Q.    Okay.  And then on the second
```

```
1                    Scott                53
2    writing, and several times, they were over
3    the top, out of control, we had to do that.
4          Q.    Okay.
5          A.    But it wasn't an everyday thing.
6    I mean, it wasn't like people were running
7    amuck.  We were a team, we were family down
8    there, and everyone protected each other's
9    backs.
10         Q.    By the way, did you have a good
11   working relationship with Jean Maye?
12         A.    Yeah, I didn't -- yeah, we did.
13         Q.    And to your knowledge, was there
14   any animosity or hostility between the two of
15   you?
16         A.    No, she was the HR director.  When
17   we had big issues, right away, I called her.
18   Right away, she came down to my office, we
19   sat together before we brought the people in,
20   we both decided how we were going to do it.
21   We had a united front for every one of our
22   people that we needed to talk to.  I -- as
23   far as I felt, we had a -- we had a pretty
24   good, you know, communication.
25         Q.    Did you think she was a fair
```

```
                                          Scott                54
1
2     person?
3          A.    Yes.
4          Q.    Okay.
5          A.    Yes.  Yes, I did.
6          Q.    Do you ever believe that she ever
7     did anything to you or towards you because of
8     your age?
9          A.    Not -- not that I'm aware of.  I
10    mean, maybe someone else's, but not that I
11    know.
12               MR. CERASIA:  Okay.  We'll stop
13          here.
14               THE VIDEOGRAPHER:  Stand by,
15          please.  This is the end of tape number
16          one.  The time is 10:37 a.m.
17               (Pause.)
18               THE VIDEOGRAPHER:  This is tape
19          number two of the deposition of Karen
20          Scott.  We are now on the record at
21          10:48 a.m., you may continue.
22    BY MR. CERASIA:
23          Q.    With respect to your 2004
24    evaluation, would you characterize this
25    evaluation as stellar?
```

```
                                          Scott                55
1
2          A.    No.
3          Q.    While you were the news director,
4     the news programming or the department won
5     several awards, correct?
6          A.    Yes.
7          Q.    And did you yourself,
8     individually, win some awards?
9          A.    Yes.
10         Q.    Do you know whether or not any
11    advertisers ever pay the station for
12    advertising based on awards won?
13         A.    That's a good promotion.
14         Q.    Do you know whether or not or not
15    they ever pay money?
16         A.    No, I have no idea.
17         Q.    It's your understanding that they
18    only pay based on the ratings?
19         A.    No, but they --
20         Q.    I'm just asking what you
21    understand.
22         A.    Okay.  Repeat the question.
23         Q.    Sure.  Do you understand that
24    advertisers, I think you testified, they pay
25    advertising dollars based on the ratings for
```

```
                                          Scott                56
1
2     the news show, right?
3          A.    Yes.
4          Q.    And I'm asking you whether you
5     have any belief that an advertiser pays any
6     money for advertising based on awards won
7     either by the station or its news director?
8          A.    I feel that the awards that any
9     station wins is part of an image, a positive
10    image of the station and the people that work
11    there, and that being said, I think that
12    would help advertisers to come in.
13         Q.    Okay.  Do you know whether or not
14    any advertisers actually did pay advertising
15    dollars --
16         A.    I don't know.
17         Q.    -- because of the awards?
18               If you look at the 2005
19    evaluation, which is the sixth page of
20    Exhibit 2, 67th page, I should say, the
21    evaluation, the scoring, dropped in each
22    category, correct?
23         A.    Uh-huh.
24         Q.    I stand corrected, except for one.
25    Innovation stayed the same at a three, right,
```

```
                                          Scott                57
1
2     compared to 2004, right?
3          A.    Right.
4          Q.    Do you know whether or not you
5     ever wrote any rebuttal to this evaluation?
6          A.    I don't remember.
7          Q.    Do you claim that there's anything
8     in this evaluation that you would
9     characterize as unfair?
10         A.    No.
11         Q.    Do you claim that there's anything
12    in this evaluation that you claim Betty Ellen
13    put in there to discriminate against you
14    because of your age?
15         A.    No.
16         Q.    If you look at the last box,
17    "results orientation" on page one, which is
18    the bottom right-hand number, WPIX474.  Okay?
19         A.    Right.
20         Q.    The first sentence says, "the
21    ratings for both the morning and evening
22    newscast have gone down dramatically, and it
23    has resulted in a negative P&L for news."  Do
24    you agree with that statement?
25         A.    I don't -- I don't remember
```

Scott                                  59

1
2      A.   I don't remember.
3      Q.   What's a sweep?
4      A.   A sweep is -- a sweep is the
5  ratings in about four or five different
6  months during the year that -- that we are
7  counting -- we are counted.
8      Q.   Do you know what those months are?
9      A.   Yes.
10      Q.   Which ones, what are they?
11      A.   Well, February -- I mean, the
12  major ones now.  February, May, July, but
13  it's not as serious, and October, but it's
14  not that big, November is big.
15      Q.   Did you get ratings on a daily
16  basis for both the morning and evening news
17  show?
18      A.   Yes.
19      Q.   And then what you're saying is
20  that the sweep months were the more important
21  ratings, right?
22      A.   Yes.
23      Q.   Do you know why?
24      A.   Do I know, because that's
25  advertisers, that's where they, they put

Scott                                  60

1  their emphasis on those months.
2      Q.   Okay.  Out of the four months,
3  that being February, May, July and November,
4  out of those four months, were there any
5  months in particular that were more important
6  than the other three?
7      A.   Well, we all consider it very
8  important.  The May book is important, the
9  November book is very important.
10      Q.   Is the November book more
11  important than the May book?
12      A.   I always treated it as being very
13  important.
14      Q.   Why is that?
15      A.   Because it's our ratings.
16      Q.   But why November versus the other
17  three months that you think were more
18  important?
19      A.   Well --
20      MR. RUBINSTEIN:  I don't think --
21      Q.   Let me ask you this, did you
22  perceive the May -- or excuse me, the
23  November ratings book to be more important
24  than the other three books?

Scott                                  61

1      A.   The May book was very big.
2      Q.   Do you know whether or not any
3  yearly forecasts were based off the November
4  ratings?
5      A.   I don't remember now.
6      Q.   Okay.  Your 2005 evaluation, would
7  you call that stellar?
8      A.   No.
9      Q.   Okay.  Look at the second page of
10  your 2005 evaluation, it's the final box
11  under additional information.  Why don't you
12  read that to yourself, and tell me where
13  you're done.
14      A.   Where are you?
15      Q.   If I may point.
16      A.   Okay.  Thank you.
17      Q.   Yes, right there.
18      Is there anything in those, I
19  guess four or five sentences, with which you
20  disagree?
21      A.   No.
22      Q.   Okay.  Did you have any concern
23  about your job after receiving this
24  evaluation?

Scott                                  64

1  that the ratings in 2005 were dramatically
2  lower than 2004?
3      A.   I'd have to see them.
4      Q.   Was it your recollection at least
5  they were down from '04 to '05?
6      A.   Again, I'd have to see them.
7      Q.   Well, do you have any reason to
8  believe this is wrong?
9      A.   Probably not.
10      Q.   Okay.  Did you have the same pay
11  scale approximately in 2004 that you had in
12  2005?
13      A.   Yes.
14      Q.   Did you have that same pay scale
15  throughout the time that you were at the
16  station as a news director?
17      A.   Yes.
18      Q.   Did you always feel that you were
19  the lowest in the City or close to it on the
20  pay scale?
21      A.   Yes.
22      Q.   But even so, you had some very
23  good years where your ratings were high,
24  right?

Scott                                                          65

1
2    A.    In spite of it, yes.
3    Q.    So even when you had what you'll
4    call less resources than competitors, you
5    beat your competitors at times, right?
6    A.    Yes.
7    Q.    Why don't you go to 2006.   In
8    comparison to 2005, you actually went up in
9    every category, right?
10   A.    Yes.
11   Q.    And under business acumen, the
12   last sentence again.   For the fourth year in
13   a row Betty Ellen noted that you needed to do
14   a better job of implementing progressive
15   disciplinary standards, right?
16   A.    Okay.
17   Q.    If you look at "customer
18   orientation."
19   A.    Customer orientation.
20   Q.    Second box, on the first page of
21   the 2006 evaluation.
22   A.    Okay.
23   Q.    Last sentence says, "she has
24   effectively mended a strained relationship
25   with creative services, which has resulted in

Scott                                                          66

1    a higher quality of work," is that John
2    Ziegler?
3    A.    Creative services would be John
4    Ziegler at the time.
5    Q.    Did you -- was there a period of
6    time where you had a strained relationship
7    with him?
8    A.    Not really, no.
9    Q.    Do you know if you ever wrote a
10   rebuttal to this review?
11   A.    No, I don't remember.
12   Q.    Okay.   Would you agree with me
13   that compared to 2005, that by rating you
14   higher in 2006, that Betty Ellen treated you
15   favorably?
16   A.    Yes.
17   Q.    Is there anything in this
18   evaluation that Betty Ellen prepared for you
19   in 2006 that you claim was unfair?
20   A.    No.
21   Q.    Is there anything in this 2006
22   evaluation that Betty Ellen included in here
23   that you claim was discriminatory because of
24   your age?
25

Scott                                                          67

1
2    A.    No.
3    Q.    Would you call this 2006 review
4    stellar?
5    A.    No.
6    Q.    Look at the last page of the 2006
7    review, the last box.   It says, "Karen has
8    effectively managed the news department
9    through a very difficult time.   The
10   introduction of LPM and the collapse of the
11   network."   Now, LPMs are local people meters,
12   right?
13   A.    Yes.
14   Q.    That's a Nielsen thing?
15   A.    Yes.
16   Q.    Did Nielsen change its use of
17   meters or the method by which it tested --
18   A.    Yes.
19   Q.    -- ratings?
20   A.    Yes, it did.
21   Q.    And that was something that you
22   had to and the whole station had to get used
23   to?
24   A.    Yes.
25   Q.    And that was true for every other

Scott                                                          69

1
2    --
3    A.    Not as high.
4    Q.    No, no.   What do you mean when you
5    refer to what you said was a quote lead-in,
6    what is that?
7    A.    The lead-in is the programming
8    before the news.
9    Q.    So the news is on at 10 o'clock,
10   so the lead-in would be the 9:00 or 9:30
11   show?
12   A.    Right, exactly.
13   Q.    So whatever show that was?
14   A.    Right.
15   Q.    You did not believe, at least in
16   your opinion, that the CW lead-in was as good
17   as the WB lead-in?
18   A.    Yes, probably.
19   Q.    Now, did the other Tribune
20   stations around the country have the exact
21   same lead-in that WPIX had?
22   A.    Yes, they do.
23   Q.    So for example, what is it, KTLA
24   out in Los Angles, yes?
25   A.    Yes.

```
                                        Scott              70
 1
 2        Q.    Would have the same lead-in 9
 3   o'clock to 10 o'clock show that WPIX in New
 4   York had, right?
 5        A.    I assume.
 6        Q.    And that would be the same thing,
 7   for example, WGN in Chicago, correct?
 8        A.    Yes.
 9        Q.    Did you have a lead-in for the
10   morning show?
11        A.    At times, yes.
12        Q.    What was the morning show, what
13   time did it start on-air?
14        A.    Well, we're -- we -- the hours
15   changed, but basically, 4:30 to 9:00.
16        Q.    9:00 a.m.?
17        A.    Uh-huh.
18        Q.    And sometimes there was a lead-in
19   show, and sometimes there wasn't?
20        A.    Well, no, there's always something
21   before it, but it changed.  I don't remember
22   exactly.  There was a game show once, there
23   was, I think we put in some Honeymooners, but
24   it varied.
25        Q.    It was something over which WPIX
```

```
                                        Scott              72
 1
 2   believe that you received an evaluation for
 3   2008, a written evaluation?
 4        A.    I would believe so.  I -- I don't
 5   understand if I have it all, that I had it
 6   every year, that all of a sudden it stopped.
 7        Q.    Was there a change in ownership of
 8   Tribune at some point?
 9        A.    Yes.
10        Q.    Do you know when that was?
11        A.    December, the Zell -- Sam Zell
12   bought the company in December of '07.
13        Q.    Did any of the personnel policies
14   or performance management policies change
15   when there was a new owner?
16        A.    Yes, I'm sure it did.
17        Q.    Do you recall?
18        A.    Well, that would be -- that would
19   be -- I don't recall, I don't recall.
20        Q.    Do you know whether or not you,
21   yourself, prepared written performance
22   evaluations for the people who directly
23   reported to you in either 2007 or 2008?
24        A.    I'm pretty sure in 2007, I'm not
25   sure about 2008.
```

```
                                        Scott              76
 1
 2        Q.    Now, look at the second page,
 3   2008, it shows that your annual rate
 4   increased up to $246,997 for the year, right?
 5        A.    Yes.
 6        Q.    Do you know who made that decision
 7   to give you a salary increase?
 8        A.    Yes.
 9        Q.    Who?
10        A.    I assume Betty Ellen.
11        Q.    Do you agree that that was a
12   favorable decision, favorable in the sense,
13   meaning to you?
14        A.    Yes.
15        Q.    And then it shows that your
16   incentive pay now was $75,000, right?
17        A.    Yes.
18        Q.    So that went up from $68,000?
19        A.    Yes.
20        Q.    Again, you understood that that
21   discretionary pay was awarded by Betty Ellen?
22        A.    Yes.
23        Q.    And would you consider that to be
24   a favorable decision?
25        A.    Yes.
```

```
                                        Scott              77
 1
 2        Q.    Do you claim that any part of your
 3   2008 pay was discriminatory to you because of
 4   your age?
 5        A.    No.
 6        Q.    Do you know what you were eligible
 7   to receive as far as a bonus in 2008?
 8        A.    No.
 9        Q.    And then in 2009, your
10   compensation stayed the same, correct?
11        A.    Okay.
12        Q.    Meaning, I'm sorry, your annual
13   salary stayed at $246,997?
14        A.    Right.
15        Q.    Was there something that happened
16   in December of 2008 to the company?
17        A.    Bankruptcy.
18        Q.    Its parent company, Tribune
19   Company, filed for Chapter 11 bankruptcy,
20   correct?
21        A.    Yes.
22        Q.    Did that bankruptcy, in your view,
23   put more pressure on you in your role as the
24   news director at WPIX?
25        A.    Yes.
```

Scott                                      78

1
2    Q.    In what way?
3    A.    There -- it was new managers.
4    Q.    There were new managers at the
5  time of the bankruptcy or before the
6  bankruptcy?
7    A.    Well, before, but they became --
8  they visited a lot more.
9    Q.    Okay.  Well, let me ask you this.
10 We talked about when Sam Zell or his group
11 bought the company, it went from being a
12 publicly-traded company to an employee stock
13 ownership plan, right?
14   A.    Right.
15   Q.    And there were new managers that
16 came in the end of 2007 with that change
17 in ownership?
18   A.    December of '07.
19   Q.    Do you believe that your job
20 became harder after that?
21   A.    Same job.  Just -- for me, it
22 didn't become harder, we just kept doing what
23 we were doing.
24   Q.    Did you feel more pressure then in
25 your role as news director?

Scott                                      79

1
2    A.    I don't remember.
3    Q.    How about after the bankruptcy
4  filing in December 2008, did you feel more
5  pressure to succeed as a news director at
6  WPIX?
7    A.    The pressure was on all the
8  department heads.
9    Q.    And on the general manager, Betty
10 Ellen too, right?
11   A.    Oh, definitely.
12   Q.    Is it fair to say that after the
13 bankruptcy filing, there was a real focus on
14 profitability?
15   A.    Yes.
16   Q.    More so than in the past?
17   A.    I don't know.  I don't remember if
18 it was more so than in the past, but.
19   Q.    Okay.  How about as far as the
20 need to control expenses, did you see a
21 change in focus or the amount of pressure on
22 you to control expenses after the bankruptcy
23 compared to before the bankruptcy filing?
24   A.    Yes.
25   Q.    In what way?

Scott                                      82

1
2  point before 2005 whether the news department
3  had operated as a loss?
4    A.    I don't remember.
5    Q.    Okay.  This last sentence of that
6  first full paragraph starts out with, it's
7  the third line from the bottom over to the
8  right, starts out, it says, "ultimately,
9  Karen, you're responsible for the news, so
10 I'm asking you to please take a hard look at
11 what we're doing and make some difficult
12 decisions.  Everyone's future is on the line
13 here.  I need you to take a leadership role
14 here, and get us back on track before it's
15 too late."  You did understand that you were
16 responsible for the overall news, right?
17   A.    Yes.
18   Q.    And is it fair to say that these
19 were some dire circumstances that you were
20 facing?
21   A.    Yes.
22   Q.    In fact, at least in the morning
23 show, it said that you were in dead last
24 place and consistently losing to CBS, right,
25 that's the sixth and the seventh line, right?

Scott                                      83

1
2    A.    Yes.
3    Q.    Did you understand that to mean
4  that your ratings were lower?
5    A.    Yes.
6    Q.    Okay.  So when you're comparing to
7  yourself to the other competitors, you're
8  always doing so based on the ratings, right?
9    A.    Yes.
10   Q.    And they're all subject to the
11 exact same Nielsen studies and research that
12 you are, right?
13   A.    Yes.
14   Q.    So for example, I understand that,
15 and correct me if I'm wrong, you believe that
16 the Nielsen ratings were flawed, right?
17   A.    Yes.
18   Q.    And you believed that Betty Ellen
19 and others thought that Nielsen ratings were
20 flawed, right?
21   A.    Yes.
22   Q.    But you also believed that all the
23 other stations in New York City had the exact
24 same belief that those ratings were flawed,
25 right?

```
                    Scott          84
 1
 2        A.    Yes.
 3        Q.    So everybody was subjected, if the
 4   ratings were flawed, they were all subjected
 5   to the exact same flawed ratings, right?
 6        A.    Right.
 7        MR. CERASIA:  Can you mark this as
 8   five, please.
 9        (May 23, 2005 E-mail was marked as
10   Scott Exhibit 5, for identification, as
11   of this date.)
12        Q.    I'm showing you what's been marked
13   as Scott deposition Exhibit 5.  It's a series
14   of two May 23, 2005 e-mails, one from Betty
15   Ellen to you and Mike Gano and Jean Maye, and
16   then a response from you to those
17   individuals.
18        Who is Bob Conover, is that how
19   you say his name?
20        A.    Yes.
21        Q.    What role did he have?
22        A.    He was a technical director,
23   director of news.
24        Q.    Of news?
25        A.    Of news.
```

```
                    Scott          85
 1
 2        Q.    And he reported to you?
 3        A.    No, he reported to engineering.
 4        Q.    To Mike Gano?
 5        A.    Yes, to Mike Gano.
 6        Q.    Mike Gano is the chief engineer at
 7   the time?
 8        A.    He's the head of the department,
 9   chief engineer.
10        Q.    And what was -- do you know what
11   the problem was with respect to him and what
12   impact he was having on the show?
13        A.    What -- what issue, as far as what
14   was the whole issue or what -- what are you
15   asking?  I'm sorry.
16        Q.    Well, it seems like he was put on
17   a performance improvement plan.  Were you
18   aware of that?
19        A.    No, because I -- it never came
20   through my office.  It was HR, and I would --
21   excuse me, I would assume it's HR and the
22   department head.
23        Q.    Okay.
24        A.    And when that happens, I assume
25   that they never -- I never heard from Mike
```

```
                    Scott          90
 1
 2   company, but it was basically Dan.
 3        Q.    Is he recognized as somebody who
 4   is a leading consultant in the New York area
 5   news --
 6        A.    Yes.
 7        Q.    -- business.
 8        MR. CERASIA:  Okay.  I'll take
 9   that.
10        Can you mark this as seven,
11   please.
12        (September 21, 2005 E-mail was
13   marked as Scott Exhibit 7, for
14   identification, as of this date.)
15        Q.    I'm showing you what's been marked
16   as Scott deposition Exhibit 7.  It's two
17   e-mails from Betty Ellen to you and you back
18   to her, September 21, 2005, bearing WPIX 148.
19   Tell me after you've taken a look at that.
20        Have you had a chance to look at
21   that?
22        A.    Uh-huh.
23        Q.    The title of this e-mail from
24   Betty Ellen to you said, "in light of the
25   recent events in the news departments in
```

```
                    Scott          91
 1
 2   Philadelphia and San Diego," do you know what
 3   that refers to?
 4        A.    I believe -- I believe at that
 5   time, I believe that was outsourcing the
 6   news.
 7        Q.    So Tribune made a decision in
 8   those two markets to outsource the news
 9   department, correct?
10        A.    Right.
11        Q.    And Betty Ellen, is it fair to say
12   was concerned that that could happen to WPIX
13   in light of the fact that you were losing so
14   much money?
15        A.    Yes.
16        Q.    And was that a concern of yours as
17   well?
18        A.    Yes.
19        Q.    Is there anything in this e-mail
20   that Betty Ellen sent to you with which you
21   disagree?
22        A.    No.
23        Q.    Is there anything in this e-mail
24   that you claim is discriminatory towards you
25   because of your age?
```

```
                                    Scott                    92
 1
 2        A.    No.
 3              MR. CERASIA:  Mark that as 8,
 4        please.
 5              (October 20, 2005 E-mail was
 6        marked as Scott Exhibit 8, for
 7        identification, as of this date.)
 8        Q.    I'm showing you what's been marked
 9    as Scott deposition Exhibit 8, which is an
10    October 20, 2005 e-mail from Betty Ellen to
11    you, the subject is "the News At Ten."
12              Would you take a look at it and
13    tell me after you've had a chance to review
14    it.
15              THE VIDEOGRAPHER:  We have about
16        five minutes left on this tape.
17              MR. CERASIA:  Okay.
18        Q.    Have you had a chance to review
19    it?
20        A.    Yes.
21        Q.    Okay.  Do you remember receiving
22    this e-mail?
23        A.    Honestly, I don't, but I saw this
24    copy in the e-mails that you sent my lawyer.
25        Q.    Okay.  In the second paragraph it
```

```
                                    Scott                    99
 1
 2        Q.    And who is Steve Charlier?
 3        A.    I believe when I was there, he --
 4    he was one of the -- Sam Zell's management
 5    team.  At the time, I think he was head of
 6    news, news broadcasting.
 7        Q.    Was he the senior vice president
 8    of the news, to your knowledge?
 9        A.    I don't remember his title.
10        Q.    When you say head of news
11    broadcasting, would that be for all of the
12    Tribune TV stations?
13        A.    I believe that, yes.
14        Q.    Did you have interaction with him
15    after he joined the company?
16        A.    Yes.
17        Q.    Direct interaction?
18        A.    Once in a while.
19        Q.    Would that be face to face, over
20    the phone, e-mail, what?
21        A.    Basically, he would come in to the
22    news room and go -- go to the different
23    properties.
24        Q.    How many times do you think you
25    met him?
```

```
                                    Scott                   100
 1
 2        A.    A dozen maybe.  A dozen.
 3        Q.    So that would have been from what,
 4    he came on board at some point in 2008, or
 5    you don't know?
 6        A.    I don't know.  I don't want to
 7    take a guess, but it was of course after they
 8    bought the company.
 9        Q.    Was, in your mind, there any
10    animosity or hostility between the two of
11    you?
12        A.    No.
13        Q.    Did he treat you professionally?
14        A.    Yes.
15        Q.    Was there ever a time that he ever
16    yelled at you?
17        A.    No.
18        Q.    Do you claim that he did anything
19    towards you that you believed was
20    discriminatory because of your age?
21        A.    Not that I know.
22        Q.    Okay.  Do you claim that he ever
23    treated you unfairly?
24        A.    No.
25        Q.    Did you ever have discussion with
```

```
                                    Scott                   109
 1
 2              (October 28, 2005 E-mail was
 3        marked as Scott Exhibit 9, for
 4        identification, as of this date.)
 5        Q.    I'm showing you what's been marked
 6    as Exhibit 9, which is an October 28, 2005
 7    e-mail from Betty Ellen to you, the subject
 8    is last night's news numbers.  Tell me after
 9    you've had a chance to read it, please.
10        A.    Okay.
11        Q.    Have you had a chance to look at
12    it?
13        A.    Yes, I did.
14        Q.    The last or second to last
15    paragraph starting with "needless to say,"
16    "the news part of the operating plan did not
17    go well," do you know what that means?
18        A.    The -- no.  I mean, I can assume,
19    maybe the numbers.
20        Q.    Do you think it was budgeting for
21    the 2006 year?
22        A.    I don't know, but it may have
23    been.
24        Q.    Do you know what it means when
25    Betty Ellen writes, "our two-year P&L was in
```

Scott                110

1    essence rejected"?
2         A.    Right.
3         Q.    Do you know what that means?
4         A.    Ask the question again.
5         Q.    Do you know what that means, what
6    it refers to, "our two-year P&L of projected
7    losses was in essence rejected"?
8         A.    Right, yes.
9         Q.    What's that mean?
10        A.    It means they wanted us to earn
11   more and we hadn't.
12        Q.    So in October of 2005, would it
13   then be fair to say that this was some
14   projections for 2006 and going forward, that
15   she was working at senior management at
16   Tribune to get approval for your budget?
17        A.    Yes.
18        Q.    And that was rejected, that was
19   your understanding, right?
20        A.    I didn't know about this.
21        Q.    You don't think you got this
22   e-mail?
23        A.    I don't remember this.  Let's just
24   say I don't remember this.

Scott                112

1    the lead-ins, the lead-ins, I couldn't do
2    anything with.  That was Betty Ellen's --
3    that was Betty Ellen's area, she dealt with
4    the network , she dealt with what they were
5    putting on in front of us.  Our lead-ins,
6    compared to Fox, just Fox, I can go through
7    the whole thing, but for Fox 5, we would --
8    I'm just gonna -- we would get lead-ins like,
9    I'm talking in general, 1.2, 1.3, maybe 1.5
10   or not even, and then you'd go over to
11   lead-ins on Fox 5, they would go with
12   American Idol or any other programs they had,
13   they had great programming.  They would come
14   in with tens, nines, sometimes even 20s.  I
15   mean, it was just outrageous, it was like
16   looking at a Superbowl number, and so when
17   you have, say Fox 5 and their -- and you have
18   Fox 5 and their lead-in is that high, they
19   start there, where our lead-in, we would have
20   to try and move up and it was very difficult.
21   Those are the two major things that we all
22   knew downstairs that we faced and for
23   whatever reason, nothing was done about it.
24        Q.    But you had that view with, for

Scott                113

1    the time period from 2000 to 2009, correct,
2    you had issues with the lead-ins?
3         A.    Yes.
4         Q.    So even when you had years where
5    your rating were good, you still had issues
6    with the lead-ins, correct?
7         A.    Yes.
8         Q.    I thought you testified earlier
9    today that the lead-ins were something that
10   were the responsibility of the network and
11   not WPIX?
12        A.    Well --
13        Q.    For the evening news.
14        A.    Well, Betty Ellen, was, as far as
15   I'm concerned, that as a general manager, she was
16   the one that talked to the network, she was
17   the one that worked it out with them and our
18   lead-ins were absolutely horrible, horrible.
19        Q.    Do you claim that Betty Ellen was
20   responsible for the lead-ins on WPIX?
21   Meaning in the selection of the program,
22   that's what I'm asking you.
23        A.    I would say that the person that
24   interacted with the -- with the networks,

Scott                114

1    network people, the people, the person would
2    be the general manager, and that's Betty
3    Ellen.
4         Q.    But you had told me that it was
5    your understanding that the lead-in for the
6    10 p.m. news show was identical throughout
7    the country for Tribune-owned stations, is
8    that right?
9         A.    I'm not sure, but I -- I seem to
10   believe that it should be.
11        Q.    Do you claim that Betty Ellen
12   wanted poor lead-ins?
13        A.    I would assume that she would not,
14   but I'm not sure.  All I know is that -- all
15   I know is that as a general manager, the two
16   things that -- that hurt our product was
17   promotion is number one, never letting people
18   know that we were there.  Number two was the
19   lead-ins, they were horrific.
20        Q.    But you don't have any personal
21   knowledge as you sit here today that Betty
22   Ellen actually was the person responsible for
23   lead-in programming, do you?
24        A.    Well, I have the personal

```
                              Scott              116
1
2                         AFTERNOON SESSION
3                            1:24 p.m.
4    EXAMINATION CONTINUED
5    BY MR. CERASIA:
6             THE VIDEOGRAPHER:  The time is
7        1:24.  We are back on the record, and we
8        may continue.
9        Q.    I'm going to have you look back
10   for a minute at Exhibit 9, and have you look
11   at the first paragraph.
12       A.    Okay.
13       Q.    Okay.  This paragraph addresses
14   lead-in programming, right?
15       A.    Right.
16       Q.    In fact, in October 2005, your
17   prime time for WPIX was a show called
18   Everwood, right, that's what it says here
19   anyway?
20       A.    Yes.
21       Q.    Okay.  And Fox had obviously a
22   prime time show as did WWOR, right?
23       A.    Yes.
24       Q.    And WPIX was called cuts, C-U-T-S?
25       A.    I don't remember.
```

PIROZZI & HILLMAN
212-213-5858

```
                              Scott              117
1
2        Q.    This paragraph says that your
3    lead-in was a 1.8 rating, right, but that the
4    newscast dropped to a 0.6, correct?
5        A.    That's what it says here.
6        Q.    Okay.  So you had a higher lead-in
7    than you did, as far as the ratings, than you
8    did for the news show itself at 10:00?
9        A.    Yes.
10       Q.    And on the other hand, Fox had a
11   comparable 1.9 rating for its prime time
12   show, right?  Yes?
13       A.    Yes.
14       Q.    But it went up to 2.1, correct?
15       A.    That's what it says.
16       Q.    For its news, right?
17       A.    Okay.
18       Q.    And WOR had a much lower rating
19   for prime time, it was 0.8, correct, that's
20   what it says here, right?
21       A.    Yes.
22       Q.    And then their news show went up
23   to a 1.1, right?
24       A.    Yes.
25       Q.    So you had testified before we
```

PIROZZI & HILLMAN
212-213-5858

```
                              Scott              118
1
2    took a break for lunch that one of the
3    reasons you felt the ratings for the news
4    show were lower than your competitors was
5    because you thought that your lead-in
6    programming was not as good, right?
7        A.    Right.
8        Q.    But this shows the opposite,
9    doesn't it?
10       A.    Well, for this one time.
11       Q.    Right.
12       A.    But you've got to understand, when
13   you don't get promotion, promotion isn't
14   something that you dip in and dip out of.
15   Promotion is image campaigns, constant on-air
16   campaigns, whether it's on our own air, which
17   we hardly ever had and then on billboards,
18   everything else that goes with it and that,
19   you can't expect, even if you have a lead-in
20   like that, why they would come to channel 11
21   if no one knows they're there because there's
22   no promotion for our shows, and what you're
23   talking about is Fox, Fox had the promotion
24   machine, they're a promotion machine.
25            They were doing that for -- for
```

PIROZZI & HILLMAN
212-213-5858

```
                              Scott              119
1
2    their stations, I mean, you can't, you just
3    can't think that just one day, someone, oh,
4    they're going to watch this show.
5        Q.    I understand, but at least for
6    this one day --
7        A.    Right.
8        Q.    -- this shows something contrary
9    to what you had testified about the lead-in.
10       A.    Well, because they won't tune in
11   -- they won't stay to our -- they don't know
12   it exists.  What they do is go to Fox 5 or
13   somewhere else.
14       Q.    What's a snipe?
15       A.    That's a snipe, the -- I don't
16   remember.  I don't remember right now.
17            MR. CERASIA:  Mark this as -- I'll
18       take number nine, can you mark this as
19       ten, please.
20            (August 6, 2008 E-mail was marked
21       as Scott Exhibit 10, for identification,
22       as of this date.)
23       Q.    I'm showing you what's been marked
24   as Scott deposition Exhibit 10, which is an
25   August 6, 2008 e-mail from Betty Ellen to
```

PIROZZI & HILLMAN
212-213-5858

## Scott 120

```
1                    Scott              120
2    you, John Houseman, and Amy Growick, Bob
3    Marra and John Ziegler?
4         A.    Uh-huh.
5         Q.    And these are the a.m. news
6    numbers from July.  Why don't you tell me
7    after you've had a chance to look at this.
8         Would these have been the numbers
9    from the July sweeps?
10        A.    Well, that's what it says here.
11        Q.    And that's what you understood it
12   to be?
13        A.    Right.
14        Q.    And it showed that those numbers
15   for the adult 18 to 49 category and the adult
16   25 to 54 category, correct?
17        A.    Correct.
18        Q.    And in each instance, other than
19   the initial one hour, the numbers dropped
20   from 2007 to 2008, correct?
21        A.    Yes.
22        Q.    And at that time, as far as
23   competitors were concerned in the New York
24   market for morning news, there were a total
25   of four stations?
```

PIROZZI & HILLMAN
212-213-5858

## Scott 122

```
1                    Scott              122
2    actual text, where it says "needless to say,"
3    and then it says "the numbers in the market
4    are terrible," do you agree with that
5    statement?
6         A.    Yes.
7         Q.    And did you agree with Betty
8    Ellen's statement that, same paragraph, "we
9    need to try and come up with some way to
10   improve our numbers so that we can bring
11   money to the station" or "more money to the
12   station"?
13        A.    We're always trying to do the best
14   shows we can.
15        Q.    Do you remember having -- I'll
16   take that from you -- a meeting with Betty
17   Ellen in November of 2008 where she talked to
18   you about your job performance?
19        A.    No.
20        Q.    Do you recall Betty Ellen in 2008
21   or any other time tell you that your job was
22   in jeopardy?
23        A.    There was a -- an e-mail that she
24   wrote that said all of our jobs were in
25   jeopardy if the ratings, you know, didn't go
```

PIROZZI & HILLMAN
212-213-5858

## Scott 123

```
1                    Scott              123
2    up.
3         Q.    Do you remember having a
4    conversation with her where it was just the
5    two of you --
6         A.    No.
7         Q.    -- and she told you your job was
8    in jeopardy?
9         A.    No.
10        Q.    In the fall of 2008, did you
11   believe that because of the poor ratings that
12   your job was in jeopardy?
13        A.    No, because I know that what I did
14   was do the best shows that I could put on
15   with the resources I had, and that's what I
16   did, and we got awards for them.
17        I mean, we did very good work, and
18   so I felt that I could not control the
19   lead-ins, I could not control if we were
20   going to get promotions.  So this is what I
21   felt, we were doing the best job we could.
22        Q.    So do you claim that the only
23   reason for having poor ratings was because of
24   the issues you've identified in your mind
25   with respect to lead-ins and the lack of
```

PIROZZI & HILLMAN
212-213-5858

## Scott 125

```
1                    Scott              125
2    the lack of resources was a decision that
3    WPIX made because of your age?
4         A.    No.
5         Q.    Okay.  Do you claim that the pay
6    scale set at WPIX was in some way set because
7    of your age?
8         A.    No.
9         Q.    Do you believe that during this
10   time period that we've already talked about,
11   2003 through 2008, that Betty Ellen wanted to
12   see you succeed?
13        A.    I feel she did.
14        Q.    Okay.  And that she supported you
15   in trying to succeed, correct?
16        A.    Not -- no, she didn't, she didn't
17   support us in the way that a general manager
18   in any other station would, but giving the
19   resources that we could use to do a better
20   product, pay scale should be better, and
21   promotions should have been there.
22        Q.    Do you agree with me that her job
23   performance was based on you being successful
24   or not?
25        A.    I don't understand that question.
```

PIROZZI & HILLMAN
212-213-5858

```
                                    Scott            126
 1
 2          Q.    Okay.  Did you understand that her
 3   job performance was judged in part on whether
 4   or not the news department made money?
 5          A.    The news department focused on
 6   putting on live shows, twice a day, that was
 7   our focus.  The best -- the show -- the best
 8   things we can do with the resources we had,
 9   and that's what we did, and we did work.
10          Q.    That wasn't my question.
11          A.    Okay.  I didn't understand.
12          Q.    The question was, did you
13   understand that her job performance was
14   judged upon the success of the news
15   department at WPIX?
16          A.    We were one of the departments, so
17   I assume that that was true.
18          Q.    So that if there was poor
19   performance in the news department, that was
20   a negative reflection on her job performance,
21   right?
22          A.    Yes.
23               MR. CERASIA:  Can you mark this as
24   ten, please.
25               (November 3, 2008 E-mail was
```

```
                                    Scott            127
 1
 2   marked as Scott Exhibit 11, for
 3   identification, as of this date.)
 4               MR. CERASIA:  And I'm sorry.  I've
 5   got to take a break to go to the
 6   restroom.
 7               THE VIDEOGRAPHER:  Stand by,
 8   please.  The time is 1:30.  We're going
 9   off the record.
10               (Pause.)
11               THE VIDEOGRAPHER:  Stand by,
12   please.  The time is 1:42.  We are back
13   on the record, you may continue.
14          Q.    Have you had a chance to look at
15   Exhibit 11?
16          A.    Yes.
17          Q.    Okay.  This is a November 3 e-mail
18   from Betty Ellen to you and to Maureen Lark
19   -- or Noreen Lark, sorry.  Who is Noreen
20   Lark?
21          A.    She is a -- she was the producer
22   for the weekend.
23          Q.    And this was the weekend evening
24   news, correct?
25          A.    Yes.
```

```
                                    Scott            128
 1
 2          Q.    In this e-mail, shows based on the
 3   rating numbers, that there was what is known
 4   as a tune out during the show, correct?
 5          A.    Well, I don't remember, but
 6   because it's -- but if this is what she said,
 7   I'm sure it is what happened.
 8          Q.    Okay.  So if these numbers were
 9   correct, it does show a tune out, correct?
10          A.    Right, right.
11          Q.    And a tune out means that people
12   started watching, but by the end of the show,
13   there was nobody watching who had a Nielsen
14   box in their home, correct?
15          A.    Right.
16          Q.    And would you agree with me that
17   if you start watching a show and you have a
18   complete tune out, that that has nothing to
19   do with your lead-in programming?
20          A.    I don't agree with that.
21          Q.    Why?
22          A.    The lead-in is the lead-in, and if
23   you don't -- you don't have promotion that
24   tells that you --
25          Q.    I'm asking you about lead-in.
```

```
                                    Scott            129
 1
 2          A.    Well, then say it again.
 3          Q.    Isn't it true that if you had
 4   people who started watching the show and you
 5   got to the point where there was a complete
 6   tune out, that the lead-in had no impact on
 7   that?
 8          A.    The lead-in had no impact on what?
 9          Q.    On the tuning out.
10          A.    The lead-in, the lead-in doesn't
11   have an impact on the tune out.  I don't
12   understand what you're saying.
13          Q.    Okay.  Well, you've got 200
14   households who start reading -- who start
15   watching the news show at 10:00 p.m.?
16          A.    Correct.  Yes, yes.
17          Q.    All right.  By the time you get to
18   10:35, you've got zero.  If you're starting
19   with 200 and you get to zero, the starting
20   point was the starting point at the end of
21   the lead-in, correct?
22          A.    Right.
23          Q.    Well, they're there, they just
24   fall off.
25          A.    Right.
```

Scott                                    130

```
 1              Scott                    130
 2     Q.    What --
 3     A.    They go to --
 4     Q.    What way do you claim that the
 5   lead-in would impact the fallout so that
 6   there would be a tune out?  There already
 7   there, right, so the lead-in got you to a
 8   certain point --
 9     A.    Right.
10     Q.    -- once the news starts, it's the
11   responsibility of the news department to keep
12   those people there, correct?
13     A.    Yes.
14     Q.    And with these examples, these
15   numbers, the people were there, but by the
16   time they got just a little bit past mid
17   point of the show, they left.  Do you claim
18   that's the fault of poor lead-in programming?
19     A.    No, but they could have -- they
20   could have left for a lot of reasons.  At --
21   it's -- at 10:00, maybe they got all the news
22   they wanted, and maybe they want to bed.  I
23   mean, don't know what happened there.
24     Q.    But you understand that revenue
25   gets generated off of ad sales relating to
```

PIROZZI & HILLMAN
212-213-5858

```
 1              Scott                    131
 2   these numbers, correct?
 3     A.    Right.
 4     Q.    So that if you have a zero as your
 5   rating, you don't have a product to sell to
 6   advertisers, right?
 7     A.    Right, but I also say that we
 8   definitely did not have any promotion for
 9   this, for this at all, and right now, when
10   you -- when you talk to me about the ratings
11   months, when they are -- you know, July,
12   November, this was November, right, November,
13   everything and their mother is thrown at --
14   is thrown up against the wall to it, and all
15   the other stations, to get credible
16   promotions through this -- and we had
17   nothing, so we -- we even suffered more on
18   the months that -- that we were in ratings
19   because we didn't -- we didn't get any
20   promotions, we didn't get anything extra that
21   we could do, that we could work with at that
22   time, whereas all the stations in town,
23   including Fox and all the other four
24   stations, they had promotions all over the
25   place, on cable, they had promotions all over
```

PIROZZI & HILLMAN
212-213-5858

```
 1              Scott                    132
 2   the place and on buses, on subways, on
 3   billboards.  We had nothing.
 4     Q.    But don't you agree that with
 5   respect to these numbers that show a tune out
 6   by the midpoint, that at some point these
 7   numbers suggest that some people didn't like
 8   the news show?
 9     A.    Well, this was an hour news show,
10   just like during the week.  We had a very --
11   we had a very slim crew, we had two camera
12   people, two reporters, and it was downsized,
13   and it was an hour show, that's a lot in TV,
14   and we just didn't have the support.  I asked
15   several times to get another -- to get
16   another reporter on, I -- we never got any of
17   that.
18     Q.    Did you have the same sized crew
19   for the weekend news pretty much throughout
20   the whole time that you were the news
21   director?
22     A.    Yes.
23     Q.    Do you claim that Betty Ellen
24   Berlamino did not give you promotional
25   support because of your age?
```

PIROZZI & HILLMAN
212-213-5858

```
 1              Scott                    133
 2     A.    No.
 3     Q.    Do you agree with me that it's
 4   troubling to see from a point of view of
 5   trying to build revenue within the news
 6   department to see that there was a tune out
 7   both on a Saturday and Sunday?
 8     A.    Yes, yes.
 9     Q.    You can give me Exhibit 11 back,
10   thanks.
11         MR. CERASIA:  Mark as 12, please.
12         (November 19, 2008 E-mail was
13     marked as Scott Exhibit 12, for
14     identification, as of this date.)
15     Q.    I'm handing you what's marked as
16   Exhibit 12, which is a November 19th e-mail
17   from Betty Ellen to you, bearing Bates number
18   WPIX 175.  Just tell me after you've had a
19   chance to read this.
20         This e-mail was about Tim
21   Armstrong?
22     A.    Yes.
23     Q.    Did you and Betty Ellen have
24   discussions about Tim's job performance?
25     A.    Yes.
```

PIROZZI & HILLMAN
212-213-5858

```
                              Scott            135
 1
 2          Q.    Was the news executive producer
 3    also responsible for checking facts in the
 4    work of the writers of those stories
 5    ultimately?
 6          A.    A lot of elements go into that.
 7    It all depends.  We have a managing editor.
 8    But the EP of the show is responsible for --
 9    for what they do.
10          Q.    Well, is it fair to say then that
11    the EP of the show is one of the most key
12    roles in the newsroom in determining the
13    success of a news program?
14          A.    Yes.
15          Q.    So this is a pretty important
16    person as part of your team, right?
17          A.    Yes.
18          Q.    And he has, he meaning Tim, he had
19    some responsibility for the news ratings as
20    well, right?
21          A.    But we all -- well, yes.  I mean,
22    yes.
23          Q.    The reality is, you relied on him
24    to produce your news shows, correct?
25          A.    Yes, but he had -- he had -- yes,
```

```
                              Scott            136
 1
 2    yes.
 3          Q.    And that if he did a poor job
 4    doing that, that was a negative reflection on
 5    your job performance, correct?
 6          A.    Yes.
 7                MR. CERASIA:  Mark this as 13,
 8    right?
 9                (November 20, 2005 E-mail was
10    marked as Scott Exhibit 13, for
11    identification, as of this date.)
12          Q.    I'm showing you what's been marked
13    as Exhibit 13, is a November 20th e-mail from
14    Betty Ellen to you, the subject is "late
15    news."  Tell me after you've had a chance to
16    look at that.  You had a chance to look at
17    that?
18          A.    Yes.
19          Q.    Okay.  This is another example of
20    you, you meaning WPIX, beating out WOR in its
21    lead-in, right, at least for this month, 1.3
22    to 1.1, correct?
23          A.    Uh-huh.
24          Q.    And despite that beating out WOR
25    in the lead-in, they were almost three times
```

```
                              Scott            137
 1
 2    stronger than you in the ratings in the A 25
 3    through adult age 54 category for that news
 4    program on November 19th, right?
 5          A.    Right.
 6          Q.    And Betty Ellen again told you
 7    that you have to think about changing your
 8    hours in the short term so that you can
 9    provide some guidance to the late news staff,
10    right?
11          A.    I provide some -- I was 24/7, I
12    was available, I wasn't -- I rolled up my
13    cuffs, I did everything that I needed to do,
14    I was always available to them.  I worked
15    anywhere from 12 to 13 hours a day, and then
16    when I was home, I was constantly on contact
17    with them on my Blackberry or, you know, my
18    phone, and I lived ten minutes away, and I,
19    several times, I came down whenever I needed
20    to be.
21          Q.    But her suggestion to you was more
22    about being actually present in the station
23    during the evening news, correct?
24          A.    Right, and I was during the
25    sweeps.
```

```
                              Scott            138
 1
 2          Q.    And she addresses again the last
 3    sentence says, "I would also like to discuss
 4    e-mail sent yesterday," which is the e-mail
 5    we just looked at, "a new EP for the show,"
 6    so she wanted to move Tim out, right?
 7          A.    Yes, she did, and I think it was
 8    because, one of the reasons is that everyone
 9    makes a few mistakes, but as far as Tim was
10    concerned, he was a seasoned veteran, he was
11    an EP at WCBS, he worked at WNBC.  When --
12    when we were looking for a new EP, our budget
13    wasn't -- we always were looking for someone
14    that came in at a lower income.  If I -- I'm
15    -- I'm not guessing, but I don't know
16    exactly, I forgot what we gave them, but it
17    was, like, very low, it was, like, 130,000,
18    maybe, it was somewhere around that area.
19    Normal EPs get anywhere from 175 and up to
20    200, something like that, in that ballpark,
21    but because of our restraints on the budget,
22    we found Tim, and Tim used to work at channel
23    11 as an intern, and he knew John Houseman
24    and he knew all the people, and then he also
25    had network experience, so I thought, wow, I
```

```
                                    Scott            140
 1
 2        Q.    It's just your belief?
 3        A.    My belief.
 4        Q.    Okay.  And Tim eventually was let
 5   go?
 6        A.    Yes, he was.
 7        Q.    And you agreed with that decision,
 8   right?
 9        A.    No.
10        Q.    Not at all?
11        A.    No.
12        Q.    You protested it?
13        A.    Well, I wasn't very happy about it
14   because it took so long to get another EP and
15   because I knew my limitations, money-wise, I
16   felt that it was hard to get another one as
17   good as he was.
18        Q.    Right.  Well, in November of 2008,
19   she wanted to get rid of him, right?
20        A.    Right.
21        Q.    But she didn't, did she?
22        A.    I don't remember the sequence.
23        Q.    In fact, he wasn't let go until --
24        A.    '09.
25        Q.    Late November, or excuse me, late
```

```
                                    Scott            141
 1
 2   April of 2009?
 3        A.    Right.
 4        Q.    And shortly after he was let go,
 5   you brought in Will Surratt?
 6        A.    Right.
 7        Q.    So it didn't take you long to find
 8   a new EP, right?
 9        A.    Well, he was the only one
10   available, but I mean, there was no one that
11   could fit the bill.
12        Q.    But it didn't take you long to
13   fill Tim's slot with Will?
14        A.    But when did Tim?
15        Q.    The end of April of '09.
16        A.    '09, that sounds right, and then
17   we got -- yes.
18        Q.    So it was a very short time lag
19   before Tim going and Will starting?
20        A.    Well, the only reason it was a
21   short time lag was that because we did -- we
22   did pay Will Surratt a larger salary to come,
23   which I never thought that would happen.
24        Q.    But the fact that he was paid a
25   larger salary shows that Betty Ellen
```

```
                                    Scott            143
 1
 2   not to let Tim go?
 3        A.    Well, obviously, I wasn't
 4   successful because she did.
 5        Q.    No, no, but in the interm period,
 6   he stayed on.  Let me step back.  You've got
 7   this e-mail in front of you.  It's pretty
 8   clear to you then that she wanted Tim to be
 9   exited, right?
10        A.    Right.
11        Q.    And you didn't?
12        A.    Right.
13        Q.    So do you think that you persuaded
14   her to keep him on?
15        A.    For a while, maybe, for a while.
16        Q.    She deferred to you?
17        A.    Well, we first had to find someone
18   else, but, you know.
19        Q.    Did you start looking right away
20   for somebody else?
21        A.    Well, when the general manager
22   doesn't likes someone, you better start
23   making sure that you may have someone in your
24   pocket, and I always am looking because we
25   have such a high turnover.
```

```
                                    Scott            144
 1
 2        Q.    Do you claim that Betty Ellen got
 3   rid of Tim Armstrong because of his age?
 4        A.    No, I think he -- I think he -- I
 5   think what the -- the interest from -- from
 6   Watkins was a big factor.
 7        Q.    Okay.  But do you claim that Betty
 8   Ellen got rid of Tim Armstrong because of his
 9   age?
10        A.    I don't think so.
11              MR. CERASIA:  Can you mark that,
12   please, as 14.  I'll take that from you,
13   please.
14              (December 1, 2008 E-mail was
15   marked as Scott Exhibit 14, for
16   identification, as of this date.)
17        Q.    I'm going to show you what's been
18   marked as Exhibit 14, which is a December 1,
19   2008 e-mail between you, John Houseman and
20   Tim Armstrong, copy to John Ziegler, and
21   these are the demos in late news.  Tell me
22   after you've had a chance to look at this.
23        A.    Yes.
24        Q.    Did you understand these to be the
25   November sweep numbers for the 10:00 p.m.
```

```
                    Scott            145
 1
 2   news?
 3         A.    His -- yeah, if the memo was
 4   written on December 1, that would be after,
 5   just after the November sweeps.
 6         Q.    And did you understand -- and let
 7   me step back for a minute.  At that time, for
 8   10 p.m. news, there were only three stations
 9   that ran a 10 p.m. news show, correct?
10         A.    Right.
11         Q.    So you were three out of three?
12         A.    Yes.
13         Q.    And did you understand the first
14   column of numbers to be for 2007 and the
15   second column of numbers for 2008.  So that
16   for example, for WPIX, 1.2 was your rating in
17   2007 and then 0.7 was the rating in 2008 for
18   the November sweeps for each of those
19   respective years?
20         A.    Okay.  Yes.
21         Q.    Okay.  So should you had in the 25
22   to 54 adult demographic, you had a decrease
23   of 42 percent in the ratings year over year,
24   right?
25         A.    Let's see --
```

```
                    Scott            146
 1
 2         Q.    At least that's what those numbers
 3   show, assuming the math is correct?
 4         A.    Right.
 5         Q.    And then in the 18 to 49
 6   demographics, you had a negative 25 percent
 7   change in the ratings, correct?
 8         A.    It's what it shows, yes.
 9         Q.    Would you agree that's a
10   devastating slide in the ratings from year to
11   area?
12         A.    Well, once again, you're talking
13   about the November book, and that's where --
14   and that's where Fox and WOR at that time was
15   part of Fox, so they had the machine going
16   with the promotion, just like Fox 5 did.
17   It's basically, that's what's going on, and
18   we had nothing.
19         Q.    Do you claim that WOR had a higher
20   lead-in than WPIX at the time?
21         A.    I don't know what their lead-in
22   was at the time, I can't answer that.
23         Q.    But did you generally understand
24   that WOR had a lower rating for the lead-in
25   than WPIX?
```

```
                    Scott            147
 1
 2         A.    I usually assumed that they had a
 3   higher lead-in, I'm not sure at time.
 4         Q.    Do you remember what that
 5   assumption was based on?
 6         A.    No.
 7         THE VIDEOGRAPHER:  Stand by,
 8   please.  The time is 2:07.  We're going
 9   off the record.  This concludes tape
10   number three.
11         (Pause.)
12         MR. CERASIA:  Mark this, please.
13         (December 1, 2008 E-mail was
14   marked as Scott Exhibit 15, for
15   identification, as of this date.)
16         THE VIDEOGRAPHER:  The time is
17   2:12.  We are back on the record.  This
18   is the beginning of tape number four.
19   You may continue.
20         Q.    I'm showing you what's been marked
21   as Scott deposition Exhibit 15.  It's another
22   December 1, 2008 e-mail from Betty Ellen to
23   you, John Houseman, Amy Growick, with a copy
24   to John Ziegler, and it's the morning news
25   demos for the adult age 25 to 54 category.
```

```
                    Scott            148
 1
 2   Tell me when you've had a chance to look at
 3   that.
 4         All right.  Now, did you
 5   understand these to be the November sweep
 6   numbers for the morning show?
 7         A.    I don't remember, but I assume.
 8         Q.    Based on the date of it?
 9         A.    I assume, yes.
10         Q.    You don't claim that these numbers
11   were what they are because of poor lead
12   programming, do you?
13         A.    Well, definitely, as far as --
14   yeah, I mean, as far as say, the News At 10,
15   we still had the CW there.
16         Q.    But this is the morning show.
17         A.    Oh, excuse me, sorry.  Well, our
18   lead-ins for the morning show changed,
19   changed from different things, like I said,
20   Betty Ellen had several -- several different
21   options to put in front of our morning show.
22         Q.    But the lead-in program for the
23   morning show was a lot less relevant than it
24   was in your mind for the evening show,
25   correct?
```

Scott                    149

1
2    A.    They were both very -- they were
3    both very serious, I mean, because if you --
4    if you get a good lead-in, no matter what it
5    is, the morning or the night, it really does
6    help.
7          Q.    But isn't it -- wasn't it your
8    understanding that probably the vast majority
9    of your viewers were not folks who were
10   already up and watching television at 4:30
11   a.m. in the morning?
12         A.    Well, you can't assume anything,
13   but I understand what you're saying.
14         Q.    But wasn't that your assumption?
15         A.    Say it again.
16         Q.    Wasn't it your assumption when you
17   were the news director that you didn't have
18   people who were up before 4:30 watching
19   television waiting for the morning news show
20   to start?
21         A.    I'd assume that.
22         Q.    And you also don't have the same
23   issues with respect to the promotion for the
24   morning show, do you?
25         A.    Yes, I do.

Scott                    151

1
2    ratings, were much higher and towards the top
3    compared to your competitors?
4          A.    That's true.
5          Q.    Would you agree with me that with
6    respect to these numbers, anyway, that are
7    shown here, assuming that they're accurate,
8    that this was a devastating slide?
9          A.    Well, I've got to tell you this,
10   again.
11         Q.    I'm not asking you for the
12   reasons.  I'm just asking you if --
13         A.    Well, let me say, you know, can I
14   finish my sentence?
15         Q.    Sure.
16         A.    Thank you.  Again, this is a
17   November book.  Again, our competitors throw
18   everything at a November book, that's one of
19   the big ones, and we never did.
20         Q.    And with respect to the --
21         A.    I mean, the morning -- the morning
22   show ads, and all over, just like in the
23   nighttime ads, billboards and subways and all
24   over the damn place.
25         Q.    Do you claim that the lack of

Scott                    152

1
2    promotion for the morning show had anything
3    to do with your age?
4          A.    No.
5                MR. CERASIA:  Mark this as 16,
6          please.
7                (December 9, 2008 E-mail was
8          marked as Scott Exhibit 16, for
9          identification, as of this date.)
10         Q.    I'm showing you what's been marked
11   as Scott Exhibit 16.  It's a December 9, 2008
12   e-mail from Betty Ellen to you and John
13   Houseman.  Tell me after you've had a chance
14   to look at that.
15               Do you know why it was that WPIX
16   was the only station that didn't have a
17   mayor's press conference on?
18         A.    Yes.
19         Q.    Why?
20         A.    Betty Ellen, at times, interfered
21   in our gathering the news, and this is one of
22   the examples.  I was downstairs getting
23   coffee, I remember this distinctly, Will
24   Ocasio was my managing editor, and while I
25   was gone in that ten minutes or whatever, a

Scott                    155

1
2          A.    If I remember correctly, that's
3    what -- that's what Will said.
4          Q.    Do you claim that Betty Ellen
5    wrote this to you and John Houseman because
6    of your age?
7          A.    No.
8                MR. CERASIA:  I'm just going to
9          mark that first, sorry, as 17, thank
10         you.
11               (December 29, 2008 E-mail was
12         marked as Scott Exhibit 17, for
13         identification, as of this date.)
14         Q.    I'm showing you what's been marked
15   as Exhibit 17.  It's an e-mail of December
16   29, 2008 to John Ziegler, you, John Houseman
17   and Prakash Goyal, is that how you say his
18   name?
19         A.    Betty Ellen would know more than I
20   do.
21         Q.    It says "better communication
22   between news and web."  Just tell me when
23   you're done reading it.
24               Would you agree with this
25   statement in the second sentence that "the

```
                    Scott                156
1
2    web is our extreme important second
3    channel/source of income*?
4          A.    I wouldn't know the income that it
5    brought in, that's sales and that's Betty
6    Ellen, but the web is very important as a
7    secondary area that we have to work with.
8          Q.    For delivering news?
9          A.    Delivering news.
10         Q.    As well as for making money?
11         A.    Yes.
12         Q.    And would you agree that in -- as
13   of December 29, 2008 that the news department
14   was not doing a good job of posting breaking
15   news on the web?
16         A.    Well, I'm not sure if this is
17   exactly the date or anything, but as far as
18   posting, we were, we were -- we didn't have a
19   lot of people downstairs for different
20   shifts, so we had to double up, and everyone,
21   and I told everyone's responsibilities are
22   not just our television and our programs,
23   it's also the web, they knew that, and we --
24   we thought of it very seriously, it wasn't
25   anything, like, hey, the web.  No, we really
```

```
                    Scott                160
1
2          A.    Yes.
3          Q.    Who's Lolita Lopez?
4          A.    She's -- she was our -- she was my
5    weekend sports person, and she was a sports
6    person, sports anchor, and three days a week,
7    a reporter.
8          Q.    And then at a certain point, did
9    you make her the full-time sports anchor in
10   the beginning of 2009?
11         A.    Yes, when Sal was let go.
12         Q.    And you were involved in making
13   that decision to put Lolita in that spot?
14         A.    Yes.
15         Q.    And you thought she deserved it,
16   right?
17         A.    Yes.
18         Q.    Now, Lolita Lopez is somebody who
19   actually did the job of keeping up-to-date
20   with the web?
21         A.    She's one of them that did that,
22   yes.
23         Q.    She was very proactive with it?
24         A.    Yes.
25         Q.    She created something called "the
```

```
                    Scott                161
1
2    huddle," right?
3          A.    Yes.
4          Q.    What's "the huddle"?
5          A.    I don't remember now.
6          Q.    Do you think she was a superstar?
7          A.    Do I think that she was a
8    superstar, no.
9          Q.    Do you think she was probably one
10   of the best at dealing with putting news on
11   the web and blogs, for example?
12         A.    She was good, Kaity was very good.
13   Lolita was good.  Jim did a good job.  There
14   were a lot of people that did good jobs.
15         Q.    But there were a lot of talent who
16   didn't even bother doing anything when it
17   came to blogging or website postings right?
18         A.    Some didn't, some did, some were
19   more friendly to it than others.  It was a --
20   it was an everyday experience, right.
21         Q.    Right, but it was your
22   responsibility as the manager of that talent
23   to get those people to make postings to the
24   web, right?
25         A.    And they did, a lot of them did.
```

```
                    Scott                163
1
2          A.    Right, right.
3          Q.    Okay.  And you had an expectation
4    that the talent that reported to you used the
5    internet to break news, right?
6          A.    Right.
7          Q.    And you expected them to use the
8    internet to communicate with an audience,
9    correct?
10         A.    Right.
11         Q.    And you expected them to use the
12   internet to build an audience, right?
13         A.    Right.
14         Q.    Okay.  Because in fact, that would
15   be one way to use your word of promotion,
16   that would be one way to promote, at least,
17   their segment of the news, right?
18         A.    Uh-huh.
19         Q.    You have to verbalize your answer.
20         A.    Yes.
21         Q.    Okay.  And for example, in the
22   sports area, Lolita did that, right?
23         A.    She did that.
24         Q.    And Sal did not do any of it,
25   right?
```

Scott                                                                  164

1
2          A.     I'm not sure now if he did that or
3     not at the time.  It's been a while.
4          Q.     Okay.  But it was something that
5     you expected him to do?
6          A.     Yes.
7          Q.     And it's something that you told
8     him you wanted him to do, correct?
9          A.     Everyone knew that we wanted to
10    have everyone get on the web.
11         Q.     Okay.  But isn't it true that you
12    specifically told Sal that he was expected to
13    utilize the internet for postings?
14         A.     I think the person that would have
15    done that would probably have been John
16    Houseman, my associate, my assistant news
17    director.
18         Q.     At your direction?
19         A.     Everyone knew that they had to do
20    it.
21         Q.     I understand you say that
22    everybody knew they had to do it.
23         A.     Right.
24         Q.     But it was your responsibility to
25    make sure that they did?

Scott                                                                  165

1
2          A.     Right.
3          Q.     Okay.  And just with respect to
4     Sal versus Lolita, he didn't do it, and she
5     did it, correct?
6          A.     Yes.
7          Q.     And that was a deficiency in Sal's
8     performance, right?
9          A.     I wouldn't say it was a
10    deficiency.  I would say that he had other
11    strengths via being a very well-known
12    broadcaster in the City, an icon.
13         Q.     Would you agree with me that being
14    a television anchor, for example --
15         A.     Yeah.
16         Q.     -- from a station's point of view,
17    they look at their anchors, whether it's
18    sports or news or weather, it's kind of a
19    what have you done for me lately type of
20    business, correct, meaning that you're judged
21    on your performance today, not from
22    yesterday, right?
23         A.     Yes.
24         Q.     And that's because your
25    performance is judged every single day going

Scott                                                                  168

1
2          Q.     You never expressed that to
3     anybody?
4          A.     No.  He was the -- he was an
5     excellent broadcaster.
6          Q.     And you never he told anybody that
7     you thought he was unprepared?
8          A.     No.
9          Q.     Did you ever tell anybody that
10    Lolita Lopez was unprepared?
11         A.     No.
12         Q.     Was she always prepared for her --
13         A.     Yes.
14         Q.     -- for her spots?
15         A.     Yes.
16         Q.     Right.  Like Sal, were there other
17    talent that did not utilize the web?
18         A.     I don't remember.  Lots of them
19    do, but I don't remember.
20         Q.     Did you ever take where -- did you
21    ever sit down with any of those people and
22    have any coaching or counseling sessions with
23    them because they weren't utilizing the web?
24         A.     We all relied to people that they
25    needed to, you know, keep their eye out for

Scott                                                                  175

1
2          MR. CERASIA:  Whatever, I used the
3     wrong words.
4          Q.     When Betty Ellen became your
5     manager in 2000.
6          A.     Right.
7          Q.     So the eight-year period from 2000
8     all the way up to the end of December 30,
9     2008, do you claim at any point in time that
10    Betty Ellen ever discriminated against you
11    because of your age?
12         A.     Well, there was -- there was one
13    time that I -- I needed surgery on my leg,
14    and I was -- I went upstairs to her office
15    just to confirm that I'm going to be out for
16    a few days, and I was walking in, and I had
17    -- I wasn't walking properly, a little limp,
18    because I was going to have a procedure on
19    it, and as I'm walking into her office, she
20    says, you look like, you know, you're walking
21    like a grandmother, you look -- you look, you
22    know, she made a remark like that, and it
23    hurt me because I was -- I was trying so hard
24    to -- to disregard, you know, my leg, you
25    know, and just focus on the work and being at

```
                              Scott              176
 1
 2     work, and that hurt, that really did.
 3          Q.    Do you claim she made that comment
 4     to you because of your age?
 5          A.    I think so, because --
 6          Q.    Or because of the way you were
 7     walking?
 8          A.    -- because I think she said
 9     something like, you look like you're walking
10     like a grandma, or something like that.
11          Q.    Do you know when that was?
12          A.    That was, I would say that was the
13     event.  I can tell you exactly because it was
14     the day before I went for my operation.  It
15     was the 20 -- it was either the 25th, the end
16     of November 2000, the end -- the end of
17     November, oh, it was 2003, the end of
18     November.
19          Q.    Okay.  So November of 2003.
20                Do you claim that between 2000 and
21     December 30 of 2008, that Betty Ellen ever
22     made any decision with respect to your
23     employment because of your age?
24          A.    What were the dates?
25          Q.    2000 to December 30, 2008.
```

```
                              Scott              177
 1
 2          A.    I don't know.
 3          Q.    Is there anything that would
 4     refresh your memory or?
 5          A.    Ask me the question again.
 6          Q.    Sure.
 7                Do you claim that there was any
 8     decision that Betty Ellen made with respect
 9     to your employment between 2000 and December
10     30, 2008 that you claim was based on your
11     age?
12          A.    No.
13          Q.    Okay.  By the way, do you know a
14     woman named Myrna Ramirez?
15          A.    Yes.
16          Q.    And who's Myrna?
17          A.    Myrna is the -- well, she was the
18     head of HR in the Tribune corporation in the
19     corporate headquarters in Chicago.
20          Q.    For broadcast?
21          A.    I don't know if it was just
22     broadcast or not.  I don't know what her
23     titles are, but I mean, she was the head HR
24     person.
25          Q.    And had you dealt with her in the
```

```
                              Scott              178
 1
 2     past on HR issues?
 3          A.    Yes, yes.
 4          Q.    For how many years, approximately?
 5          A.    Well, I guess as long as I was
 6     there, she was there that long, but I never
 7     saw -- we didn't see each other much.  She
 8     would just come in periodically every year or
 9     something, you know, but she basically stayed
10     unless there was a major situation at our
11     location.  She talked to you if you needed
12     anything from the phone.  That was it.
13          Q.    Did you have a good working
14     relationship with her?
15          A.    I feel like I did.
16          Q.    Was there any, in your view, any
17     hostility or animosity between the two of
18     you?
19          A.    No, I think she respected me, and
20     I respected her.
21          Q.    Did she always treat you
22     professionally?
23          A.    Yes, she did.
24          Q.    In your dealings with her, she you
25     view her as someone who was fair to
```

```
                              Scott              179
 1
 2     employees?
 3          A.    Yes.
 4          Q.    Did you feel that she was fair in
 5     her dealings with you?
 6          A.    Well, up to the point where she
 7     was sitting in the room when I was being
 8     fired.
 9          Q.    Did she --
10          A.    I didn't think that was fair.
11          Q.    Well, did she say anything to you
12     then?
13          A.    Yes.
14          Q.    Okay.  We'll get to that in a bit.
15                Do you claim that Myrna Ramirez
16     ever discriminated against you because of
17     your age?
18          A.    No.
19                MR. CERASIA:  Mark this as 19,
20     please.
21                (January 19, 2009 E-mail was
22     marked as Scott Exhibit 19, for
23     identification, as of this date.)
24          Q.    I'm showing you what's been marked
25     as Exhibit 19, which is a January 19, 2009
```

Scott                    180

2    e-mail from Betty Ellen to you and others,
3    identified as WPIX 186.
4            Do you remember this e-mail?
5        A.    I don't remember this e-mail, at
6    all.
7        Q.    You have no reason to believe you
8    didn't receive it, do you?
9        A.    No, if you said I did, but I don't
10   remember it at all.
11       Q.    This was just yet another e-mail
12   from Betty Ellen saying that you had to merge
13   the news and web departments and postings,
14   right?
15       A.    Hold on, please.
16       Q.    Sure.
17            Did you have a chance to look at
18   that?
19       A.    Yes.
20       Q.    Again, this was just a emphasis on
21   the need to deal with all sorts of
22   multimedia, both on-air and the web, right?
23       A.    Right.
24       Q.    This was something that was very
25   important for the station, wasn't it?

Scott                    182

2        A.    John always -- always was
3    performing.
4            MR. CERASIA:  This is 20, please.
5            (April 1, 2009 E-mail was marked
6        as Scott Exhibit 20, for identification,
7        as of this date.)
8        Q.    I'm showing you what's been marked
9    as Exhibit 20, which is an April 1, 2009
10   e-mail from Betty Ellen to you, John
11   Houseman, Tim Armstrong, copy to John
12   Ziegler.  It says, the News At 10 March 2009
13   ratings.  Before you finish reading, and
14   maybe you and I need to agree to something in
15   order for this e-mail to make sense, I think
16   the 2009 columns and 2008 columns are
17   reversed.
18            Would you agree with that, because
19   the e-mail says there was a 33 percent loss
20   in audience --
21       A.    That's why I --
22       Q.    -- if you compare '08 to '09, it
23   actually shows an increase.
24            MR. RUBINSTEIN:  I think you have
25       to ask the question.

Scott                    183

2        Q.    Do you know whether or not there
3    was a decrease?
4        A.    I couldn't tell you.
5        Q.    Well, do you think that in March
6    of 2009, that as a result of the February
7    sweeps that you actually increased over '08?
8        A.    I don't remember.  I don't
9    remember.  What you said now, I don't
10   remember.
11       Q.    Okay.  Well, do you think that in
12   2009, compared to 2008, that in any sweep
13   month that you were there, February, May or
14   July, that you actually beat the 2008
15   numbers?
16       A.    Are you asking me or telling me?
17       Q.    I'm asking you.
18       A.    I don't know, I really don't.
19       Q.    Well, if you received this memo
20   and you thought that this showed an increase,
21   would you have responded to Betty Ellen and
22   said you'd made a mistake?
23       A.    I'm sorry, I don't know what -- I
24   don't know -- I don't know what you're after.
25   I don't know what you're --

Scott                    184

2        Q.    Okay.
3        A.    -- asking me, please, I'm so
4    sorry.
5        Q.    My point is that at the beginning
6    it says that we lost 33 percent of our
7    audience, but then if you look at the 208
8    numbers and compare them to 209, it makes it
9    looks like there was a gain of 33 percent.
10   It then says that anything below a one rating
11   is basically un-saleable, meaning you can't
12   sell it to advertisers, correct?
13       A.    Correct.
14       Q.    Those two statements don't make
15   sense.
16       A.    Right.
17       Q.    Unless the 2008 numbers and 2009
18   numbers are in the wrong column?
19       A.    Okay.
20       Q.    Do you agree with that?
21       A.    I don't -- I don't agree with the
22   whole thing.  I don't know what you're
23   saying, and I'm sorry.
24       Q.    Okay.  But as you sit here today,
25   you have no idea whether or not the sweeps in

```
                                    Scott                185
 1
 2    2009 beat the sweeps in 2008?
 3         A.     I don't remember.
 4              MR. CERASIA:  This is 21, please.
 5         (April 2, 2009 E-mail was marked
 6         as Scott Exhibit 21, for identification,
 7         as of this date.)
 8         Q.     I'm showing you what's been marked
 9    as Exhibit 21, which is an e-mail at the top
10    of April 2, 2009 from Betty Ellen to you
11    forwarding an e-mail from Jessica Belluci to
12    you, Karen, to Betty Ellen and to John
13    Houseman, and it is Bates numbered 197
14    through 229, and my question to you is,
15    whether or not you remember the instance
16    underlying this e-mail?
17         A.     Yes, I do.
18         Q.     And, essentially, what happened
19    was that there was an improv group that was
20    fairly well-known that did a spot about a
21    funeral, and it was actually an April Fool's
22    joke?
23         A.     Yes, it was an April Fool's joke.
24         Q.     And Tim Armstrong, and maybe
25    others in your department, never verified the
```

```
                                    Scott                186
 1
 2    facts to verify that it was an April Fool's
 3    joke, right?
 4         A.     I don't know if they called anyone
 5    or not, but this -- this is -- sometimes this
 6    happens.  I remember, not an improvisation --
 7    well, I remember Allan Abel, I don't know if
 8    any of you remember his name, but he would
 9    put together jokes, like bits, certain
10    different ones.  One was on, all the stations
11    fell for it, and, oh, it was about the
12    lottery, and he had a bunch of actors and
13    actresses in an apartment and he called
14    everyone up that they won the $1,000,000 or
15    whatever it was, lotto, everyone went there,
16    and they had tickets brought up, and all of
17    us had egg in our face.
18              That was one time, I mean, at NBC
19    and CBS, ABC, and this -- this is one time,
20    and...
21         Q.     But, to your knowledge, WPIX was
22    the only one who fell for this joke on April
23    Fool's, correct?
24         A.     I don't have any knowledge of the
25    other stations.  I know -- I heard about this
```

```
                                    Scott                187
 1
 2    afterwards, and I know that we did.
 3         Q.     Do you agree that Tim Armstrong
 4    should have figured that out?
 5         A.     Well, it's not --
 6         Q.     Or somebody reporting to him?
 7         A.     There's several people along the
 8    way that I had to talk to.
 9         Q.     Do you agree that it was
10    humiliating for the station?
11         A.     Well, yes.  I mean, but I didn't
12    -- I mean, it wasn't -- it's something that
13    happened, it doesn't happen normally, and it
14    was just one time even, but they should have
15    -- they should have looked at it and seen
16    what it is before they put it on the air.
17         Q.     It was serious enough that Betty
18    Ellen told you that you had to contact Steve
19    Charlier, who was the senior vice president
20    of news operations, right?
21         A.     Well, I don't remember it.
22         Q.     That's what the e-mail says.
23         A.     Well, I don't remember talking to
24    Charlier --
25         Q.     But in fact --
```

```
                                    Scott                190
 1
 2    what happened so that he wouldn't be
 3    blind-sided.  Whether we had to go all the
 4    way up to the top dogs, I don't know, that
 5    was Betty Ellen's decision.
 6         Q.     But it was a negative reflection
 7    on your news department, right?
 8         A.     Well, yes, but -- it was, it was,
 9    but other people, you know, some people
10    wouldn't take it so seriously.
11         Q.     All right.
12         A.     I did, but.
13         Q.     Do you believe it was a negative
14    reflection on Betty Ellen as the general
15    manager of WPIX?
16         A.     Well, she thought that way.
17         Q.     Do you agree?
18         A.     Well, it would have been nice if
19    that didn't happen.
20         Q.     And this was the same Tim
21    Armstrong that she had suggested to you
22    almost five months earlier that should be let
23    go, right?
24         A.     Yes.
25         Q.     And she listened to you over that
```

Scott                              191

```
 1   time period and kept him on between at least
 2   all of December right up to this time period
 3   beginning of April, because you recommended
 4   that he stick around, right?
 5        A.    At the time, I -- at the time,
 6   there wasn't a lot of people wanting to come
 7   over here to be an EP, over to Tribune.
 8        Q.    And shortly after this, Tim
 9   Armstrong was let go from the station?
10        A.    Yes, I don't know exactly what
11   date, but it was around that time.
12        Q.    And you don't think that decision
13   was the right decision?
14        A.    I thought that he was a strong EP,
15   for what he did every day, every night.  His
16   writing was good, his execution of the shows
17   were good, I -- like I said before, I think
18   that the anchorman Jim Watkins disliked him
19   from the day he walked in the door and did
20   nothing but complain about him.
21        Q.    But do you agree that after this
22   incident in April 1st of 2009, that it was
23   justifiable to terminate his employment?
24        A.    I think he learned from this, and
25
```

Scott                              192

```
 1   I didn't think we needed to let him go.
 2        THE VIDEOGRAPHER:  Five minutes
 3   left on this tape.
 4        MR. CERASIA:  I'll take that
 5   document.  22, please.
 6        (April 24, 2009 E-mail was marked
 7   as Scott Exhibit 22, for identification,
 8   as of this date.)
 9        Q.    I'm showing you what's been marked
10   as Exhibit 22, which is an April 24, 2009
11   e-mail from Betty Ellen to you.  The subject
12   is, "late news last night."  Tell me after
13   you've had a chance to look at that.
14        A.    Okay.
15        Q.    Do you know what "CPP" means?
16        A.    Not off the top of my head.
17   That's the sales lingo, I would assume.
18        Q.    Have you ever heard of the term
19   "cost per point"?
20        A.    Not really.
21        Q.    Are you aware that advertisers pay
22   based on a per-point basis?
23        A.    Well, yes.
24        Q.    Tied to the ratings?
25
```

Scott                              194

```
 1   they were instructing at the time their --
 2   their next budget for the next year.  They
 3   even took ads, they took the budget for
 4   television ads out of their -- out of their
 5   -- out of their budget, and so for a couple
 6   of years or more, I mean, television was --
 7   was feeling the pain.
 8        Q.    But it also shows that using the
 9   exact same lead-in that your sister stations
10   at KTLA scored a 1.5 compared to WPIX's 0.4,
11   and that WGN in Chicago delivered a 2.8
12   compared to a 0.4, right?
13        A.    That's what it says.
14        Q.    Right.  So if that's the case,
15   then you can't blame the lead-in programming
16   for your low ranking or your low ratings, I
17   should say?
18        A.    That's one of the attributing
19   factors.
20        MR. CERASIA:  Okay.
21        THE VIDEOGRAPHER:  Stand by,
22   please.  The time is 3:11, we are going
23   off the record.  This concludes tape
24   number four.
25
```

Scott                              196

```
 1   there are checkmarks showing that only six of
 2   them are either blogging or on Facebook.  Do
 3   you have any reason to believe that that is
 4   not accurate?
 5        A.    I'm not sure.  I know that -- I
 6   know that Peter Thorn was always on the web.
 7   Also, Arthur Chien, maybe at that moment,
 8   they weren't that day.  James Ford is another
 9   person that always is on the internet.  I
10   don't remember, you know, I don't remember if
11   this is right or not, what Betty Ellen's --
12   is a memo from Betty Ellen so, but.
13        Q.    But this again was another thing
14   that, you know, following the pattern of many
15   months of sending e-mails to you -- to you
16   and those who report to you to stress the
17   need to get on the web, right?
18        A.    Right, and many of them did, and
19   almost all of them did.
20        Q.    Do you recall in the summer of
21   2009 that there were issues that came up
22   between Amy and Emily Frances?
23        A.    Yes.
24        Q.    Amy Growick and Emily Frances?
25
```

Scott                                    198

1
2        So I talked again to them and
3   tried to cool it, and for whatever reasons,
4   she, Emily, went upstairs to Betty Ellen and
5   then Betty Ellen got involved, and there were
6   e-mails going back and forth, if I can
7   remember.
8        Q.    But it was a situation that had
9   gone on for some time, some hostility between
10  the two of them or personality conflicts,
11  right?
12       A.    Well, the problem was that Emily
13  never came -- it was very hard for Emily to
14  be on time.  She was late to the show a lot
15  of times, and we, after a while, she realized
16  that she better wake up quickly, and so that
17  was a hostility because she wanted Emily, if
18  -- she wanted Emily to be on time, and that's
19  reasonable for an EP to want that.
20       Q.    Right.
21       A.    And a lot of times, Emily wasn't,
22  and so there was a hostility there and, we
23  did talk like adults, and it seemed that it
24  was going okay, but it boiled -- it boiled
25  over again that one time.

Scott                                    199

1
2        Q.    And isn't it true that even though
3   Emily had been late on those many occasions,
4   she wasn't written up about it, right?
5        A.    Well, I talked to her about it,
6   and it did cease.  I mean, she did start
7   coming in earlier, but there was always a --
8   there was always a, something between the two
9   of them.
10       Q.    But it goes back again, I guess to
11  what you testified to this morning, that it
12  was your management style to just speak to
13  people and not actually issue formal
14  write-ups for their deficiencies?
15       A.    All right.  And we had -- for a
16  New York newsroom, we had a very, very calm
17  newsroom.  A lot of things happen in a New
18  York City newsroom because of the -- of the
19  intense things that we had to do and work on
20  and stories and deadlines and all that, but
21  there was very far and few between that
22  things happen.
23       Q.    But do you agree that there was
24  unprofessionalism between Amy and Emily?
25       A.    I would think so, yes.

Scott                                    200

1
2        Q.    And do you think that this had a
3   negative impact in some way on the morning
4   show?
5        A.    Not -- I don't think it showed
6   on-air at all, but it wasn't right, and
7   that's why I handled it the way I did.
8        Q.    Do you recall being criticized by
9   Betty Ellen with respect to the way you
10  handled it and how you let things fester for
11  too long?
12       A.    I didn't lead -- let things fester
13  for too long.  The minute something happened,
14  I sat down and talked to these people.
15            MR. CERASIA:  Mark that as 24,
16  please.
17            (August 4, 2009 E-mail was marked
18            as Scott Exhibit 24, for identification,
19            as of this date.)
20       Q.    I'm showing you what's been marked
21  as Exhibit 24, which is an August 4, 2009
22  e-mail from Betty Ellen to you, the subject
23  is "situation in the morning news."  Tell me
24  after you've had a chance to look at that,
25  please.

Scott                                    203

1
2        A.    Right.
3        Q.    Has very little time for anything
4   else, right?
5        A.    Right.
6        Q.    Okay.  So wouldn't you agree that
7   if they're distracted in dealing with these
8   issues that Amy had to deal with respect to
9   Emily, that detracts her from doing her
10  job duties as the EP for the morning show?
11       A.    Well, usually, when something has
12  to be dealt with, it would always be dealt
13  with air comes first, and everyone knew it,
14  and we would deal with the problem after the
15  show.
16       Q.    But it wasn't one isolated
17  incident, was it?
18       A.    I don't remember right now.
19       Q.    So for example, Amy had issues, as
20  did you, with respect to the way that Emily
21  Frances would show up to work, as far as her
22  clothing is concerned, right?
23       A.    Clothing is concerned?
24       Q.    She wore sheer blouses, for
25  example, right?

```
                        Scott          204
 1
 2        A.   Yeah, well, she always had some
 3   extra blouses in her locker, but sometimes
 4   she wasn't the best dresser.
 5        Q.   She dressed inappropriate, too
 6   many revealing outfits, and that's issues
 7   that Amy would have had to address with her,
 8   correct?
 9        A.   Yes, and I would.
10        Q.   Okay.  Right, I understand, and
11   Betty Ellen did too, correct?
12        A.   Yes, she would call me and tell me
13   that she didn't like what Emily was wearing
14   or someone else was wearing, if she didn't
15   like it.
16        Q.   But and then there were other
17   times that Amy had to talk to Emily because
18   she just didn't want to listen to her, she
19   was insubordinate in certain ways, correct?
20        A.   At times.
21        Q.   So this wasn't just one isolated
22   incident, this was something that was
23   somewhat of an ongoing issue between Amy and
24   Emily, right?
25        A.   It -- I don't know for how long,
```

```
                        Scott          207
 1
 2   series of e-mails of August 4, 2009 between
 3   you and Betty Ellen.
 4             Why don't you tell me after you've
 5   had a chance to look at this.
 6             MR. CERASIA:  Mark this, please.
 7             (List was marked as Scott Exhibit
 8        26, for identification, as of this
 9        date.)
10        Q.   Okay.  The bottom e-mail deals
11   with the reporting to you of the July sweeps
12   for the morning show, right?
13        A.   I'm looking now.  It was August,
14   so it would be July, yes.
15        Q.   And those were pretty dismal
16   numbers, right?
17        A.   They weren't the best.
18        Q.   Okay.  In fact, the middle of the
19   page, the paragraph right under the set of
20   numbers, the second sentence said, "I thought
21   last year was going to be our rock bottom
22   year, but unfortunately, it continues to get
23   worse."  Do you see that?  Yes?
24        A.   Yes, I do, sorry.
25        Q.   And did you understood that the
```

```
                        Scott          209
 1
 2   and continually analyze size and evaluate
 3   your staff?
 4        A.   And I did just that.
 5        Q.   Right.  And you have to figure out
 6   whether or not you have the right people or
 7   the wrong people, correct?
 8        A.   Well, this has always been --
 9        Q.   No, I'm just asking what she said.
10   Don't -- I didn't ask for a reason.  I just
11   asked a question.  Didn't she tell you that
12   you had to evaluate your staff to figure out
13   if you had the right people or the wrong
14   people?
15        A.   Yes.
16        Q.   And didn't she tell you over the
17   years and we saw e-mails at least over the
18   last year plus from 2008 to now, 2009, that
19   you need to analyze, you and others need to
20   analyze Facebook, Twitter and other available
21   interactive means of getting out the news to
22   the viewers, correct?
23        A.   Correct.
24        Q.   And all of that was designed to
25   increase the number of viewers on the
```

```
                        Scott          210
 1
 2   station, which increases your ratings, right,
 3   yes?
 4        A.   Yes.
 5        Q.   So that wasn't anything that was
 6   new to you, her telling you this, right?
 7        A.   Yes, right.
 8        Q.   Okay.  And then she asked you for
 9   an analysis because the last sentence says,
10   "these numbers are unacceptable and need to
11   be turned around immediately."  Did you agree
12   that the numbers were unacceptable?
13        A.   I would like them to be higher,
14   but once again, we didn't have any promotion
15   on the morning show, we did get someone that
16   was a part-timer that helped us on the
17   website, we did a lot of content -- contests,
18   especially during the sweeps, which would
19   have been July, and we always put it on the
20   web, and we always tried to bring people
21   over, back and forth, from the television to
22   the website, and we did everything we could
23   with the staff that was not up to speed as we
24   wanted it to be because we had to get young
25   people out of college and train them up, and
```

Scott                                    211

1
2    that's, especially on the morning show, and
3    that's what we had to do, and it was a long
4    road, but it was very successful too because
5    they learned quickly, but it wasn't like
6    bringing in people that were seasoned like
7    other places.
8         Q.    And you also agree that that time
9    that you needed to turn around these numbers
10   immediately, right?
11        A.    Yeah.
12        Q.    Let me talk that from you, and
13   I'll give you exhibit -- oh, you know what,
14   keep this next to you.
15             You wrote back saying, "we will
16   look at everything we do on the show and make
17   changes where we can," right?
18        A.    Yes.
19        Q.    She then said to you she wanted
20   your full analysis and strategic visions on
21   your plans moving forward.  I would like this
22   by the end of the week, and you say, "will
23   do."
24             Exhibit 26, is that the document
25   that you presented to her in August of 2009

Scott                                    212

1
2    in response to this e-mail, did you prepare
3    exhibit 26?
4         A.    Yes.
5         Q.    And did you prepare it in response
6    to the August 4th e-mail?
7         A.    I'm trying to remember.  I know I
8    wrote this, I'm -- sure, yes.
9         Q.    Okay.  Now, there's some
10   handwriting on there and circles and
11   asterisks and question marks.  Do you know if
12   that's your handwriting on pages one and two?
13        A.    I don't think so, but I'm not
14   sure.  I don't think that looks like my
15   handwriting.
16        Q.    Okay.  The fourth entry down,
17   Larry Hoff.
18        A.    Right.
19        Q.    It says, "his contract expires
20   12/31/09"?
21        A.    Right.
22        Q.    "Let him go now and pay out his
23   contract."  That was your recommendation to
24   Karen, correct?
25        A.    I'm Karen.

Scott                                    213

1
2         Q.    I'm sorry, thank you.  That was
3    your recommendation to Betty Ellen?
4         A.    It was what Betty Ellen wanted.
5         Q.    Did she tell you to write that?
6         A.    Well, since the day that he walked
7    -- she walked in the door, she did not like
8    Larry Hoff, she just didn't like him, she
9    thought that he was too old for doing the
10   type of job that he was doing, and he -- she
11   almost -- if it wasn't daily, it was pretty
12   close to it.  She would always have the time
13   to call me up and tell me how she didn't like
14   Larry doing what he was doing.
15             Now, Larry Hoff, our research
16   showed that Larry Hoff was one of the most,
17   number one recognizable feature reporter,
18   stunt reporter in the City.  He was very well
19   known at Fox 5, and we got him to come over
20   to the morning show, and when I knew that I
21   was building a morning show and I didn't have
22   that many resources, when I found out that
23   Larry Hoff's contract was up, I grabbed him,
24   and it was a real coo for us and a real hit
25   for Good Day New York, our competitor.  Larry

Scott                                    215

1
2    other, and she got him.
3         Q.    Now, when do you claim that you
4    hired Larry?
5         A.    Larry was hired as one of the
6    original staffers for the morning show when
7    it started, so that would be --
8         Q.    2001?
9         A.    2001.
10        Q.    And Betty Ellen would have had to
11   approve that hire, correct?  She was there
12   when the morning show was launched as the
13   general manager?
14        A.    I would have, you know what, I'm
15   not sure.  I just -- I don't know.  Paul
16   Bissonette was the general manager when --
17   when the morning show was launched.  Correct
18   me -- ask her to correct me if I'm wrong.
19        Q.    Well, was his contract renewed at
20   any point while Betty Ellen was the general
21   manager?
22        A.    Yes.
23        Q.    What, every two years?
24        A.    I think it started with -- I think
25   he had two-year contracts, I think so.  Maybe

```
                    Scott            216
 1
 2    three, at some point.
 3         Q.    So she probably would have been
 4    around to approve of and renewing at least
 5    two or three of his contracts, correct?
 6         A.    Correct.
 7         Q.    Do you claim that in any point in
 8    August of 2009 that Betty Ellen told you that
 9    the station should let Larry go?
10         A.    Yes, I mean, she always was
11    telling me that.  She was always telling me
12    that.
13         Q.    At any point after August 4th of
14    2009, when you got this e-mail, do you claim
15    that you had a conversation with her where
16    she told you that you should let go Larry
17    Hoff?
18         A.    I'm sure, because she was doing
19    it, like, every time she called me in the
20    morning after seeing the morning show, she
21    always mentioned Larry Hoff and how she
22    didn't like him, so yes, the answer is yes.
23         Q.    Do you know when in August of 2009
24    you claimed she said this to you?
25         A.    It was almost like a daily basis.
```

```
                    Scott            217
 1
 2    So I just -- I don't know the exact date, but
 3    I'm sure if -- if once this memo came out,
 4    and we had to do what we had to do, she
 5    didn't want him there.
 6         Q.    And you used the words "too old."
 7    Do you claim that she actually said he was
 8    quote too old?
 9         A.    Yes.
10         Q.    When do you claim she said that?
11         A.    She said he was too old to do what
12    he was doing, and he's repetitious, and he's
13    old, and I think that he's not good, and I
14    just don't want to renew him.
15         Q.    When do you claim she said that?
16         A.    She said it -- she said it all the
17    time about Larry.  She didn't like him, she
18    said he was old and she didn't want him as a
19    future reporter.
20         Q.    Okay.  When is the first time that
21    you claim she said he was too old?
22         A.    It was an ongoing -- it was an
23    ongoing thing talking about Larry Hoff.  She
24    didn't like him, she thought he was too old.
25    He was 58 years old, and she wanted him out.
```

```
                    Scott            218
 1
 2         Q.    When is the first you claim she
 3    said that he was quote too old?
 4         A.    She, I guess, maybe from -- it was
 5    out whole period that he was there.  I mean,
 6    she just didn't like him.
 7         Q.    So starting in 2001?
 8         A.    I don't know exactly.  By 2002, I
 9    guess, or 2001, I guess, if that's when --
10    she didn't like him at all.
11         Q.    So despite the fact that you claim
12    she said in either 2001 or 2002 that he was
13    too old, she actually renewed his contract at
14    least two or three times?
15         A.    I always fought for him.
16         Q.    But she did renew it, correct?
17         A.    Yes.
18         Q.    Did you ever tell anybody in the
19    human resources department that you claimed
20    Betty Ellen told you that Larry Hoff was too
21    old?
22         A.    No.
23         Q.    Did you ever tell anyone at
24    Tribune management that Betty Ellen had said
25    that Larry Hoff was too old?
```

```
                    Scott            220
 1
 2    says wow, and I said -- and she said, well,
 3    let me handle it from here, and I said okay.
 4         Q.    By the way, the conversation where
 5    you claim in 2001 and 2002 that Betty Ellen
 6    said that Larry Hoff was too old, was there
 7    anybody present other than the two of you?
 8         A.    No, I, no, I just talked directly
 9    to Betty Ellen.  That was -- to me, that was
10    confidential stuff.
11         Q.    When's the last time that you
12    claimed Betty Ellen said Larry Hoff was too
13    old?
14         A.    She was doing that throughout the
15    years.  I can't think of it.
16         Q.    When is the last time?
17         A.    The last time was right before we
18    did this.
19         Q.    Right before we did what?
20         A.    Right before we talked about this
21    document.
22         Q.    Exhibit 25?
23         A.    Yeah.
24         Q.    So --
25         A.    This was around that time.  I
```

Scott                221

1  don't remember the time, but it was around
2  this time, it was reaction because now
3  finally, she wanted to -- she said we
4  definitely are -- we're not going to renew
5  him at all.
6      Q.    Before you presented Exhibit 26 to
7  you, you claim that she raised the issue of
8  getting rid of Larry Hoff because he's too
9  old?
10     A.    Say that again.
11     Q.    Do you claim that before you gave
12 her Exhibit 26 that she said to you, some
13 point in August of 2009, that we had to get
14 rid of Larry Hoff because he's too old?
15     A.    Yes.
16     Q.    And you don't know when?
17     A.    I don't remember the day.
18     Q.    So is it your testimony that the
19 only reason you included Larry Hoff here is
20 because you believe or you claim that Betty
21 Ellen told you that you had to not renew his
22 contract because he was too old?
23     A.    Yes.
24     Q.    And you never told anybody in HR

Scott                222

1  that she'd said that?
2      A.    Well, no, because Betty Ellen is
3  my general manager, I'm not going to go
4  behind her back and gossip about her, I'm not
5  that type of person, and I'm sure, as a
6  general manager, she definitely would have to
7  work with the HR people, so definitely she
8  had, and they all knew that all this was
9  coming down.  I'm just surmising it, I wasn't
10 included in it, and they're the ones that
11 reached out to me.
12     Q.    Before your termination, do you
13 know whether or not Larry Hoff was ever told
14 his contract would not be renewed?
15     A.    I don't remember.
16     Q.    Well, you never told him, did you?
17     A.    When Betty Ellen gave the -- when
18 Betty Ellen said we are not renewing, I don't
19 -- I don't know the sequence right now, but
20 in any case, when Betty Ellen said, we are
21 not renewing someone because we either are or
22 not in every -- in every contract, we,
23 depending on who the person is, we had either
24 90-day windows or 60-day windows to tell

Scott                227

1      Q.    In her office?
2      A.    Well, no, she just said, she'd
3  like to she, so I just thought, I mean, and I
4  shouldn't have -- I didn't think anything of
5  it because I went up there often, and I know
6  where she is, so I assumed it was the office.
7      Q.    Well, did you meet with her in her
8  office then on August 26, 2009?
9      A.    No.
10     Q.    Where did you meet with her?
11     A.    When I got up there, her assistant
12 Liz said Betty Ellen is in the executive
13 conference room, and which is right next to
14 -- right next to her offices, and I said oh,
15 okay, and I opened the door, and I see Betty
16 Ellen sitting at the end of the table, and I
17 saw Myrna sitting to her left.  I was
18 surprised to see Myrna.
19     Q.    Was there anyone else other than
20 the two of them?
21     A.    No, that was it.
22     Q.    How long did the meeting last?
23     A.    Oh, I don't know.  Boy, I don't
24 remember now, maybe a little over an hour,

Scott                228

1  could have been an hour and a half.
2      Q.    Do you remember what -- who spoke,
3  Betty Ellen, Myrna, both?
4      A.    I walked in, and sat down and
5  Betty Ellen spoke.
6      Q.    What is it that you recall her
7  saying?
8      A.    Betty Ellen said to me, Karen, and
9  she was looking down a lot of the time, she
10 seemed very nervous.  She said Karen, we're
11 firing you, and I said -- was I was shocked,
12 and I said, why are you firing me, and she
13 said because of the ratings, and that's what
14 she said.
15     Q.    Anything else you remember her
16 saying?
17     A.    Well, I said, you know, let me
18 tell you what I said, and then she said it
19 back.  I said, when I caught my breath, I
20 said -- I said, the ratings, I said, everyone
21 knows that every general manager in town has
22 been fighting with Nielsen over the ratings
23 and how they're not representing our true
24 audiences, and, I mean, and I mean, Betty

```
                                    Scott                    232
 1
 2    document, itself, said for you to get a
 3    lawyer?
 4         A.     I don't remember, I don't
 5    remember.
 6         Q.     Okay.  We can get that document
 7    and show it to you, but it was, a, as you
 8    said, it was a separation agreement that they
 9    told you to take home and look at, correct?
10         A.     And look at, right.
11         Q.     Did Betty Ellen, when she started
12    off that meeting, tell you that this was as a
13    very difficult conversation for her to have
14    with you, do you remember that?
15         A.     No, I don't.
16         Q.     Okay.  Up to that point, did you
17    think you had a good working relationship
18    with Betty Ellen?
19         A.     I thought so.
20         Q.     Right.  Was there, in your mind,
21    any hostility or animosity between the two of
22    you?
23         A.     I didn't think so.
24         Q.     Do you think that she always
25    treated you professionally?
```

```
                                    Scott                    233
 1
 2         A.     Well, her memos were so furious, I
 3    mean, it came so fast and quickly, and they
 4    were -- they seemed very hostile to a lot of
 5    us.
 6         Q.     Not just you, to everybody?
 7         A.     Uh-huh.
 8         Q.     So you believe it was her demeanor
 9    towards people other than yourself, right?
10         A.     I don't know how she treated other
11    people.
12         Q.     Well, you just said me and others.
13         A.     Well, I'm sorry, I misspoke then.
14    I'm sorry.  I don't know, I wouldn't know how
15    she treated other people.
16         Q.     Do you think she was under a lot
17    of pressure from senior leadership to produce
18    profit from the news department at WPIX?
19         A.     I -- I don't know, I wasn't in any
20    of those meetings.  I -- everyone wanted to
21    produce as much as they could.
22         Q.     Did she ever tell you that it was
23    her tail on the line as well if the news
24    department didn't produce a profit?
25         A.     Once in an e-mail that she sent it
```

```
                                    Scott                    234
 1
 2    to everyone, like.
 3         Q.     Do you claim that Betty Ellen ever
 4    made any comment to you about your age, other
 5    than what you believed to be the comment
 6    about you walking like a grandmother or
 7    something to that effect?
 8         A.     I don't remember right now.
 9         Q.     Did you consider yourself to be,
10    the two of you to be, you know, professional
11    friends, friends at work?
12         A.     No, she was my boss.
13         Q.     But you were people's boss, you
14    considered them to be your professional
15    friends, right?
16         A.     Well, because you -- you recognize
17    the authority, and you work that way.
18         Q.     Do you know who made the decision
19    to terminate your employment at WPIX?
20         A.     Betty Ellen.
21         Q.     How do you know that?
22         A.     Because she fired me.
23         Q.     Because she was the one that
24    communicated it to you, is that what you
25    mean?
```

```
                                    Scott                    235
 1
 2         A.     Well, she sent all those e-mails,
 3    and she fired me.
 4         Q.     And you claim that in this lawsuit
 5    you claim that she fired you because of your
 6    age?
 7         A.     Yes.
 8         Q.     And as you sit here today, what
 9    facts do you have to suggest to you that she
10    fired you because of your age?
11         A.     Well, first of all, my performance
12    didn't warrant my -- didn't warrant me to be
13    fired, number two, all of the age-related --
14    age-related comments she made over older
15    employees, and then all the older employees,
16    she finally, one by one, either demoted or
17    fired them or didn't renew their contracts.
18         Q.     All of them?
19         A.     I said, the ones that, yeah, all,
20    all of them that I know about.
21         Q.     And who was that?
22         A.     Well, okay, okay.  Let's start
23    from the beginning --
24         Q.     Okay.  Before I ask you that, I'm
25    sorry.  Anything else, you identified you
```

```
                                    Scott                    236
 1
 2   didn't think your performance warranted you
 3   being fired, you claim that she made comments
 4   about age of others?
 5        A.   Right.
 6        Q.   And that the contracts of older
 7   employees were not renewed?
 8        A.   Right.
 9        Q.   Any other facts you claim support
10   your contention that she fired you because of
11   your age?
12        A.   Well, no, but as far as what she
13   did when she did that, she basically threw
14   away my entire career.  I have not been able
15   to get a job in almost two years, I have no
16   salary, no paycheck.
17        THE VIDEOGRAPHER:  You have about
18        three minutes left.
19        MR. CERASIA:  Okay.
20        Q.   Any other facts that you believe?
21        A.   Well, I turned 60 years old on
22   ████████, 2009, and I was fired on August 26,
23   2009, and that was it.
24        Q.   When was the last time your
25   contract was renewed?
```

```
                                    Scott                    237
 1
 2        A.   I didn't have a contract.
 3        Q.   You didn't have a contract?
 4        A.   No.
 5        Q.   You were an at will employee with
 6   no term?
 7        A.   I had contracts there for when I
 8   was under Michael Eigner, for several years,
 9   and then it was Paul Bissonette.  I did not
10   have a contract with her.
11        Q.   Okay.  With respect to other
12   employees that you said were older employees
13   were not renewed, who are those people?
14        MR. RUBINSTEIN:  I'm sorry?
15        MR. CERASIA:  The older employees
16        that she claimed their contracts were
17        not renewed.
18        A.   Okay.  Let me go down in order so
19   I can remember them.  It was Barry
20   Cunningham, he was --
21        Q.   Just give me the names for now.
22        A.   Okay.  Barry Cunningham, Sal
23   Marciano, Barry Cunningham, Sal Marciano,
24   Larry Hoff.
25        Q.   Anyone else?
```

```
                                    Scott                    238
 1
 2        A.   Well, then the others were Janet
 3   Maslow, she was my business manager, she had
 4   been there for 45 years, 40-something years,
 5   she was.  I think, 63 years old.
 6        Q.   And what happened to her?
 7        A.   I got a call one day from Betty
 8   Ellen saying that they were letting Janet
 9   Maslow go, she worked there for over 40
10   years.
11        Q.   Was she replaced?
12        A.   No.
13        Q.   So it was a job elimination?
14        A.   I don't know what they would call
15   it.  All I know is that she did an incredible
16   amount of work, and then they had my
17   assistant, my secretary, they piled a lot of
18   that work on her.
19        Q.   Anybody else other than Barry,
20   Sal, Hoff, Janet Maslow?
21        A.   And there were two -- two
22   reporters, that Marvin Scott, he -- Marvin
23   Scott was, like, the face of WPIX.
24        MR. RUBINSTEIN:  Just give the
25        names.
```

```
                                    Scott                    239
 1
 2        Q.   Yeah, just give me the names
 3   because we're running short on the tape.
 4        A.   Okay, names.  Marvin Scott.
 5        Q.   Anyone else?
 6        A.   Mary Murphy, demoted.
 7        Q.   Marvin Scott's contract was
 8   renewed though, right?
 9        A.   Yes.
10        Q.   Okay.  Anyone else?
11        A.   How many are there, how many did I
12   give you?
13        Q.   Cunningham, Marciano, Hoff, Marvin
14   Scott, Mary Murphy, Janet Maslow.
15        A.   Six, yeah, that's it.  That's all
16   that I can think of right now.
17        THE VIDEOGRAPHER:  Stand by,
18        please.  The time is 4:23.  We are going
19        off the record.  This concludes tape
20        number five.
21        (Pause.)
22        THE VIDEOGRAPHER:  The time is
23        4:26.  We are back on the record.  This
24        is the beginning of tape number six.
25        You may continue.
```

```
                                    Scott                   241
 1
 2     of their age?
 3                    MR. RUBINSTEIN:  I'll object to
 4         the form of the question.  The testimony
 5         speaks for itself, but you can add
 6         anybody else if you understand the
 7         question.
 8         A.    The one person who I forgot was
 9     Kaity Tong.
10         Q.    Who is still at WPIX, right, to
11     your knowledge?
12         A.    Yes, demoted.
13         Q.    And do you claim Karen demoted
14     her?
15         A.    I'm Karen.
16         Q.    Pardon me.  Do you claim that
17     Betty Ellen demoted her?
18         A.    Yes.
19         Q.    While you were employed there?
20         A.    It was right -- it was the issue
21     with Kaity Tong came up, several, maybe only
22     a week or two, right before I was let go, so.
23         Q.    Okay.  Well, let me just be clear.
24     Do you claim that Kaity was demoted before
25     your employment was terminated?
```

```
                                    Scott                   245
 1
 2     was a horrible thing, it was -- really was a
 3     horrible thing, and then I found out, I don't
 4     know if it was under Betty Ellen's watch or I
 5     don't know when she was let go, but -- but
 6     they demoted, they demoted Kaity to a night
 7     reporter, and all she does is sit in a bar or
 8     restaurant and talk about something, and it's
 9     embarrassing as hell.  I don't know if it was
10     under Betty Ellen's watch or under the news
11     director that replaced me, but it was a
12     horrible situation.
13         Q.    Do you claim that Betty Ellen told
14     you that she wanted to get rid of Kaity?
15         A.    Yes.
16         Q.    Those were her words?
17         A.    She said she wanted to get rid of
18     Kaity.  She said that, like, she was phoning
19     it in, that, you know, she was too old for
20     anchoring all the time, things like that.
21     Now, Kaity -- Kaity was 60 years old at the
22     time this happened.  She looked like she was
23     25, but she's 60 years old.
24         Q.    Do you claim that Betty Ellen ever
25     made any comment about Kaity's age?
```

```
                                    Scott                   247
 1
 2         Q.    So you claim that said that she
 3     was too, quote, too old at some point in the
 4     summer of 2009?
 5         A.    Yes.
 6         Q.    Okay.  Was anyone else present
 7     when that happened?
 8         A.    No.
 9         Q.    Did you ever report that to anyone
10     at HR or Tribune senior management?
11         A.    To well -- well, I talked with
12     Myrna and with Jean Maye.
13         Q.    But did you tell Myrna or Jean
14     Maye that -- your claim that Betty Ellen said
15     Kaity was too old?
16         A.    I -- I don't remember, I really
17     don't remember, but I may -- when it came
18     down to the conversations, because at the
19     time, it just happened, everything was
20     together, quickly.  I talked to both of them.
21         Q.    Okay.  But you don't know whether
22     or not you said to them that what you claim
23     is that Betty Ellen said she was too old?
24         A.    Yes.
25         Q.    What is it that you claim you did
```

```
                                    Scott                   249
 1
 2         Q.    But you have no personal knowledge
 3     sitting here today whether or not Betty Ellen
 4     ever made any decision with respect to Kaity,
 5     do you?
 6         A.    She's with the one that told me to
 7     do it.  I mean, she's the one --
 8         Q.    But I asked you personal knowledge
 9     of whether she made the decision.  I'm not
10     asking you what was communicated, because
11     you've testified to it.  I'm asking you
12     whether you have personal knowledge that she
13     made the decision.  If you tell me that you
14     assumed she made the decision because she
15     communicated to it, okay, but I'm asking you
16     if you have knowledge that she actually made
17     the decision.
18         A.    I assumed.
19         Q.    Okay.  Barry Cunningham was a
20     reporter, right?
21         A.    Yes.
22         Q.    Isn't it true that you made the
23     decision to fire him?
24         A.    No.
25         Q.    You didn't -- were you involved in
```

Scott                    250

1  
2  the decision to fire Barry Cunningham?
3      A.    Betty Ellen, from the time she
4  came on board, she didn't like Barry
5  Cunningham, she said that --
6      Q.    I'm asking you about the
7  termination.
8      A.    Yes.
9      Q.    And I said to you isn't it true
10 you were involved in the decision to
11 terminate Barry Cunningham?
12     A.    Betty Ellen told me she didn't
13 want to renew his contract. I, as a news
14 director, wanted to tell the reporter that
15 you're not going to be renewed.
16     Q.    And did you agree with that
17 decision?
18     A.    No, I did not.
19     Q.    Isn't it true that Barry
20 Cunningham, shortly after 9/11, if not the
21 next day or a few days thereafter, on-air
22 made remarks that were critical of President
23 Bush?
24     A.    I vaguely remember that.
25     Q.    And isn't it true that viewers

Scott                    251

1  
2  complained about it?
3      A.    A couple.
4      Q.    And you were appalled about the
5  comments that he made about President Bush
6  on-air, correct?
7      A.    I don't remember -- I actually
8  don't remember exactly what he said at that
9  time.
10     Q.    But do you remember generally that
11 there was an issue about him making comments
12 that were -- put WPIX in a very bad light
13 with the public with respect to President
14 Bush and 9/11?
15     A.    At -- around 9/11, and that was
16 right around 9/11, it was like --
17     Q.    Like, three days later, right?
18     A.    Like two days, three days, people
19 were working all night long, 24/7.
20     MR. RUBINSTEIN:  Karen, just
21 listen to the question.
22     Q.    Isn't it true that you were
23 appalled by the comments he made about
24 President Bush with respect to 9/11?
25     A.    I -- I brought him in my office,

Scott                    252

1  
2  and I did say that was out of line. He said,
3  I'm sorry, I didn't mean it that way, and
4  then we moved on.
5      Q.    Okay.  And isn't it true that you
6  -- you had issued him a final warning a few
7  years earlier because he brought a stripper
8  into the studio and interviewed her naked?
9      A.    We had to do a warning on that.
10     Q.    And you issued the warning,
11 correct?
12     A.    We had to do that. Human
13 resources wanted me to do that.
14     Q.    And you agreed with that, right?
15     A.    That wasn't under Betty Ellen,
16 that was under Michael Eigner.
17     Q.    But you agreed to do it, correct?
18     A.    Well, you had to do that.
19     Q.    All right. As you sit here today,
20 are you testifying under oath that you had no
21 recommendation to not renew Barry
22 Cunningham's contract?
23     A.    I --
24     MR. RUBINSTEIN:  Object to the
25 form of the question, but you can

Scott                    253

1  
2  answer.
3      A.    Okay.  I have to say that I knew
4  -- Barry Cunningham was probably one of the
5  best reporters and writers as a reporter on
6  the staff. He -- he was very well known to
7  a lot of the contacts in the City, and he was
8  an excellent reporter, and.
9      Q.    Who showed poor judgment at times,
10 right?
11     A.    Not very often, but those two
12 times, yes, and we -- and I wanted to keep
13 him for those reasons.
14     Q.    At the time, did you ever claim or
15 tell anybody, Betty Ellen or WPIX, HR or
16 Tribune senior management or Tribune HR --
17     A.    Oh, yes.
18     Q.    -- that you believed Barry
19 Cunningham was discriminated against because
20 of his age?
21     A.    Oh, I'm sorry.  I'm sorry, I over
22 spoke, say that again.
23     Q.    Right.  At any time, did you ever
24 tell anybody, either in HR at Tribune or WPIX
25 or Tribune senior management that you

Scott                                      254

1
2   believed that the decision not to renew Barry
3   Cunningham's contract was because of his age?
4        A.    Well, say -- I'm sorry, can you
5   repeat that?
6        Q.    Did you ever tell anybody at
7   Tribune management, HR or WPIX HR or Betty
8   Ellen that you believed that the decision not
9   to renew Barry's contract was because of his
10  age?
11       A.    Well, I didn't want him -- I did
12  not want him to be let go.
13       Q.    Answer the question.
14       A.    Betty Ellen -- Betty Ellen -- I
15  told Betty Ellen that I wanted him to stay
16  because I thought he was an excellent
17  reporter, but she, this is once again, she
18  had Barry in her cross hairs, I mean, she --
19  since she walked in.  I remember her saying
20  to me, I guess maybe she saw him in the
21  hallways or something, she said, he's too
22  old, and she said, I saw him, and he has a
23  crumpled jacket, and she said that he just
24  doesn't look good on-air, he's too old, and
25  once -- once Betty Ellen got an idea in her

PIROZZI & HILLMAN
212-213-5858

Scott                                      255

1
2   head, she wanted go forward with it, she was
3   the general manager.
4        Q.    No, my question was, did you ever
5   tell anybody at Tribune management, HR, WPIX
6   HR or even Betty Ellen herself, that you
7   believed the decision not to renew Barry's
8   contract was because of his age?
9        A.    At the time, no.  At the time, no.
10       Q.    It was only once you filed your
11  own charge with the EEOC that you first made
12  that allegation, correct?
13       A.    No.
14       Q.    Did you tell anybody else before
15  then?
16       A.    Back then --
17       Q.    It's either yes or no, Ms. Scott.
18       A.    Well, I don't understand the
19  question.
20       Q.    Did you ever tell anybody before
21  at any point before you filed your EEOC
22  charge, that you believed that Barry
23  Cunningham's contract was not renewed because
24  of his age?
25       A.    Well, it was obvious that it was,

PIROZZI & HILLMAN
212-213-5858

Scott                                      257

1
2   that you never specifically or affirmatively
3   told anybody that you believed Barry had been
4   discriminated against because of his age?
5        A.    I warned her Betty Ellen, that's
6   what I did.
7        Q.    You warned her by saying, he's 58?
8        A.    Yes.
9        Q.    When was that?
10       A.    While we were going through it.
11  Before, when she said we have to -- we're
12  letting -- we're letting him go.
13       Q.    Okay.  And that was in 2002,
14  right?
15       A.    Yes.
16       Q.    Marvin Scott, in what way do you
17  claim that he was discriminated against by
18  Betty Ellen?
19       A.    Well, that was -- he was taken
20  off, Marvin Scott was a, was one of our
21  reporters, he also did a political talk show
22  that he taped, and it ran over the weekend,
23  he was also one you have our hardworking
24  reporters, and he had been there for many
25  years, and Betty Ellen did not want him

PIROZZI & HILLMAN
212-213-5858

Scott                                      258

1
2   anchoring, she did not want him anchoring the
3   morning news, she wanted -- excuse me, I'm
4   sorry.  She didn't want -- she didn't want
5   him anchoring the weekend news, she didn't
6   want to have him fill-in for the News at Ten.
7   She said that I don't want to -- she made a
8   -- she didn't want him to fill in at all, at
9   any time.  She didn't think that -- she said
10  he was too old, she would say to me, isn't he
11  ready to retire yet, why hasn't he retired
12  yet, and I said, well, I don't know, and
13  meanwhile, he kept on going and going, and he
14  did trips to Iraq and Afghanistan, he had
15  more energy than some of the young kids, and
16  Marvin Scott, to this day here is, is -- has been
17  demoted, now he is -- he works on the
18  weekends.
19       Q.    When you say he was demoted, was
20  he ever quote demoted while you were employed
21  at WPIX?
22       A.    Yes, he was demoted from -- he was
23  demoted from anchoring, he would not -- he
24  would not -- we took him off the weekend
25  anchoring, and then he -- he was never, he

PIROZZI & HILLMAN
212-213-5858

Scott                    260

1
2      Q.   When is that that you claim that
3  she last said why doesn't he just retire, or
4  something like that, whatever you testified
5  to?
6      A.   It was rather recently, when we
7  were all -- when we were looking, at one
8  point, looking at all the contracts and who
9  was up and who wasn't, and she made that
10  statement.  I can't pinpoint that to you.  I
11  would guess it -- probably in 2009, but I'm
12  not sure, it could be 2008.
13      Q.   Was anybody else present when you
14  claim she said this?
15      A.   No.
16      Q.   Was anybody present she when you
17  claim she made comments about Barry
18  Cunningham's age?
19      A.   No.
20      Q.   All right.  Sal Marciano, his
21  contract was not renewed in what, late 2008?
22      A.   Yes, yes.  2008, December 31st was
23  Sal Marciano.
24      Q.   Okay.  Were you involved in making
25  that decision?

Scott                    261

1
2      A.   No, Betty Ellen wanted him gone.
3  She always did, just like Barry Cunningham,
4  she always did.  She didn't like him, she
5  thought that he was phoning in, that he was
6  too old, that he didn't -- that he didn't
7  look good on the air, and he definitely --
8  she wanted him gone.
9           She told me several times, I mean,
10  through the years to the point that I tried
11  to tell her directly, but the bottom line is
12  that she's the general manager.
13      Q.   Okay.  Do you claim that she's
14  used the words, quote too old with respect to
15  Sal?
16      A.   Well, yeah, because she said that
17  -- I mean, he looks like he's phoning in, he
18  doesn't react well on the set, and he seems
19  to be too old.
20      Q.   You claim that she used words *too
21  old*?
22      A.   Yes.
23      Q.   When do you claim she said that?
24      A.   That was when we were talking
25  about renewing him or not, and she said that

Scott                    262

1
2  that was the last contract.  That was the one
3  that expired on December 31, 2008.
4      Q.   So would this have been in 2006
5  then, that you claim she said this?
6      A.   His last contract, whatever the
7  contract was, his last contract.
8      Q.   The one that expired?
9      A.   The one that expired.  I mean, it
10  expired on December 31st, it was '08, I'm
11  pretty sure.
12      Q.   Isn't it true that you had some
13  criticism of Sal's on-air performance?
14      A.   No.
15      Q.   Never?
16      A.   I like Sal.  I thought -- I mean,
17  Sal and sports, to me, the reason I brought
18  him over from WNBC was because he was a
19  superstar in the supports world, the teams
20  loved him, the players loved him, he got
21  nuggets of information that no one else does.
22  He was buddies -- best buddies with
23  Steinbrenner, he got a lot of -- when
24  Steinbrenner used to break some news about
25  the Yankees, we used to get it first because

Scott                    264

1
2  identification, as of this date.)
3      Q.   I'm showing you what's been marked
4  as Exhibit 27, which is a copy of the charge
5  of discrimination that was filed on your
6  behalf with the US EEOC on January 14, 2010.
7           Just take a look at it and tell me
8  if that is in fact the EEOC charge you filed.
9           MR. RUBINSTEIN:  Assuming there
10           were photocopies made, and I'll
11           stipulate.
12      Q.   If you look at page seven,
13  paragraph 21?
14      A.   Six, seven.
15      Q.   All right.  If you look at small
16  Roman numeral three, it says, *In 2008, WPIX
17  decided not to retain Sal Marciano, beloved
18  sports anchor in New York in his 60s after
19  Ms. Berlamino remarked to Ms. Scott that he
20  doesn't look good on the air, end quote.
21      A.   Okay.
22      Q.   Right.
23      A.   Okay.
24      Q.   Nowhere there do you see that he
25  looked too old, right?

```
                    Scott            265
 1
 2        A.   Well, that's what she said to me.
 3        Q.   Nowhere in your EEOC charge did
 4   you ever put that she said he was quote too
 5   old?
 6        A.   I don't remember.
 7        Q.   Well, it's not here, right?
 8        MR. RUBINSTEIN:  Is that a
 9   question?
10        Q.   It's not here, the words "too old"
11   are not here, correct?
12        A.   Well, is this --
13        MR. RUBINSTEIN:  I'll stipulate
14   that it says it's not there.
15        Q.   All it says is that she said to
16   you "he doesn't look good on the air"?
17        MR. RUBINSTEIN:  That's what it
18   says.
19        A.   Yeah, I guess it says that here,
20   but she told me that -- she always said old
21   when she didn't like anyone.
22        Q.   Do you know why it doesn't say in
23   this EEOC charge what you're alleging, that
24   he looked too old?
25        MR. RUBINSTEIN:  Objection to the
```

```
                    Scott            266
 1
 2   form.
 3        Q.   Do you know why?
 4        A.   No.
 5        MR. CERASIA:  28, please.
 6        (Complaint was marked as Scott
 7   Exhibit 28, for identification, as of
 8   this date.)
 9        Q.   I'm going to show you what's
10   marked as Exhibit 28.
11        MR. CERASIA:  Can you give me back
12   the copy of the EEOC charge, please.
13   Thanks.
14        A.   Do I look at this or do I look at
15   that?
16        MR. RUBINSTEIN:  He'll tell you
17   where to look.
18        Q.   Just look at 28, look at the
19   complaint, and let me ask you this, did you
20   review this complaint before it was filed
21   with the court?
22        A.   Is this -- hold on one second.
23        Q.   Go ahead, take a look through it.
24        MR. RUBINSTEIN:  I'll stipulate
25   that that's the complaint, I trust Ed.
```

```
                    Scott            267
 1
 2        A.   Okay.
 3        Q.   Did you review this before it was
 4   filed with the court, to your knowledge?
 5        A.   Yes.
 6        Q.   Could you look to page nine to
 7   page ten paragraph 41?
 8        A.   Okay, I'm on page 9, what now?
 9        Q.   Paragraph 40, and I'm specifically
10   focusing on small Roman numeral three, it's
11   on the top of page ten.
12        A.   Okay.
13        Q.   And it's the exact same small
14   Roman numeral three that appears in your EEOC
15   charge, that you have over, which is Exhibit
16   27, with the exception of adding five words
17   after the quotes, doesn't look good on the
18   air, adds the following five words, "due to
19   his advanced age."  Do you see that?
20        A.   Yes.
21        Q.   Again, you don't say here the
22   words put in quotes that he said he was quote
23   too old, do you?
24        A.   I don't remember.
25        Q.   Well, it doesn't say it, right?
```

```
                    Scott            270
 1
 2   that he was well-known in the sports world
 3   and the audiences, they loved him.
 4        Q.   Do you remember in the summer of
 5   2008 where he did a special show at Shea
 6   Stadium dealing with the Subway Series when
 7   the Yankees and the Mets played in the summer
 8   of 2008?
 9        A.   Yes.
10        Q.   Do you remember problems with that
11   show?
12        A.   There was a lot of technical
13   problems with that show.  I don't remember
14   what caused them or what it was.
15        Q.   Do you remember him being
16   unprepared for the show?
17        A.   I don't, I don't remember, it was
18   -- I know we had a lot of technical
19   difficulties and they weren't looking at the
20   right cameras or something.  I don't really
21   -- I honestly don't remember.
22        Q.   Do you remember whether was a
23   problem with Sal's performance during that
24   show?
25        A.   I think with everyone's
```

Scott                                                 272

1   marked as Scott Exhibit 29, which is a
2   two-page letter from the EEOC to you dated
3   January 7, 20011.  The third page is a
4   dismissal and notice of rights, also dated
5   January 7, 2011, and then just a general
6   notice.
7           Tell me if you've seen that
8   before.
9       A.   Yes, I have.
10      Q.   And you received that at your home
11  from the EEOC?
12      A.   Yes.
13      Q.   Relating to the charge that you
14  filed which was Exhibit Number 27, right?
15      A.   Yes.
16      Q.   And you understood that the EEOC
17  dismissed your charge?
18      A.   Well, I understand that -- that
19  they didn't do any investigation, it was,
20  like --
21      Q.   I understand you might not agree
22  with it, but I'm just asking, you understood
23  that the EEOC dismissed your charge, right?
24      A.   Yes.

---

Scott                                                 273

1       Q.   Do you know whether or not you
2   ever sent any letter to the EEOC complaining
3   about that decision to dismiss your charge?
4       A.   I don't -- I don't recall.  I
5   don't know, I don't recall.
6       Q.   You also testified that you
7   believed that there was some discrimination
8   against Mary Murphy?
9       A.   Yes.
10      Q.   And what do you claim that was?
11      A.   Mary Murphy -- Mary Murphy, I
12  brought her over from WCBS, she was an
13  excellent reporter, a really hardworking
14  reporter, and I thought she was a very good
15  anchor.  She -- while I was there, she was
16  the anchor on the weekend news, fill-in for
17  Kaity Tong, when she was out, and three days
18  a week, a reporter, and she also did fact
19  findings, she was an investigative reporter,
20  and I'm sorry, now, what was the question?
21      Q.   What was the discrimination that
22  you claimed against Mary Murphy?
23      A.   Oh, Betty Ellen -- Betty Ellen did
24  not like Mary Murphy anchoring, she thought

---

Scott                                                 274

1   that she looked old, she thought that she
2   didn't like her clothes, she would call me
3   up, usually on Mondays if she saw the weekend
4   news and said that Mary Murphy, you know, she
5   didn't want -- she didn't want her anchoring
6   so she was demoted to -- she was taken off
7   the anchor desk, and she was demoted to five
8   days a week reporter.
9       Q.   What year was she hired, do you
10  know?
11      A.   She was hired, about the -- she
12  was hired in, excuse me, 2000 -- no 1993,
13  1993, she was hired in 1993.
14      Q.   And when did she can become an
15  anchor?
16      A.   Right away.
17      Q.   So from '93 to some time in 2000,
18  she was a weekend anchor?
19      A.   Yes, and then reporter the other
20  time.
21      Q.   You claim in your EEOC charge in
22  paragraph 21 that in 2009 she was, it says
23  she replaced news reporter Mary Murphy as the
24  weekend news anchor with someone 15 years her

---

Scott                                                 275

1   junior.  I guess I'm just a little confused
2   because you call her a news reporter and then
3   you call her a weekend news anchor?
4       A.   She's -- well, she traditionally,
5   she does the Saturday and Sunday, and there's
6   a weekend anchor, and then three days a
7   week --
8       Q.   And three days as a --
9       A.   -- she was either a general
10  assignment reporter, but then when we put
11  together a fact finder, Mary a reporter
12  on that for three days a week.
13      Q.   So what do you -- in 2009, you
14  said she became what, just a regular reporter
15  during the five days during the week?
16      A.   Yes.
17      Q.   Did her salary get cut?
18      A.   I don't remember.  I don't
19  remember.
20      Q.   I assume between 2000 and 2009,
21  that Mary's contract had been renewed at
22  least three times during that time period?
23      A.   We renewed her contract, but.
24      Q.   With approval from Betty Ellen.

Scott                                          276

```
 1                    Scott                    276
 2        A.     With approval from Betty Ellen,
 3   and Betty Ellen did not want her anchoring.
 4        Q.     Every time she renewed the
 5   contract, is that what you're maintaining,
 6   that every time she renewed the contract, she
 7   didn't want her anchoring?
 8        A.     No.  Well, she was anchoring, but
 9   she always kept telling me that she didn't
10   want her anchoring.
11        Q.     So that was from 2000 she would
12   say that?
13        A.     A little later than that, I guess,
14   I don't want to guess, I don't remember, you
15   know, but it was -- it happened.
16        Q.     Did she tell you at that point
17   early on why she didn't want her to be the
18   anchor?
19        A.     After about a year or so, she
20   didn't want her to be the anchor there.  She
21   wanted her to do reporting, but she didn't
22   want her anchoring.  She said that she didn't
23   look right anchoring, that she had frumpy
24   clothes and that she was too old.
25        Q.     She said that in the early 2000s,
```

PIROZZI & HILLMAN
212-213-5858

```
 1                    Scott                    277
 2   that she said you claim she thought said she
 3   was too old?
 4        A.     Yeah.  Well, in -- I can't -- I
 5   can't tell you that the exact date, but she,
 6   just like the others, she just -- she always,
 7   whenever she saw Mary, she just didn't like
 8   her anchoring.
 9        Q.     Mr. G, do you know how old he is?
10        A.     Mr. G is, oh, I don't want to
11   guess, probably in his 60s, I'm not -- I
12   don't have information.
13        Q.     And was his contract renewed in
14   the last few years that you were the news
15   director?
16        A.     Yes.
17        Q.     And that renewal decision had to
18   be approved by Betty Ellen, correct?
19        A.     Yes, yes.
20        Q.     You also, in the EEOC charge,
21   identify a woman by the name of Vanessa
22   Tyler?
23        A.     Vanessa Tyler.
24        Q.     Who was the reporter in New
25   Jersey, correct?
```

PIROZZI & HILLMAN
212-213-5858

```
 1                    Scott                    278
 2        A.     Yes.
 3        Q.     Isn't it true that her contract
 4   wasn't renewed because the New Jersey bureau
 5   was shut down?
 6        A.     The -- the New Jersey bureau was
 7   shut down, and -- and Vanessa Tyler, she
 8   could have come over and worked because we
 9   could use the reporters, but we didn't renew
10   her contract.
11        Q.     Did you hire anybody in New York
12   at the time that you didn't renew her
13   contract?
14        A.     I don't remember, I don't
15   remember.
16        Q.     And you claim that not renewing
17   her contract was because of her age?
18        A.     Well, she always -- Betty Ellen,
19   that one too, she didn't like -- she did not
20   like the way she dressed, she thought that
21   she was -- she didn't, she didn't dress
22   appropriately for a reporter, and that she
23   was also -- she should be doing something
24   else.  She said that she was -- she said that
25   she was old.
```

PIROZZI & HILLMAN
212-213-5858

```
 1                    Scott                    280
 2        Q.     So you don't know the reasons for
 3   not renewing her contract?
 4        A.     Yes, I do, I mean, because we
 5   talked about it and she didn't want to -- she
 6   didn't want to renew her.
 7        Q.     Did you communicate to Vanessa
 8   that her contract would not be renewed?
 9        A.     Yes, I did.  Because like I told
10   you before --
11        Q.     There's notice provisions.
12        A.     There's always a 60 days or 90
13   days, and I was still there in that period.
14        Q.     Did Betty Ellen make a decision to
15   give Marvin Scott his own weekly news show?
16        A.     His own weekly news show.
17        Q.     The political show, right?
18        A.     That's, that was -- no, that was
19   -- when I came in 1993, he was doing the
20   political talk show.  He had been doing it
21   for years, he was a stale there.
22        Q.     Right.  But she had to approve it
23   to continue, correct?
24        A.     Oh, I'm sure, yeah, I guess.  This
25   was a while.  When I was there, it was
```

PIROZZI & HILLMAN
212-213-5858

Scott                                           281

1
2  happening, and we kept it going, and she came
3  in again -- when she came in 2000, we were
4  already up and running, she never cancelled
5  it.
6          Q.   And he was the only reporter who
7  had such a show, right?
8          A.   I'm thinking through the years, as
9  far as I can remember, yes.
10         Q.   Did you ever tell anybody in human
11  resources at WPIX or Tribune or Tribune
12  senior management about what you claimed to
13  be Betty Ellen's comments with respect to
14  Mary Murphy or Vanessa Tyler?
15         A.   No.
16         Q.   Why not?
17         A.   Again, Betty Ellen was my boss,
18  and she -- she had rank over me.  I didn't --
19              MR. CERASIA:  Why don't we take a
20  break.
21              THE VIDEOGRAPHER:  Stand by,
22  please.  The time is 5:14.  We are going
23  off the record.
24              (Pause.)
25              THE VIDEOGRAPHER:  The time is

Scott                                           284

1
2  letting me know things were coming in the
3  trades so, you know, but honestly, I don't --
4  I don't want to say -- I don't remember, I
5  don't remember.
6          Q.   You don't remember if there was
7  any agreement with Sal to call his departure
8  a retirement?
9          A.   All I know is that we -- Betty
10  Ellen didn't want to renew his contract.  I
11  told him that we're not renewing the
12  contract, and that was it, that was it.
13         Q.   And as you sit here today, you
14  don't remember one way or the other whether
15  you had a discussion with him about how you
16  characterized his departure?
17         A.   I'm sorry, I'm sorry, I don't
18  remember.
19         Q.   Okay.
20              MR. CERASIA:  Mark this as 30.
21              (August 31, 2009 E-mail was marked
22  as Scott Exhibit 30, for identification,
23  as of this date.)
24         Q.   I'm showing you what's been marked
25  as Exhibit 30, which is an August 31, 2009

Scott                                           285

1
2  e-mail from Betty Ellen to you, the subject
3  is "how is this."  Why don't you take a
4  minute and look at it.
5          A.   I'm sorry, thank you.
6          Q.   I'm sorry.
7          A.   That's okay.
8          Q.   I thought I gave it to you, it's
9  getting late.
10         A.   Yes, I remember this.
11         Q.   You remember receiving this?
12         A.   Yes.
13         Q.   Do you also remember having a
14  phone conversation with Betty Ellen about
15  this?
16         A.   Well, I had two conversations with
17  her about this.  Betty Ellen on -- on the day
18  of -- on the day I was leaving -- let me
19  rephrase that.
20              Betty Ellen came down to my office
21  early in the morning, it was after they gave
22  me a going away party, the reporters and she
23  sat, she came right down -- excuse me,
24  here's, okay, I'm sorry, excuse me, let me
25  just start right again.  I'm going to start

Scott                                           286

1
2  again.  I'm just trying to figure out when
3  she came down.  She came down to my office,
4  it was the -- the day after my going away
5  party and she came around early in the
6  morning, about 9 o'clock, and she said that
7  -- she said that was going to put an
8  announcement out in the paper, and I said
9  okay, and she said that I'm going to say that
10  you resigned, and I said, I didn't resign,
11  Betty Ellen, you fired me, I would never
12  resign, I would never leave all the people
13  that I brought over here, I mean, I wouldn't
14  do that, and they know that, and she said,
15  I'm sorry, I have to say that you going to
16  resign, and I tried my best to say please,
17  don't say I resigned, please don't.  She
18  said, well, it would be better for you if I
19  did, and I don't know what that meant, and I
20  said please, don't do it, and so she didn't
21  answer me, so, and then she went upstairs and
22  she typed up the memo, and she -- she sent me
23  an e-mail, if I recall, and said look at
24  that, this is what I'm sending out, and
25  again, I said to her, please, Betty Ellen,

Scott                                                287

1
2   don't say I resigned, I didn't resign, I
3   would never resign anywhere, I never ever
4   resigned anywhere, and she said -- and she
5   sent it out, and she sent it out, and it said
6   resigned.
7       Q.    She sent it out where, to the
8   press?
9       A.    To the press.  I don't -- it went
10  to the press.  I assumed that Jessica, after
11  she wrote it, maybe as a PR person, I don't
12  know how they handled it up there, but
13  between Betty Ellen and whoever else put it's
14  out to press, it came out resigned.
15      Q.    Let me ask you this.  After you
16  were notified by Betty Ellen and Myrna that
17  your employment was being terminated, did you
18  tell anybody on your staff?
19      A.    No, I didn't tell anyone on my
20  staff because I remember it was the 26th, and
21  that night I was going away, on my rare
22  vacations, I was going up to Martha's
23  Vineyard, and I didn't want to -- I didn't
24  want to say anything and be gone three or
25  four days, you know, I didn't want it to be

Scott                                                288

1
2   hanging like that, so I didn't say a word to
3   anyone, and I went up to Martha's Vineyard,
4   and -- and I -- someone -- someone said
5   something to someone, and it got out, and I
6   got very upset, and I called Myrna, and I
7   said, I was sitting in Martha's Vineyard and
8   all of a sudden my little private getaway,
9   all of a sudden, I mean, this little hotel,
10  there were phones ringing off the hook all
11  day long, all my staff was calling me,
12  crying, da-da-da and all this stuff, and, you
13  know, it was -- it was very upsetting --
14      Q.    Do you know --
15      A.    -- and so when I came back, then I
16  -- then I, you know, I -- the people that
17  called me, I couldn't deny it now because
18  there was -- someone told them, and I -- I
19  don't to this day, know where it came from,
20  but it was someone wasn't supposed to say
21  anything, that was my deal with Myrna and
22  Betty Ellen, was don't say anything, I'm
23  going away, I'll come back, I'll deal with
24  the staff then.
25      Q.    Okay.  Was August 31st, Monday,

Scott                                                292

1
2       Q.    So it was sent an hour and 41
3   minutes after she sent you, you can keep it
4   in front of you, after she sent you Exhibit
5   30, right?
6       A.    2:32, and this is 12:21, I called
7   her up after I saw this.
8       Q.    Just answer my question first.
9       A.    Yeah.
10      Q.    So about an hour and 41 minutes
11  after she sent you the draft saying quote,
12  how is this?
13      A.    Yeah.
14      Q.    She then sent out the, I'll call
15  the broadcast to the WPIX employees, right?
16      A.    Right.  I called her.  I didn't --
17  when she first did this, I didn't write an
18  e-mail, I called her up, I said Betty Ellen,
19  I thought we talked about it, you know I
20  didn't want the resigning in there, and she
21  said I'm sorry, I had to do it this way, that
22  was it.
23      Q.    Did you want her to say in there
24  at that you were terminated?
25      A.    Yes.

Scott                                                293

1
2       Q.    Did you specifically say to her --
3   do you claim that you specifically said to
4   her I want this notice to say that I was
5   fired?
6       A.    Whatever she wanted to say, but I
7   didn't want the word "resigned," because to
8   me, to me, it was, like, a badge of courage.
9   I wouldn't resign anywhere.  I'm hardworking
10  dedicated and loyal to where I am, and
11  everyone knew, everyone was coming --
12      Q.    When you received Exhibit 31 from
13  Betty Ellen, did you ever call Myrna or
14  anybody in Tribune management to say that I
15  don't want this charactered as a resignation?
16      A.    No.
17      Q.    Why not?
18      A.    Because Betty Ellen was my general
19  manager, and I respected her, and I'm not
20  going to -- I'm not going to -- I didn't
21  think it was necessary to call them.  My god,
22  I was walking -- I'd been fired, why should I
23  call them, you know, the worst happened, what
24  else can I do.
25      MR. CERASIA:  Mark this as 32,

Errata Sheet:  Scott v. WPIX, Inc.
January 26, 2011  Deposition of Karen Scott

| Page/Line | Correction | Reason |
|---|---|---|
| Page 9/Line 15 | Replace "No" with "Yes, my domestic partner, Michael Callaghan" | Clarification |
| Page 23/Line 15 | Replace answer with "I was one of the people involved with trying to increase ratings." | Clarification |
| Page 26/Lines 15-20 | Replace answer with "We got an EP for the News at Ten when I promoted John Houseman to the executive producer slot." | Clarification |
| Page 33/Line 24 | Replace "Yeah" with "No" | Clarification |
| Page 42/Lines 17-22 | Replace "18 – 25" with "25-54" | Clarification |
| Page 105/Lines 22-25; Page 106, Line 1 | Replace answer with "One of the bigger problems that we had was that we hardly received any promotion for our shows." | Clarification |
| Page 213/Line 24 | Replace "coo" with "coup" | Typographical Error |
| Page 271/Line 20 | Replace "No" with "Yes, but not regarding this lawsuit." | Clarification |

_Karen Scott_
Karen Scott

Sworn to before me this
24th day of February, 2011

_Vivian Hwang_
Notary Public

VIVIAN HWANG
Notary Public, State of New York
No. 01HW5067230
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Oct. 15, 2014

N-120928_1.DOC

## Supplemental Errata Sheet:  Scott v. WPIX, Inc.
## January 26, 2011  Deposition of Karen Scott

| Page/Line | Correction | Reason |
|---|---|---|
| Page 20/Line 18 | Replace "Yes" with "No.  It was my responsibility to put together the best possible news programming that I could.  I did not have control over sales or other factors that went into the station's ability to generate profit." | Clarification |

*Karen Scott*
Karen Scott

Sworn to before me this
10th day of March , 2011

*Vivian Hwang*
Notary Public

VIVIAN HWANG
Notary Public, State of New York
No. 01HW5067230
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Oct. 15, 2014

N-123105_1.DOC