# EXHIBIT C

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   10-CIV-4622(WHP)
 5   ------------------------------------x
 6   KAREN SCOTT,
 7                  Plaintiff,
 8            vs.
 9   WPIX, INC.,
10                  Defendant.
11   ------------------------------------x
12
                    March 2, 2011
13                  9:28 a.m.
14
15        Videotaped Deposition of BETTY ELLEN
16   BERLAMINO, held at the offices of Haynes and
17   Boone, LLP, 30 Rockefeller Plaza, New York, New
18   York, before Francine Sky, a Notary Public of the
19   State of New York.
20
21
22
23
24
25
```

Page 7

```
 1            Betty Ellen Berlamino
 2        A.    No.
 3        Q.    Are you currently employed?
 4        A.    No.
 5        Q.    What was your last form of
 6   employment?
 7        A.    My last form of employment?  I don't
 8   understand the question.
 9        Q.    Where were you last employed?
10        A.    WPIX.
11        Q.    And what was the period of
12   employment at WPIX?
13        A.    At WPIX, it was October 1994 to
14   June 7, 2010.
15        Q.    As of the time you left WPIX in June
16   of 2010, what was your position with the
17   Company?
18        A.    I was the President and General
19   Manager.
20        Q.    How long did you hold the position
21   of President and General Manager?
22        A.    Approximately 9-1/2 years, from
23   December 2000 to June 7, 2010.
24        Q.    Prior to December of 2000, what
25   position did you hold at WPIX?
```

Page 8

```
 1            Betty Ellen Berlamino
 2        A.    Vice President and Station Manager.
 3        Q.    Could you just explain for me the
 4   difference between being a Station Manager and
 5   the General Manager?
 6        A.    Yes.  The Station Manager reports to
 7   the General Manager, and the General Manager
 8   reports to a person in Corporate.
 9        Q.    In terms of duties and
10   responsibilities, is there a difference between
11   what the Station Manager does and the General
12   Manager?
13        A.    Yes.  Ultimately, the General
14   Manager of a television station would be
15   responsible for the profit and loss statement
16   of the Company, and any other aspects to do
17   with day-to-day business of the Business Unit.
18        Q.    And what about the Station Manager?
19        A.    Station Manager, if the station has
20   that position, it would be that -- the duties of
21   the General Manager assigns to the Station
22   Manager.
23        Q.    So there's no defined role for the
24   Station Manager, it's whatever the General
25   Manager wants to hand off?
```

Page 12

```
 1            Betty Ellen Berlamino
 2        A.    I was responsible for the profit
 3   and loss statement of the television station,
 4   all the department heads, and the overall just
 5   day-to-day operations of the Business Unit.
 6        Q.    How many different department heads
 7   were there during the time that you were the
 8   General Manager?
 9        I don't mean individuals, I mean
10   different departments that you oversaw.
11        A.    You're looking for a number?
12        Q.    Well, the number and the name of the
13   departments you oversaw as General Manager.
14        A.    So that's two separate questions.
15   You're looking for the departments and the
16   department heads?
17        Q.    Correct.  Let's start with the
18   departments.  Which departments did you oversee
19   as the General Manager?
20        A.    Sales, Research, Traffic, Finance,
21   News, Local Production and Community Affairs,
22   HR, Creative Services.
23        Q.    Did each of these departments have a
24   department head?
25        A.    Yes.
```

Page 13

```
 1           Betty Ellen Berlamino
 2      Q.    Did each department head report
 3  directly to you?
 4      A.    Yes.
 5      Q.    As the General Manager, did you
 6  have any involvement with programming for the
 7  Station?
 8           MR. CERASIA:   Objection to form.
 9           You can answer.
10      A.    Well, "involvement," could you
11  define that?
12      Q.    Sure.  WPIX is a television station;
13  correct?
14      A.    A-ha.
15      Q.    That television station provides
16  programming that's broadcast to viewers in the
17  metropolitan area; correct?
18      A.    Correct.
19      Q.    So I assume that television station
20  has to decide what goes on the air 24 hours a
21  day; correct?
22      A.    That is not entirely correct.  There
23  are some shows that are dictated by the Network,
24  where we just take those as fees.
25           There are other programs that are
```

Page 14

```
 1           Betty Ellen Berlamino
 2  decided by a Corporate Program Director, and are
 3  dictated to the various Business Units.
 4           And there are some individual shows
 5  that an individual station would purchase in
 6  consultation with the Corporate Program
 7  Director.
 8      Q.    Great.  That's exactly what I'm
 9  getting at.  What involvement did you have with
10  the selection of programming for the Station?
11  That's where we're headed toward, okay.
12           Do you understand that?
13      A.    I do understand that.
14      Q.    What involvement did you have in
15  selecting programming for the Station?
16      A.    I was asked an opinion about
17  certain shows and, ultimately, the Group
18  Program Head would make decisions on behalf of
19  the Tribune Television Station Group.
20      Q.    What was the relationship between
21  Tribune and WPIX, if you know, between December
22  2000 and June 2010?
23      A.    I don't understand the question.
24      Q.    You've indicated that the Tribune,
25  the Group Program Head of the Tribune made
```

Page 18

```
 1           Betty Ellen Berlamino
 2  in?
 3      A.    That's often dictated by the
 4  Syndicator.  The Syndicator will often dictate
 5  windows, and if you contract to go into
 6  partnership with that particular show, you are
 7  obligated to run a show within those windows.
 8      Q.    During the time you were General
 9  Manager, did you have discussions with the
10  Group Program Head as to the decisions that
11  were made by the Tribune where to slot certain
12  shows?
13      A.    Yes.
14      Q.    Who was the Group Program Head
15  between 2007 and 2009?
16      A.    Sean Compton.
17      Q.    Was there anybody at WPIX that was
18  in charge of programming aside from yourself?
19           MR. CERASIA:   Objection to form.
20           You can answer.
21      A.    No.
22      Q.    You indicated before that you were
23  responsible for the P&L of the Station.  I
24  assume you mean profit and loss by P&L?
25      A.    Correct.
```

Page 19

```
 1           Betty Ellen Berlamino
 2      Q.    Were you also responsible for
 3  setting an annual budget for the Station?
 4      A.    Yes.  Was responsible for agreeing
 5  to an annual budget in consultation with
 6  Corporate, yes.
 7      Q.    Just for clarification, when you use
 8  the term "Corporate," are you referring to
 9  Tribune Company?
10      A.    Yes.
11      Q.    Was there any position higher than
12  General Manager at WPIX between December 2000
13  and June 2010?
14      A.    No.
15      Q.    With regard to how WPIX was going
16  to allocate its funds, who made that
17  determination?
18      A.    What funds?  I don't understand the
19  term "funds."
20      Q.    I assume there was within the budget
21  money that WPIX was going to spend during any
22  annual period; correct?
23      A.    You're talking about expenses?
24      Q.    Correct.  Among other things, but,
25  yes.
```

Page 20

Betty Ellen Berlamino

1
2      A.     A-ha.  They are based -- there's a
3   formula that things are based on.  Everything
4   is actuals from the previous year, and then
5   they are -- there's a budget that is set by the
6   Station, and then presented to Corporate, and
7   in consultation with Corporate you would agree
8   on expenses and budgets for the following year.
9      Q.     You were involved with that process;
10  correct?
11     A.     Yes.
12     Q.     In fact, you were providing the
13  estimated budget to Corporate on an annual
14  basis; correct?
15     A.     The estimated budget?
16     Q.     Well, you indicated that Corporate
17  had to approve the budget.
18     A.     That's correct.
19     Q.     So you couldn't just decide, This
20  is the budget.  You had to give an estimated
21  budget to Corporate and it had to be approved;
22  correct?
23     A.     It had to be discussed, and then it
24  would be jointly approved as to what the budget
25  would be going forward.

Page 21

Betty Ellen Berlamino

1
2      Q.     Within that budget, was any amount
3   allotted for promotional efforts?
4             MR. CERASIA:    Objection to form.
5        You can answer.
6      A.     Yes.
7      Q.     Was that a specific line item within
8   the annual budget?
9      A.     Yes.
10     Q.     Was there any breakdown within what
11  was going to be spent on promotions?
12     A.     I don't understand the question.
13     Q.     Well, you indicated there's a line
14  item for promotion or promotional efforts.
15            Is there any breakdown within that
16  line item as to where those promotional funds
17  are going to be allocated, in other words, News,
18  Sports or something else?
19     A.     Yes.
20     Q.     I assume that was documented on a
21  yearly basis?
22     A.     It was.  The overall budget would
23  have to be achieved, yes.
24     Q.     My question was with regard to
25  promotions, it was documented what the annual

Page 23

Betty Ellen Berlamino

1
2   about off-air promotions?
3      Q.     I believe you just said when you say
4   promotions, you're referring to off-air and on-
5   air?
6      A.     Yes.
7      Q.     I'm talking about both, as well.
8      A.     There's no line item for on-air
9   promotion.
10     Q.     So there's just a line item for off-
11  air promotion?
12     A.     Yes.
13     Q.     How did you determine what amount
14  would be spent each year for off-air promotion?
15     A.     The Creative Service Director would
16  submit a budget.
17     Q.     During the period, again, let's use
18  2007 through 2009, who was the Creative Service
19  Director?
20     A.     John Zeigler.
21     Q.     Would he provide his proposed
22  budgets to you in writing?
23     A.     Yes.
24     Q.     Would there be back and forth with
25  Mr. Zeigler about his proposed promotion

Page 24

Betty Ellen Berlamino

1
2   budget?
3      A.     Yes; in consultation with the CFO.
4      Q.     Who was the CFO between 2007 and
5   2009?
6      A.     Kathy Davis.
7      Q.     She was the CFO of WPIX; correct?
8      A.     Yes, correct.
9      Q.     How would you characterize your
10  management style as General Manager?
11            MR. CERASIA:    Objection to form.
12            You can answer.
13     A.     How would I characterize?  I would
14  say it was -- I had an open-door policy.  It was
15  open -- communicate with department heads and
16  with the Station.  Open-door.
17     Q.     Do you believe you did an effective
18  job as the General Manager between December 2000
19  and June 2010?
20     A.     Yes.
21     Q.     What was the reason why you left
22  WPIX?
23     A.     I was let go from the Station.
24     Q.     Were you provided a reason as to
25  why they were letting you go?

Page 25

Betty Ellen Berlamino

1
2     A.   Yes.
3     Q.   What were you told?
4     A.   They were forming their team, and I
5  was not picked to be part of their team; that it
6  was not performance related.
7     Q.   Who told you that?
8     A.   Jerry Kirsten.
9     Q.   What was Mr. Kirsten's position
10 either with the Tribune or WPIX?
11    A.   I don't recall his specific title at
12 the time.
13    Q.   Did you have any discussion with
14 Mr. Kirsten about why they were letting you go
15 if it was not performance related?
16         MR. CERASIA:   Objection to form.
17    A.   I think -- I answered that question.
18 That's what he told me.
19    Q.   That was the extent, forming a team,
20 and there was no discussion after that as to
21 what that meant?
22    A.   No.
23    Q.   You accepted that reason and you
24 walked away?
25    A.   There was a little bit further

Page 26

Betty Ellen Berlamino

1
2  discussion.
3     Q.   Tell me about the substance of that
4  discussion.
5     A.   He brought up the fact that I had
6  questioned Steve Charlier and Bill Carey as News
7  experts.  He had referred to them as "News
8  experts."  I had questioned the use of that
9  word.  He stated he didn't like that.
10         He also stated that when he had
11 taken over his role at the Tribune Company that I
12 had asked -- since the Tribune Company was
13 making a lot of decisions from Corporate, they
14 were just handing down dictates, taking a lot of
15 the decision making away from the General
16 Manager, I had questioned it and asked if they
17 still wanted me to remain in the position, if
18 they were making all these decisions.
19         I was told I was not there to make
20 decisions, that I was there to execute their
21 vision.  I was asked if I could accept that, and
22 wanted to continue with the role.  I had said
23 that I would need to think about it, and the
24 next day I told them I would continue with the
25 role.

Page 28

Betty Ellen Berlamino

1
2  to?
3     A.   I was told to leave the News
4  decisions to the News experts, and that Bill
5  Carey and Steve Charlier were characterized by
6  Mr. Kirsten as experts.
7     Q.   What about that did you question?
8     A.   I'm not sure I understand that
9  question.
10    Q.   What issue did you have with what
11 Mr. Kirsten told you?
12    A.   I had a problem with Bill Carey.
13    Q.   What problem did you have with Bill
14 Carey?
15    A.   I had a problem with his management
16 style.
17    Q.   Can you elaborate for me what
18 problems you had with his management style?
19    A.   I didn't think he treated people
20 with respect, and I thought that some of the
21 decisions that he was making were bad
22 decisions.
23    Q.   How long had Mr. Carey been on the
24 job when you were terminated in June 2010?
25    A.   To the best of my knowledge, I

Page 29

Betty Ellen Berlamino

1
2  believe Bill Carey started on November 30,
3  2009.
4     Q.   Was he hired to replace Ms. Scott as
5  News Director?
6     A.   Yes.
7     Q.   Did you have any role in hiring
8  Mr. Carey?
9         MR. CERASIA:   Objection to form.
10        You can answer.
11    A.   I was told to hire Bill Carey.
12    Q.   By who?
13    A.   Steve Charlier.
14    Q.   Were you personally in favor of
15 hiring Mr. Carey?
16    A.   No.
17    Q.   Why not?
18    A.   I didn't think that he was the right
19 candidate for the position.
20    Q.   Who did you think the right
21 candidate was?
22    A.   There were two people I had
23 narrowed it down to, but let me answer your
24 question you're asking.
25         John Houseman.

Page 30

1           Betty Ellen Berlamino
2       Q.    Why wasn't Mr. Houseman hired as the
3   General Manager?
4               MR. CERASIA:    Objection to form.
5       You can answer.
6       A.    I think you said as General Manager.
7       Q.    I'm sorry.
8               What was Mr. Houseman hired as, the
9   News Director?
10              MR. CERASIA:    Same objection.
11      You can answer.
12      A.    Steve Charlier wanted Bill Carey to
13  be the News Director.
14      Q.    Did you believe Mr. Carey was more
15  qualified to be the News Director than Karen
16  Scott?
17              MR. CERASIA:    Objection to form.
18      You can answer.
19      A.    I thought he was qualified, yes.
20      Q.    My question was:  Do you believe he
21  was more qualified to be the News Director than
22  Karen Scott?
23              MR. CERASIA:    Same objection.
24      A.    I thought he was qualified.
25      Q.    I'm sorry, Ms. Berlamino, my

Page 32

1           Betty Ellen Berlamino
2       You can answer.
3       A.    For what I was -- for what the
4   Company wanted to do, and what I was asked to
5   do, I thought he was more qualified to do what
6   Corporate was asking of WPIX.
7       Q.    What was Corporate asking of WPIX?
8       A.    They wanted to differentiate the
9   News, they wanted change, they wanted to become
10  a more electronic News Department, if you will,
11  meaning cover three screens and elevate the
12  ratings of the newscast and, therefore, turn a
13  negative P&L news statement into a profitable
14  one.
15      Q.    If that was the goals that WPIX had
16  in November 2009, why were you not in favor of
17  hiring Mr. Carey?
18      A.    I thought that his -- I didn't -- I
19  clashed with his personality, and I felt that I
20  did not care for his management style.
21      Q.    During the period November 30, 2009,
22  until June 7, 2010, did you run into any
23  personality issues with Mr. Carey?
24      A.    Did I --
25      Q.    You personally.

Page 38

1           Betty Ellen Berlamino
2   after the investigation had been completed?
3       A.    No.
4       Q.    Did you have any conversation with
5   Mr. Charlier about Mr. Carey's position after
6   the investigation was completed?
7       A.    Yes.
8       Q.    Tell me about the substance of that
9   conversation.
10      A.    He asked me if I felt I could work
11  with Bill Carey.  I said, No.  And he said he
12  would need to report those findings.  He agreed
13  that we could not work together; that he would
14  need to report that to Randy Michaels, and that
15  Randy Michaels -- that they would have to make
16  a decision then -- choose between myself and
17  Bill Carey, and that probably everyone would be
18  getting in a room to make that decision on
19  that.
20              He also said to me, What do you
21  want me to do with him?  Do you want me to put
22  him back to Local TV?  He said, Because they
23  like him at Local TV.  I said, Yes, I think that
24  would be great.  And he said, Well, that may not
25  happen.  You're putting the Company in a

Page 41

1           Betty Ellen Berlamino
2       A.    Yes.
3       Q.    Which employee or employees have
4   pending matters against you?
5       A.    Sal Marchiano.
6       Q.    Who is representing you in that
7   matter?
8       A.    Ed Cerasia.
9       Q.    Is WPIX paying the legal fees in
10  connection with Mr. Cerasia's representation in
11  the Marchiano lawsuit?
12      A.    Yes.
13      Q.    Between 2007 and the end of 2009,
14  who did you report to?
15      A.    Sorry.  Could you name the time
16  frame again?
17      Q.    Let's deal with January 1, 2007,
18  through the end of 2009, who did you report to?
19      A.    There were several different people
20  during that time frame:  John Riordan, Ed
21  Wilson, Jerry Kirsten.
22      Q.    Were all of those individuals
23  employees of the Tribune Company?
24      A.    Yes.
25      Q.    Do you know the positions they held

Page 44

Betty Ellen Berlamino

1            Betty Ellen Berlamino
2   capabilities during the time she served as News
3   Director and you were General Manager?
4            MR. CERASIA:   Objection to form.
5            You can answer.
6       A.    Well, I felt that Karen was a good
7   worker.  I thought that she took pride in her
8   job.  But I also felt that she did not handle
9   personnel matters to the extent that I would
10  have liked her to, and I felt that she didn't
11  have the ability to get the news ratings to a
12  point where we needed them to be, to make the
13  Station -- to make the News, if you will,
14  profitable.
15      Q.    What was your opinion of her
16  management style?
17      A.    I think that at times it was lax.
18      Q.    In your opinion, how did it compare
19  to Mr. Carey's management style?
20           MR. CERASIA:   Objection to form.
21           You can answer.
22      A.    I would say they -- they each had
23  different strengths and weaknesses.
24      Q.    What were Ms. Scott's strengths and
25  weaknesses?

Page 45

1            Betty Ellen Berlamino
2       A.    I think Karen was -- treated
3   people more respectfully.  And I think her
4   weaknesses were an inability to assess people's
5   abilities, and make the necessary changes in
6   order to put the right people in the right
7   places, in the right positions, in order to
8   elevate the ratings of the News, and turn the
9   News into a profitable entity at WPIX.
10      Q.    During the time that Ms. Scott was
11  News Director and you were the General Manager,
12  did you ever ask that she be investigated for
13  anything that was occurring?
14      A.    Yes.
15      Q.    And when was that?
16      A.    Define -- before I answer that,
17  define "investigated."
18      Q.    You indicated before that you made a
19  request for an investigation of Mr. Carey in
20  2010; correct?
21      A.    I presented the information that was
22  given to me by the employees to Tribune
23  Corporate, yes.
24      Q.    Was there any similar circumstance
25  that occurred with respect to Ms. Scott during

Page 47

1            Betty Ellen Berlamino
2            MR. CERASIA:   Objection to form.
3       A.    Please define "any aspect" -- an
4   investigation, your definition of the word
5   "investigation," I want to make sure I answer
6   the question correctly.
7       Q.    I'm using your definition of
8   investigation.  You indicated, again, that you
9   asked that certain allegations that were raised
10  against Mr. Carey be investigated.
11           Was there ever a situation where
12  Ms. Scott's conduct was investigated, aside from
13  that instance that you just mentioned?
14           MR. CERASIA:   Objection to form.
15           You can answer.
16      A.    Conduct?  You're asking of conduct?
17      Q.    Correct.
18      A.    Specifically conduct?
19      Q.    Correct.
20      A.    There were instances -- there were
21  specific instances that we looked into things
22  that happened.
23      Q.    Can you tell me what instances you
24  are referring to?
25      A.    There was an issue with the time

Page 48

1            Betty Ellen Berlamino
2   the Executive Producer of the Morning Show and
3   one of the on-air talents, and both parties had
4   said they had gone to Karen with their
5   complaints and with their issues, and that they
6   had not been resolved by Karen, so they were
7   elevating their comments and complaints to HR
8   and to myself.
9       Q.    Are you referring to Emily Francis
10  and Amy Growick?
11      A.    Yes.
12      Q.    Any other instances?
13      A.    To the best of my recollection, I
14  can't think of any at this time.
15      Q.    Do you believe that Ms. Scott was
16  an honest person during the time that you were
17  General Manager and she was the News Director?
18      A.    At the time, or do I believe that
19  now?
20      Q.    At the time.  During the time
21  period that you were General Manager and
22  Ms. Scott was the News Director, did you believe
23  her to be an honest person?
24      A.    I did at the time.
25      Q.    Did you believe her to be dedicated

Page 49

Betty Ellen Berlamino

1 to her job?

2

3     A.    Yes.

4     Q.    As the News Director, what were

5 Ms. Scott's duties and responsibilities?

6     A.    To produce the highest ratings

7 possible, and to make the News profitable.

8     Q.    In your opinion, it was Ms. Scott's

9 responsibility to provide the highest ratings

10 possible?

11    A.    That was a large aspect of the

12 position, yes.

13    Q.    Was that also part of your

14 responsibility, to endeavor to make the ratings

15 for the News as high as possible?

16    A.    Yes.

17    Q.    In connection with that, to provide

18 whatever assistance was reasonable to increase

19 the ratings for the News?

20    A.    From whatever we could collectively

21 do to increase the ratings of the News, yes.

22    Q.    Who had the authority to hire and

23 fire personnel for the News Division during the

24 time period January 1, 2000, through August of

25 2009?

Page 50

Betty Ellen Berlamino

1

2     MR. CERASIA:    Objection to form.

3     You can answer.

4     A.    Karen.

5     Q.    Could she do that without your

6 approval?

7     A.    No; we would consult on personnel

8 issues.

9     Q.    If Ms. Scott wanted to hire someone

10 and you did not, who got the ultimate vote on

11 that?

12    MR. CERASIA:    Objection to form.

13    A.    Karen.

14    Q.    Karen had the power to hire

15 somebody you were not in favor of?

16    A.    I would voice my objection to

17 Karen, I would listen to what she said.  If

18 what she said made more sense, then we would go

19 with her hire.

20    Q.    Could she hire somebody without your

21 approval?

22    A.    Depends what position.

23    Q.    Well, what positions did she need

24 your approval for in order to hire someone?

25    A.    Anyone that had a contract, it had

Page 51

Betty Ellen Berlamino

1

2 to be signed by myself, as well as Karen.

3     Q.    What level of personnel in the News

4 Division had contracts?

5     A.    The on-air --

6     MR. CERASIA:    Objection to form.

7     I'm sorry, what was the question?

8     MR. CERASIA:    You mean individual

9 contracts?  There was unions there.

10    MR. RUBINSTEIN:    I'm sorry.  That's

11 a good clarification.

12    Q.    What level of employee in the News

13 Division had personal contracts?

14    A.    What level?

15    Q.    Well, Mr. Cerasia rightfully made

16 an objection saying, there's union contracts.

17 I'm not talking about the union contracts, I'm

18 talking about which people within the News

19 Division had personal contracts with WPIX?

20    A.    On-air talent, a Director had a

21 contract, and an Executive Producer had a

22 contract.

23    Q.    Between 2007 and 2009,

24 approximately how many employees were there

25 within the News Division?

Page 52

Betty Ellen Berlamino

1

2     A.    Referring to FTs or FTEs?

3     Q.    FT is full-time, FTE is full-time

4 equivalent, is that what you're referring to?  I

5 want to understand what you're using as the

6 definition.

7     A.    There are two numbers, there are

8 FTEs and there are FTs.  Full-time employees

9 would be actual people.  FTEs would be any type

10 of additional hours that are accounted for, and

11 the way they're contracted as employee hours.

12 So I want to answer your question correctly.

13    Q.    Well, where my focus is, the number

14 of employees that Ms. Scott had supervisory

15 authority over during the period 2007 to 2009.

16 So however that played out in your mind, that's

17 what I'm looking at.

18    So, how many employees did Ms. Scott

19 supervise between 2007 and 2009, approximately

20 how many?

21    A.    To the best of my knowledge, it's

22 probably around 120.

23    Q.    Does that include what you referred

24 to before as FTs and FTEs?

25    A.    That would be FTs.

Page 59

```
 1              Betty Ellen Berlamino
 2        A.    I don't remember.
 3        Q.    Was there anything memorable about
 4   the time that you saw her at the Station on a
 5   weekend, that one incident where there was a
 6   protest outside the Station?
 7              Did anything happen during that
 8   weekend that was memorable to you in terms of
 9   interaction with Karen?
10        A.    I don't remember.
11        Q.    Did you ever socialize outside the
12   office with Karen?
13        A.    No.
14        Q.    At the time Karen was fired, which
15   we can all agree was the end of August 2009,
16   what programming was she responsible for?
17        A.    The morning newscast, the evening
18   newscast, weekend newscast, and News Close-up.
19        Q.    So we're talking about the same
20   things as we go forward today, the morning
21   newscast ran from what hours in the morning, as
22   of 2009?
23        A.    To the best of my knowledge, in 2009
24   it was 4:30 to 9.
25        Q.    4:30 a.m. to 9 a.m.?
```

Page 66

```
 1              Betty Ellen Berlamino
 2   marketing of News programs?
 3        A.    Yes.  There were News topicals that
 4   were done.  They were initially done by News,
 5   and then Karen had asked if Creative Services
 6   could take over the News topicals.
 7              She was consulted by Creative
 8   Services to have discussions about News promos.
 9        Q.    What's a "News topical"?
10        A.    A News topical is -- it's a spot
11   that says what you will be broadcasting that
12   evening in the newscast.
13        Q.    And that's marketed on air or off
14   air?
15        A.    That is marketed on air.
16        Q.    So, for instance, during a show,
17   during a baseball game they say, Coming up at
18   10, Jim Watkins exposes XYZ, is that topical?
19        A.    That's one example of a topical.
20        Q.    Did Karen have any involvement with
21   outside marketing for the News programs?
22        A.    She was consulted with Creative on
23   outside marketing.
24        Q.    Did she have any involvement with
25   dollars that were spent on promotional efforts
```

Page 73

```
 1              Betty Ellen Berlamino
 2        A.    Yes.
 3        Q.    That was working with the General
 4   Manager?
 5        A.    At the time we had a Program
 6   Director.
 7        Q.    Who was that?
 8        A.    Julie O'Neil.
 9        Q.    Was there a Program Director after
10   you became General Manager?
11        A.    Yes.
12        Q.    Who was that?
13        A.    Julie O'Neil.
14        Q.    And for what period of time was
15   Ms. O'Neil the Program Director?
16        A.    I don't recall the date that the
17   position was eliminated by Corporate.
18        Q.    Was there a Program Director
19   between 2007 and 2009?
20        A.    2007 and 2009?  There was a
21   Corporate Program Director, Sean Compton, and
22   there are two Regional Program Directors at
23   Tribune Broadcasting, one for the East Coast
24   stations and one for the West Coast stations.
25              The one that was assigned to WPIX
```

Page 74

```
 1              Betty Ellen Berlamino
 2   was Wendy Logdson.
 3        Q.    Was there any WPIX employee that
 4   was a Program Director?
 5        A.    A Program Director?
 6        Q.    Right.
 7        A.    No.
 8        Q.    Who interfaced with Ms. Logdson
 9   from the Station, from WPIX?
10        A.    There were many people that
11   interfaced with Wendy.
12        Q.    Was there one person that was sort
13   of the supervisor or main person that you spoke
14   with at WPIX regarding programming, again
15   between 2007 and 2009?
16        A.    I'm sorry, was there anyone I spoke
17   to?
18        Q.    You indicated that there were many
19   people at WPIX that Ms. Logdson dealt with.
20              Was there one person within WPIX
21   that you generally dealt with with regard to
22   programming?
23        A.    My assistant did some scheduling.
24        Q.    Who is your assistant?
25        A.    It was Liz Esquirol.
```

---

Page 89

1        Betty Ellen Berlamino
2        (The record was read.)
3        A.    Particularly in the last year, the
4    ratings for the News, both the morning and the
5    afternoon, in a four-book average had decreased
6    anywhere in the range of 20 to 40 percent.
7              The News had a negative P&L, fully-
8    loaded News P&L of minus -- to the best of my
9    knowledge, $3 million loss in 2008, and to the
10   best of my knowledge, approximately a $7 million
11   loss in 2009, as a direct result of the ratings
12   slide.
13       Q.    Aside from the ratings and the
14   negative P&L, any other issues that you were
15   encountering or encountered with Karen's job
16   performance?
17       A.    Yes.  There was a -- looking to
18   expand the News Department into the three
19   screens and just not concentrate on one screen,
20   so that involved a whole News Department kind
21   of shift of doing -- of the way that they -- the
22   way that they operated.
23       Q.    When you say, "three screens," what
24   are you referring to?
25       A.    Three screens generally means your

---

Page 91

1        Betty Ellen Berlamino
2        Q.    I'm sorry.  Is there a different
3    time period you were talking about?
4        A.    I was looking at the full year,
5    what would be considered full year 2008, which
6    would be a November 2007 book to 2008.
7        Q.    You're saying in that time period
8    the ratings were down 20 to 40 percent?
9        A.    The ratings were down in both the
10   morning and the evening.  To the best of my
11   knowledge, the range in the ratings loss was
12   somewhere between 20 and 40 percent.
13       Q.    Is that for all age ranges or just
14   specific age ranges?
15       A.    The primary demographic for News
16   would be 25 to 54.  So the secondary demo would
17   be adults 18 to 49, and other than that, most of
18   the other demos are insignificant as it pertains
19   to News.
20       Q.    Was that always the case?
21       A.    Yes.
22             (Berlamino Exhibit 3, marked for
23   identification.)
24       Q.    Ms. Berlamino, this document is
25   marked as Berlamino 3 for identification.  It's

---

Page 96

1        Betty Ellen Berlamino
2    the Tribune as to what was most important?
3        MR. CERASIA:    Objection to form.
4        A.    The opinion was -- the new Tribune,
5    the old Tribune?
6        Q.    Well, let's deal with 2008, that's
7    the time period you were just reflecting on.
8              In 2008, what was the opinion of
9    the people you reported to at the Tribune as to
10   what was important to the News programming?
11       A.    Differentiating your product from
12   its competitors.
13       Q.    Do you recall being in a meeting
14   with Randy Michaels in 2008 where you said the
15   most important factor in ratings for News
16   programming was the lead-in programming?
17       A.    No.
18       Q.    Do you remember any comment ever
19   made by Mr. Michaels with respect to the
20   importance of lead-in programming to the News?
21       A.    No.
22       Q.    Do you remember any comment ever
23   made by Mr. Michaels as to the relative
24   importance of lead-in programming to the News?
25       A.    No, I don't remember.

---

Page 102

1        Betty Ellen Berlamino
2    have Grey's Anatomy, it's irrelevant.  That's
3    what was provided -- if you're an affiliate you
4    take the programming that you are provided.
5        Q.    Do you have any recollection as to
6    whether the ratings for the lead-in programming
7    to the News was better, worse, or about the same
8    after the change was made to The CW?
9        MR. CERASIA:    Objection.
10       A.    I don't recall what the ratings
11   were, but as I stated before, part of the
12   reason that WB ceased to exist is that as a
13   network their ratings and profits were down, and
14   they joined with CBS to form a new venture, The
15   CW.
16       Q.    You don't remember what, if any,
17   impact that had on the lead-in programming to
18   the News?
19       A.    No, I don't remember.
20       Q.    Was Steve Schussel responsible for
21   monitoring the ratings for the lead-in
22   programming for the News?
23       A.    Define "monitoring."  Everyone
24   received ratings on a daily basis.
25       Q.    From who?

Page 128

Betty Ellen Berlamino

1   Betty Ellen Berlamino
2   Improvement Plan?
3       A.   I don't remember.
4       Q.   Did you ever prepare a Performance
5   Improvement Plan for Ms. Scott?
6       A.   I asked to.
7       Q.   You asked who to?
8       A.   Steve Charlier.
9       Q.   When was that?
10      A.   That was before the decision was
11  made to make a change.  My suggestion to Steve
12  Charlier was that Karen be put on a Performance
13  Improvement Plan.  He had said, no, he didn't
14  think that was necessary, given what her
15  position was, but had suggested that I call
16  Myrna Ramirez and have that conversation with
17  her, which I did.
18      Q.   And when was that?
19      A.   To the best of my knowledge, that
20  was in July -- sometime in July 2009.
21      Q.   Was a Performance Improvement Plan
22  ever drafted for Ms. Scott?
23      A.   No.  I was told that it wasn't
24  necessary.
25      Q.   By Mr. Charlier?

Page 134

1   Betty Ellen Berlamino
2       Q.   On what occasions did Human
3   Resources from the Tribune get involved with
4   WPIX personnel matters?
5       A.   If it was on a high level, if it
6   was on a department head level.  Sometimes on a
7   talent, on a talent level.
8       Q.   You indicated that you asked
9   Mr. Charlier to do a Performance Improvement
10  Plan for Karen, and he responded, it was not
11  necessary.
12           Was that a phone conversation,
13  in-person meeting, e-mail?
14      A.   That was an in-person meeting.  My
15  suggestion was I didn't want to do what they
16  had asked me to do, and I said that -- how I
17  would like to handle the situation was to put
18  Karen on a Performance Improvement Plan.
19           That was an in-person meeting we had
20  at a restaurant across from WPIX, and, once
21  again, to reiterate what I said.  He said, No, it
22  wasn't necessary at that level.  But that I
23  should go back to the Station and I should call
24  Myrna in Corporate HR to get her input.
25      Q.   Were there any e-mails that you sent

Page 137

1   Betty Ellen Berlamino
2       A F T E R N O O N   S E S S I O N
3           (Time noted:  1:32 p.m.)
4
5   B E T T Y   E L L E N   B E R L A M I N O,
6       resumed and testified as follows:
7
8   EXAMINATION (Cont'd.)
9   BY MR. RUBINSTEIN:
10          THE VIDEOGRAPHER:  We're back on
11  the record.  The time is 1:32 p.m.
12           This is the beginning of Disk 3.
13      Q.   Good afternoon.  May I remind you
14  you're still under oath?
15      A.   Yes.
16      Q.   Did you place any importance on the
17  receipt of awards for WPIX?
18          MR. CERASIA:  Objection to form.
19      A.   They're certainly nice to have, but
20  at the end of the day, ratings are what really
21  matter.
22      Q.   Putting aside ratings, did you
23  consider awards to be important to the Station?
24          MR. CERASIA:  Objection to form.
25      A.   Like I said, I think they're nice

Page 138

1   Betty Ellen Berlamino
2   to have, but the most important thing are the
3   ratings.
4       Q.   Did any awards have more
5   significance than others, in your mind?
6       A.   No, not necessarily.  Ratings are
7   what advertisers base the rates on.
8       Q.   With respect to awards during the
9   time that Ms. Scott was News Director, how did
10  WPIX fare compared to its competitors?
11      A.   What specific awards are you
12  referring to?
13      Q.   Let me ask you:  What awards did you
14  consider to be important?
15      A.   Like I said, awards are nice to
16  have, but the most important thing are the
17  ratings.
18      Q.   So did you have -- did you place any
19  significance on awards that were received by
20  WPIX?
21      A.   They're great to have.
22      Q.   And in terms of the number of
23  awards received during the time that Ms. Scott
24  was a News Director, how did that compare to
25  WPIX's competitors?

Page 141

Betty Ellen Berlamino

1 the News Division in getting nominated for
2 awards?
3     A.     Those were submitted by the News
4 Department.  They would assess what they felt
5 were their best shows, and they would -- and
6 they would submit them for nomination.  It was
7 their selection process.
8     Q.     Did you have any involvement?
9     A.     In the selection process?  No.
10    Q.     Did you have any involvement in the
11 submission process?
12    A.     In the submission process?  No.  I
13 mean, just the budget.
14    Q.     Did you care if the News Division
15 received awards?
16    A.     Yes.
17    Q.     Why?
18    A.     Once again, the awards are nice to
19 have.  But at the end of the day, it's ratings
20 that are the important attribute in a News...
21    Q.     Why were the awards nice to have?
22    Q.     Why not?  It's -- I think awards
23 are nice to have.  Like I said, at the end of
24 the day, not only in the News business, but in

Page 146

Betty Ellen Berlamino

1 two pages were identical.
2     Q.     So we'll try again.  Ms. Berlamino,
3 you should have in front of you a document
4 marked as Berlamino 6, which is WPIX 468 and
5 469.
6           Is that what you have?
7     A.     Yes.
8     Q.     And it's what appears to be
9 Ms. Scott's compensation for 2007, 2008 and
10 2009, a summary.
11          Do you see that?
12    A.     Yes.
13    Q.     Please turn to the page that has
14 2008 on it.  On that page there's a line item
15 indicating "Management Incentive pay $75,000."
16          Do you see that?
17    A.     Yes.
18    Q.     And was that paid to Ms. Scott based
19 on your recommendation?
20    A.     Yes.  But that would be paid for --
21 that would be paid -- that was for the previous
22 year's performance.
23          Any MIP that shows up in 2008 will
24 be for the previous year's performance.  And

Page 147

Betty Ellen Berlamino

1 that would indicate that she had been eligible
2 for a bonus up to $100,000, which is 40 percent
3 of her salary, and she received 75.
4     Q.     That's my next question.  How do you
5 know what the eligibility is for the MIP, the
6 total eligibility?
7     A.     40 percent of base salary.
8     Q.     And she received 75,000?
9     A.     Correct.
10    Q.     Was that the same for every year,
11 the eligibility, the MIP was always 40 percent
12 of base salary?
13    A.     Yes.
14    Q.     Do you know when the MIP was paid,
15 what month?
16    A.     To the best of my knowledge,
17 generally, in February of the following year.
18    Q.     When did you determine what an
19 employee's MIP was going to be?
20    A.     Well, the year would be over, we
21 would have to take a look at the numbers for
22 the entire Station, and we would submit our
23 final numbers to Corporate.
24          They would then get back to us as

Page 152

Betty Ellen Berlamino

1     Q.     Do you remember if it was in early
2 July or late July?
3     A.     I do not recall the exact date.
4     Q.     Who made the decision to terminate
5 Ms. Scott?
6          MR. CERASIA:   Objection to form.
7     A.     Steve Charlier had for about a year
8 expressed to me that he didn't believe that
9 Karen was the appropriate person to do what
10 needed to be done in the News to change the News
11 around, to bring the News to profitability, to
12 raise the ratings, and to create a News that was
13 different.
14          Every time he came to the Station he
15 requested a meeting and specifically asked me:
16 So, is Karen still the one?  I was asked to
17 defend her.  I was asked to explain why I
18 wanted to retain Karen, and I had asked -- I
19 had stated that WOR would be moving their 10
20 o'clock newscast to 11 o'clock, and that I
21 wanted to wait for decisions to be made after
22 that, because I felt that we might be able to
23 make some gains there.
24          One time in July, Steve came to the

Page 153

Betty Ellen Berlamino

1    Station, he asked me if Karen was still the one,
2    and I said, I'm not going to fight you anymore,
3    no.
4        Q.    And you don't recall exactly when
5    that was in July?
6        A.    I don't remember the date.
7        Q.    Do you have any documents that would
8    refresh your recollection as to when that
9    meeting took place?
10       A.    No, I don't.
11       Q.    I want to make sure I have your
12   testimony accurately.  You indicated that about
13   a year earlier Mr. Charlier came to you
14   questioning whether Ms. Scott was the right
15   person to be the News Director?
16       A.    I believe what I said was, for quite
17   sometime he had been questioning me as to -- he
18   had done his own analysis, he was tasked with
19   looking at all the newscasts at Tribune Company,
20   and had made a change at KTLA, and after he was
21   done making his changes at KTLA, put his focus
22   on WPIX, and repeatedly had asked me if I still
23   felt Karen was the right person to lead us
24   through this change, and to -- as they had

Page 154

Betty Ellen Berlamino

1    called the News, stop doing News as a hobby and
2    returning News to a business proposition.
3        Q.    Were there any written
4    communications between you and Mr. Charlier
5    regarding Karen Scott's status as News Director,
6    including e-mails?
7            MR. CERASIA:   Objection to form.
8            You can answer.
9        A.    To the best of my recollection, no.
10       Q.    So these were all either phone or
11   in-person conversations where you and
12   Mr. Charlier discussed Karen Scott's position
13   with the Company?
14       A.    Yes.  Mr. Charlier visited quite
15   frequently.
16       Q.    Was anyone else involved in these
17   discussions aside from Mr. Charlier about
18   Ms. Scott's position with the Company?
19       A.    Yes.
20       Q.    Who else?
21       A.    Myrna Ramirez.
22       Q.    When did Ms. Ramirez get involved in
23   these discussions?
24       A.    Well, as I had previously stated,

Page 156

Betty Ellen Berlamino

1        A.    As I said, the beginning of the
2    first conversation took place in my office, and
3    then the final conversation took place at a
4    restaurant across the street.
5        Q.    That was the same day?
6        A.    That was the same day, yes.
7        Q.    When did you speak to Ms. Ramirez?
8        A.    I went back to my office and called
9    her.
10       Q.    And what did you tell her?
11       A.    I said, I have to fire Karen, but I
12   really want to put her under a Performance
13   Improvement Plan.  Steve said no, and he said
14   that I should call you -- because Steve
15   specifically said that at that level you don't
16   need to do that, that the ratings aren't there.
17           It had been a long time that the
18   ratings were sliding.  The News was a negative
19   P&L.  We were performing News as a hobby and not
20   as a business.  And she said, Well, you know,
21   Steve's correct, at that level it's not
22   necessary to put someone on a PIP, Performance
23   Improvement Plan.
24       Q.    Was that the extent of your

Page 157

Betty Ellen Berlamino

1    conversation with Ms. Ramirez?
2        A.    I believe that reflects the essence
3    of the conversation, yes.  To the best of my
4    knowledge, that's the conversation.
5        Q.    If that took place in July 2009, why
6    wasn't Ms. Scott fired until the end of August?
7        A.    I told Steve that I didn't want to
8    do it right now because I had a scheduled
9    vacation, and I didn't -- I don't think it
10   would be appropriate to let Karen go and then go
11   on vacation.
12       Q.    How long was your vacation?
13       A.    It was 13 days.
14       Q.    Why wasn't Ms. Scott fired right
15   after you came back from vacation?
16           MR. CERASIA:   Objection to form.
17           You can answer.
18       A.    I was still hoping that maybe we
19   didn't have to do it.  And then I had other
20   discussions with Myrna Ramirez, and we looked
21   at some of the information that we had, ratings
22   and profitability.
23       Q.    Ms. Scott was terminated on
24   August 26, 2009.  Had she ever been given a

Page 158

                Betty Ellen Berlamino
1  warning about her job security prior to that
2  date?
3
4       MR. CERASIA:   Objection to form.
5       A.    I had a conversation with Karen in
6  my office after WWOR had beat us in the November
7  sweep, and I told her that if we didn't turn
8  this situation around, that her job would be in
9  jeopardy.
10       And I told her that probably the
11  probability of what would happen is she would go
12  first and then I would go second.
13       Q.    When was that conversation?
14       A.    That was sometime after the
15  November sweep was completed, so I don't
16  remember that year what date the November sweep
17  ended on, but it would be sometime during the
18  last half of November and the beginning of
19  December, after the sweep was over.
20       Q.    What year?
21       A.    That would be November 2008 book.
22       Q.    Did you document that conversation
23  you had with Ms. Scott anywhere?
24       A.    I did.  I wrote it up.  I had a
25  conversation with the HR Director that I had

Page 161

                Betty Ellen Berlamino
1  first time that we were in that position.  That
2  put us in a very detrimental position as far as
3  rating losses, position and rank in the market.
4  It put us in a very difficult position for the
5  Sales Department to sell the News.
6       The News had lost a large
7  percentage of viewers, and like I said, lost to
8  WWOR, where previously we had been the second-
9  ranked newscast at 10 o'clock, and became
10  three.
11       Q.    Just tell me about the meeting that
12  you had with Ms. Scott that day.  What did you
13  say to her and what did she say to you?
14       A.    She told me that she understood.  I
15  said, Karen, this is serious.  Bad performance.
16  We need to get the ratings of the News up.
17  We're now in a very, very tough position.  We
18  put the Sales Department in a tough position.
19       I'm trying to recall exactly the
20  conversation.  And, basically, I told her that
21  if we didn't change the numbers, if we didn't
22  improve the numbers, that, you know, her job was
23  in jeopardy.
24       As I had previously stated, I told
25

Page 163

                Betty Ellen Berlamino
1  e-mail, phone call.  To be in the position that
2  we were in for November sweep -- the November
3  sweep is an extremely important sweep in
4  television and it sets advertising rates very
5  often for the following year.
6       This was very troubling and very
7  dramatic, and it had to be handled.
8       Q.    And what week or weeks is the
9  November sweep?
10       A.    It varies from year to year.  I
11  don't recall that year.
12       Q.    Is it in November?
13       A.    The November sweep is in November,
14  yes.
15       Q.    Anything else about that meeting
16  that you can recall?  I will let you see this.
17  I want to get your recollection right now.
18  Anything else about that meeting that you can
19  recall?
20       A.    Like said, I had the meeting, I
21  documented it that day so as to remember it
22  exactly as it happened.
23       Now you're asking me, you know, a
24  couple of years later to recall everything from
25

Page 164

                Betty Ellen Berlamino
1  that conversation.  To the best of my knowledge,
2  I'm giving you the best recollection I can give
3  you.  But I believe that it is documented in
4  there, as it had taken place that day, which
5  would be a better representation of the actual
6  conversation.
7       Q.    And Jean Maye was in the office that
8  day, as well; is that correct?
9       MR. CERASIA:   Objection to form.
10       A.    With myself and Karen?
11       Q.    No.  After you had the meeting with
12  Karen you went to Jean Maye's office and spoke
13  to her; that's correct?
14       A.    Yes.  Jean Maye told me to document
15  the conversation and to write it up.
16       Q.    And this conversation with Jean Maye
17  was in the offices?
18       A.    In her office.
19       Q.    Did Jean Maye work on weekends?
20       A.    No.
21       Q.    What were her usual hours?
22       A.    Her usual hours were probably 9 to
23  6.
24       Q.    Anyone else you spoke to on that day
25

Page 165

```
1              Betty Ellen Berlamino
2   about the meeting you had with Ms. Scott?
3        A.    Not to my recollection, no.
4              MR. RUBINSTEIN:    Mark this, please.
5              (Berlamino Exhibit 7, marked for
6        identification.)
7              (Witness reviews document.)
8        Q.    Ms. Berlamino, I'm showing you a
9   document that's been marked as No. 7 for
10  identification.  It's Bates stamped WPIX 173.
11  It has your name on the top left-hand corner,
12  and a handwritten date in the right-hand corner
13  of 11-2-08.
14             I ask as you take as much time as
15  you need to read this document and let me know
16  when you're finished.
17             (Witness reviews document.)
18       A.    Yes.
19       Q.    Ready?
20       A.    Yes.
21       Q.    Who handwrote the date in the
22  right-hand corner?
23       A.    I have no idea.
24       Q.    Is that your handwriting?
25       A.    That's what I'm trying to figure
```

Page 169

```
1              Betty Ellen Berlamino
2        A.    That's why I'm saying, I'm assuming
3   it was the correct date.  What I just said to
4   you, if I had the wrong date on my watch or
5   something then I wrote the wrong date.
6        Q.    So you're not sure if the meeting
7   took place on November 2nd?
8        A.    I'm not sure if that was the date.
9   At the time I wrote it, I probably thought that
10  was the date.  That perhaps it was November 1st.
11       Q.    That would have been a Saturday.
12       A.    I'm just saying, I could go back
13  and look at a calendar, it might be in a
14  calendar that I have that I had a meeting with
15  her.
16       Q.    Well, this is not the only document
17  where you put that you met with Karen Scott on
18  November 2nd.  It was in a submission to the
19  Equal Employment Opportunity Commission, and I
20  will show you other documents that you put
21  that --
22             MR. CERASIA:    She didn't draft that
23  Ken.  I mean, come on.
24             MR. RUBINSTEIN:    I'll show her
25  things that she drafted.  I want to get the date
```

Page 174

```
1              Betty Ellen Berlamino
2        Q.    Did you make any corrections to it
3   after the day that you drafted it?
4        A.    No.  I just printed it and put it in
5   my file in my desk.
6        Q.    Within the memo, Ms. Berlamino, it
7   indicates on the second half of the second
8   line:  "I explained to her there was no room for
9   excuses, and that in spite of the lead-in we
10  expected to do a higher number."
11             Do you see that?
12       A.    Yes.
13       Q.    What did you mean by "in spite of
14  the lead-in"?
15       A.    To the best of my recollection,
16  Karen always voiced her concern about the lead-
17  in, and the point here is that the lead-in
18  could not be used as an excuse to not getting a
19  higher rating.
20       Q.    What other items did Karen raise
21  with you as to reasons why the ratings weren't
22  as high as you would have liked them to be?
23       A.    In this meeting?
24       Q.    Either in this meeting or after this
25  meeting.
```

Page 175

```
1              Betty Ellen Berlamino
2        A.    Could you repeat the question?
3        Q.    Sure.  Were there any reasons --
4   strike that.
5              When you had meetings with Karen to
6   discuss ratings, were there any reasons that
7   Karen gave you as to why she thought the
8   ratings were not as you would have liked them to
9   be?
10       A.    Yes.  I felt that she did give me
11  excuses for that.
12       Q.    And what were they?
13       A.    Well, she did talk about the lead-
14  in, which, of course, is not a factor in the
15  morning.  That would be a factor at 10 o'clock,
16  it wouldn't be a factor in the morning News.
17             She always pushed for more
18  promotion, and I would say those were the two
19  main factors that Karen always used as an
20  excuse as to why the numbers weren't better.
21       Q.    And you disagreed with those factors
22  as affecting the rating?
23       A.    You know, we worked at a CW
24  station, previous to that a WB station, and
25  previous to that an independent station.  Those
```

Betty Ellen Berlamino

1
2 back at documents or speaking to people, so I
3 want to know what you did to prepare this
4 document?
5       A.    I looked at the information I had
6 in the file that I was keeping on Karen, and
7 recapped it.
8       Q.    The file that you were keeping on
9 Karen went back to 2004?
10      A.    There were a lot of things in the
11 file.
12      Q.    What did you do with that file after
13 you left WPIX?
14      A.    It was in my desk.
15      Q.    Was there any file folder or Redweld
16 that that file was kept in?
17      A.    No.    I gave -- all the documents
18 that I had, I left on my desk.  I left for -- I
19 left with Gina Mazzaferri, before I left.
20      Q.    Was there any identifying folder or
21 cover that said that file was about Karen
22 Scott?
23      A.    I handed it to Gina.
24      Q.    Do you know exactly what you handed
25 to her?

Betty Ellen Berlamino

1
2       A.    It was a file -- it was a very thick
3 file that was filled with copies of e-mails that
4 I had sent to Karen.
5       Q.    When did you compile that file?
6       A.    That was compiled when Ali was
7 writing her response to the Complaint.
8       Q.    What did you do to compile that
9 file, where did you look for documents?
10      A.    I think, as I just stated, I had
11 many of them in the file in my desk.  And I also
12 looked in my computer for any e-mails that I
13 still saved that were in my computer.
14      Q.    In the first paragraph, the second
15 sentence, it indicates:  "The ratings for our
16 newscast have been declining for over four
17 years."
18            Was that an accurate statement?
19      A.    Ratings fluctuate from one year --
20 one book to the other, but it is -- the most
21 recent year was of the biggest concern, where
22 the ratings were down from anywhere from 20 to
23 40 percent.
24            But ratings do fluctuate from year
25 to year.  They can take a one-book upswing, they

Betty Ellen Berlamino

1
2       Q.    And did you have any understanding
3 that this document was somehow related to
4 Ms. Scott's termination?
5       A.    It was a recap of the issues that
6 we were having in News, and the issues
7 specifically I was having with Karen.
8       Q.    Which led to Ms. Scott being
9 terminated; correct?
10      A.    Once again, I don't recall if this
11 was done after the decision was made to
12 terminate her or before the decision was made to
13 terminate her.
14            (Berlamino Exhibit 10, marked for
15            identification.)
16      Q.    Ms. Berlamino, this document is
17 Exhibit 10 for identification.  It bears Bates
18 number WPIX 327 through 330, dated Monday,
19 August 17, 2009, from you to Ms. Ramirez.  The
20 subject line says:  "I added a few things
21 today."
22            Do you see that?
23      A.    Yes, I do.
24      Q.    Without going back and spending
25 hours comparing line by line, does this help

Betty Ellen Berlamino

1
2 refresh your recollection as to when you may
3 have drafted Berlamino 9, which was the prior
4 document I showed you?
5       A.    Yes.  It would be after the
6 conversation had taken place to make the
7 decision to terminate Karen.
8       Q.    So you understood that you were
9 drafting these documents in connection with
10 Ms. Scott's termination; correct?
11      A.    Yes.
12      Q.    And the reason for preparing this
13 document was to form a basis for terminating
14 Ms. Scott; correct?
15      A.    No.  The decision had already been
16 made to terminate Karen, and I was documenting
17 what we had in order to substantiate the
18 reasons for termination.
19            But that decision had already been
20 reached.
21      Q.    So if the decision was reached, why
22 was preparing this document necessary?
23            MR. CERASIA:    Objection to form.
24      A.    Because I recapped everything that
25 -- everything that we had that led us to that

Page 189

Betty Ellen Berlamino

1
2      A.      The decision has been reached to
3   terminate Karen, and we were -- before the
4   meeting took place, the final meeting took
5   place, Myrna was going to prepare a script for
6   me to read in that meeting with Karen.  I was
7   to not veer from the script.
8           I was told a script would be
9   prepared, and I was just to read from that
10  script.  So what I was preparing here was
11  information to help her write that script.
12     Q.      And the information that you sought
13  to put in this document was information that
14  you thought supported the decision to terminate
15  Karen?
16     A.      Well, as I had previously stated, my
17  recommendation had been to put Karen on a
18  Performance Improvement Plan, and Steve Charlier
19  and Myrna had disagreed with that, and wanted to
20  go forward with the termination.
21     Q.      Right.  My question was a little
22  different.
23          The information that you were
24  putting into this document was information that
25  you believed supported the decision to terminate

Page 191

Betty Ellen Berlamino

1
2   Did you feel as of August 2009 that
3   the issues you raised in November 2004 were not
4   sufficiently addressed?
5      A.      I'm sorry.  Could you repeat the
6   question?
7      Q.      You refer in this document to an
8   e-mail exchange or conversation between you and
9   Karen from November of 2004.
10          As of August 2009, did you feel
11  that the issues you addressed with Karen in
12  November 2004 had not been addressed?
13     A.      Let me read the paragraph, then.
14     Q.      Absolutely.
15          (Witness reviews document.)
16     A.      I think they were indicative of
17  conversations that continued to take place.  I
18  believe they were indicative of Karen blaming
19  Nielsen, or the ratings, indicative of me
20  constantly asking, Do we have the right people
21  putting the show together in front of and behind
22  the camera?
23          I think they were continued
24  conversations that seemed to -- or continued
25  problems that seemed to come up year after year,

Page 192

Betty Ellen Berlamino

1
2   and I felt that it was indicative of the
3   leadership that I was constantly asking Karen
4   to exhibit, and make hard choices and decisions
5   to turn the News around.
6      Q.      And you believe that continued
7   between November 2004 until August of 2009?
8      A.      On a continued basis, no.  I think
9   that there would be -- you know, sometimes
10  things would get better, but at the end of the
11  day, I thought we were still dealing with some
12  of the basic issues and some of the basic
13  problems that Karen would often blame, in my
14  opinion, outside sources for lack of ratings,
15  and that leadership was still needed to make
16  tough decisions and getting the right people in
17  front of and behind the camera.
18          I believe it was an ongoing
19  management issue on her part.
20     Q.      The next page, you refer to an
21  e-mail, in the second full paragraph, of
22  September 26, 2005, about getting Kaity and Jim
23  into the field as another example of issues you
24  had with Karen.
25          Do you see that?

Page 205

Betty Ellen Berlamino

1
2   that WWOR had beat us at 10 o'clock, outlining
3   the fact that we had ratings declines of
4   anywhere from 20 to 40 percent in some of the
5   most recent books, and discussing a negative
6   P&L, discussing the fact that the News was
7   losing money, discussing the fact that I need
8   Karen to take a hard look at the department and
9   make important decisions in order to correct the
10  situation.
11     Q.      And you're saying some of those
12  e-mails may not have made its way to this
13  document?
14     A.      I would say there are far more --
15  there are a lot of e-mails, and not every single
16  one was included.
17     Q.      As you sit here today, do you know
18  of any of e-mails during the three-year period
19  of October 2005 to November 2008?
20     A.      I don't remember.
21     Q.      When you were assessing the ratings
22  for the evening News, let's deal with 2007 to
23  2009, what stations would you look at to say,
24  These are our competitors?
25     A.      All stations.

Page 210

```
1              Betty Ellen Berlamino
2       Q.    What about with respect to
3  promotional efforts, was this study used to
4  make any changes in promotional efforts for the
5  News?
6       A.    This study was primarily used to
7  take a look at talent and take a look at what
8  people thought of the overall newscaster, what
9  people were looking for in a 10 o'clock
10 newscast.
11      Q.    We talked a lot today about
12 ratings.  I just want to go into that a little
13 bit.
14            When you say, "ratings," are you
15 referring to the Nielsen ratings?
16      A.    Yes.
17      Q.    Just describe for me what your
18 understanding of the Nielsen ratings is?  What
19 does it measure?
20      A.    Viewership.
21      Q.    What is your understanding as to how
22 it measures viewership?
23      A.    Recruits people from the market, and
24 they recruit a representative sample of the
25 market.  They install meters in people's homes.
```

Page 211

```
1              Betty Ellen Berlamino
2  They ask them to push buttons as to what
3  programs they are viewing.
4            The data goes into a mainframe
5  computer in Dunedin, Florida, and then it is
6  calibrated and calculated and sent out as a
7  rating.
8       Q.    Between 2007/2009, did you believe
9  that the Nielsen ratings fairly reflected
10 viewership of WPIX News programs?
11            MR. CERASIA:  Objection to form.
12      A.    Well, I don't know that Nielsen
13 ratings were ever viewed by any television
14 General Manager as accurate, whether it's 1980
15 or 2009.
16            According to Nielsen, they have a
17 representative sample of the market.
18      Q.    My question is:  In your opinion, do
19 you believe --
20      A.    Well, the --
21      Q.    -- that the Nielsen ratings fairly
22 reflect the viewership for the WPIX News
23 programs between 2007 and 2009?
24            MR. CERASIA:   Objection to form.
25      A.    They reflect the viewership the same
```

Page 212

```
1              Betty Ellen Berlamino
2  way not only for WPIX, but for ABC and for Fox
3  and NOR.  Everyone is held to the same
4  accountability.
5       Q.    Were you ever of the opinion that
6  the Nielsen ratings impacted WPIX more in a
7  negative way than other stations?
8       A.    I think it's impacted the change to
9  -- LPMs impacted how viewership gets
10 measured, and every single television station in
11 the market and any LPM market is held to the
12 same standards.  It's no different.
13            The Media Ratings Council has
14 always accredited the New York market.  So it's
15 been an accredited market ever since numbers were
16 measured.
17      Q.    My question was a little bit
18 different.  It was based on how Nielsen conducts
19 its research.
20            Do you believe that its ratings
21 unfairly impacted WPIX versus WPIX's competitors?
22      A.    I think it impacted all of us.
23      Q.    The same way?
24      A.    I think it impacted all of us, and
25 all of us were looking for Nielsen to add more
```

Page 213

```
1              Betty Ellen Berlamino
2  meters into the market.  That was something that
3  did get accomplished in the market.
4            I think that every television
5  station in this market felt that LPMs just
6  impacted ratings in general.
7       Q.    My question is:  You, as the General
8  Manager of WPIX, did you believe that the way
9  Nielsen was conducting its ratings negatively
10 impacted WPIX versus its competitors?
11            MR. CERASIA:   Objection.  Asked and
12 answered.
13      A.    We're all held to the same rating
14 system.
15      Q.    So you had no opinion?
16      A.    I would like to have seen Nielsen do
17 something differently.
18      Q.    Like?
19      A.    Once again, add more meters to the
20 market.  Therefore, that's why I organized the
21 entire market, and we had a New York market
22 meeting, and one of -- I presented the data at
23 the meeting, and we asked them to add more
24 meters to the market.  We felt that would be
25 more reflective, a better sample, and they
```

Page 223

Betty Ellen Berlamino

1 they're conducting the ratings.  If you read, it
2 says we're displeased with the numbers.
3 
4     Q.     What does that mean to you?
5     A.     The ratings, not the way they're
6 being conducted.  It says:  We're unhappy with
7 our ratings.  I would hope that in his job he
8 did that all the time the entire time he was
9 employed.
10     Q.     Why would Nielsen care if you are
11 unhappy with the ratings?
12     A.     They don't.
13     Q.     I'm saying -- let me finish.  Why
14 would WPIX tell Nielsen that they're unhappy
15 with the ratings?
16           Wouldn't the response be, So have
17 better shows?
18     A.     They don't care, but --
19     Q.     Wasn't it true that Mr. Schussel
20 was actually communicating to Nielsen over an
21 extended period of time the Station's
22 displeasure with how Nielsen was conducting the
23 ratings?
24           MR. CERASIA:   Objection.
25     A.     This does not -- I'm trying to see

Page 227

Betty Ellen Berlamino

1 e-mail?
2 
3     A.     This e-mail was referencing this new
4 study.
5           MR. CERASIA:   Let the record
6 reflect she's pointing to Exhibit 11.
7     A.     Exhibit 11.  This new study, as we
8 previously discussed, was conducted by Carolyn
9 Gilbert and Lee Jacobs, to come to some
10 conclusions about the 10 o'clock News.  And I
11 had issues with the way that they conducted
12 this research.
13           I didn't think that the methodology
14 was correct.  I don't think the sample size was
15 good.  And I thought the conclusions they drew
16 from this were not based on accurate
17 information.
18     Q.     My question was:  With respect to
19 the second page you refer to layoffs and job
20 eliminations over the past year.  Why were you
21 including that in this e-mail?
22     A.     Anytime you do eliminations or you
23 do contract non-renewals, as part of the due
24 diligence in HR and at the station level you do
25 an Adverse Impact Assessment, and this is

Page 228

Betty Ellen Berlamino

1 
2 standard operating procedure as an Adverse
3 Impact Assessment.
4     Q.     Did you do one when Karen Scott was
5 terminated?
6     A.     That was one person.  But an Adverse
7 Impact -- you do it when you have multiple
8 layoffs.  And as you probably know from
9 employment law, when you do job eliminations, by
10 law you have to give the persons being
11 eliminated a list of and the ages of the people
12 who are being eliminated.
13           This is just a continuation of an
14 adverse impact analysis.
15     Q.     Who's being eliminated in June of
16 2009?
17     A.     Well, I think you're missing -- I
18 believe you're missing the actual point of the
19 e-mail.
20     Q.     No, I read the e-mail.  I'm asking
21 you --
22           MR. CERASIA:   She's not finished.
23     Q.     My question was:  Who is being
24 eliminated in June 2009?
25     A.     The conclusion that they drew from

Page 229

Betty Ellen Berlamino

1 
2 this study was that Kaity Tong should not
3 continue as the 10 o'clock News anchor based on
4 the numbers that were produced in this 10
5 o'clock News study.
6           And I was objecting to their use of
7 this particular research to draw that conclusion
8 because, once again, as I stated before, I did
9 not think that this was an accurate News research
10 study.
11     Q.     Now I'm confused.  So this is just
12 referring to one person being eliminated,
13 Ms. Tong?
14     A.     I had pretty much lost in my ability
15 to get them to listen to me and my
16 recommendation.  They had made a decision that
17 they were going to make an anchor change at 10
18 o'clock, and they were going to recruit a
19 female 10 o'clock News anchor.  I had urged
20 them to do a new study.  This is the new study
21 that they produced, and I was told that when the
22 new study was done, would I live with the
23 conclusions of the new study.  I had agreed with
24 them that I would.
25           Once I looked at the methodology of

Page 230

Betty Ellen Berlamino

1    the study, I couldn't abide by what I had told
2    them because I didn't think it was fair.  And I
3    thought that they were drawing conclusions on
4    bogus information.
5         They reminded me that I agreed to
6    live by the terms of the new study, and in my
7    final-ditch attempt to get them to not do that,
8    because I felt it was not fair, I laid out, as
9    an Adverse Impact Assessment, how this would
10   figure into that.
11        Q.    I thought you had mentioned before
12   you did an adverse impact study when there was
13   more than one person being let go.
14        So I'm clear, this just related to
15   possibly letting go Kaity Tong?
16        A.    A-ha.  Yes.
17        Q.    All of these other people were
18   already fired, correct, or job eliminations --
19   or slated for eliminations?
20        A.    Yes.
21        Q.    Did this lead you to requesting
22   that Karen prepare a letter to Kaity about her
23   job status?
24        MR. CERASIA:   Objection to form.

Page 231

Betty Ellen Berlamino

1         MR. RUBINSTEIN:   I will take that
2    objection and rephrase the question.
3         Q.    Did the June new study lead you to
4    direct Karen to write a letter to Kaity Tong
5    regarding her job status?
6         A.    Yes.  At the request of Myrna
7    Ramirez, Myrna Ramirez, as you will see from the
8    document you handed me on the first page, I
9    forwarded this to Myrna to try and get her help
10   with the situation.
11        She told me she would then get
12   involved and she, too, personally would speak to
13   Ed Wilson, which she did.  I got a phone call, I
14   remember, the date on this is June 19th, from
15   Myrna, who said, I spoke to Ed.  He agreed that
16   you don't have to let Kaity go at this point,
17   Kaity is saved.
18        However, as part of that she will
19   need -- Karen will need to prepare a document
20   telling her that there was a survey -- there was
21   a study conducted, that she didn't look
22   favorable on that new study, and things she would
23   need to do on an ongoing basis to improve her job
24   performance.

Page 232

Betty Ellen Berlamino

1         Q.    What was Karen's response when you
2    told her that she had to prepare the letter for
3    Kaity Tong?
4         A.    Well, before that I called up Karen,
5    I was out on June 19th, I called her up from the
6    road and I said, We did it, Kaity is saved.  And
7    then I told her that she had to prepare the --
8    yes, that she had to prepare the letter.
9         She said, Fine, as long as we get to
10   save her.  I said, Myrna and Jean will work with
11   you on the contents of the letter.
12        Q.    Did Karen agree?
13        MS. JUBELIRER:   I'm sorry to
14   interrupt.  I need to go.
15        MR. RUBINSTEIN:   Have a safe trip.
16        Q.    Did Karen agree that a letter was
17   necessary?
18        A.    She said she would do it if it saved
19   Kaity.
20        Q.    Did she agree that there was a
21   necessity to send Kaity a letter about her job
22   status and performance?
23        A.    No.  And neither did I.
24        Q.    In this document in front of you

Page 235

Betty Ellen Berlamino

1    operating cash flow.
2         Q.    Did Ms. Scott's termination have
3    anything to do with financial constraints of the
4    Network?
5         MR. CERASIA:   Objection to form.
6         A.    Financial constraints of the
7    Network?  The CW Network?
8         Q.    Was WPIX under any financial
9    constraints in August of 2009?
10        A.    Oh, you said, "the Network."
11   Well...
12        Q.    The Station.
13        A.    Okay.
14        Q.    Did Ms. Scott's termination in
15   August 2009 have anything to do with the
16   financial condition of WPIX?
17        MR. CERASIA:   Objection to form.
18        A.    Well -- if you look at the P&L of
19   the News Department, it depends how you want to
20   answer that question.  If you're asking the
21   question, Was the job eliminated and the
22   dollars put to the bottom line?  No.  But did it
23   have anything to do with we had experienced two
24   negative cash flow years for the News?  Yes.

Page 236

```
1              Betty Ellen Berlamino
2   That was a factor.
3              I guess I'm not understanding the
4   question.
5       Q.    What suggestions or proposals did
6   you make to improve the ratings to Ms. Scott?
7       MR. CERASIA:    Objection to form.
8       Q.    I'll rephrase it.
9              Did you ever make any proposals or
10  suggestions to Ms. Scott that you believed would
11  improve the ratings?
12      A.    I think we looked at some of those,
13  and one of the suggestions, I think, had been
14  getting the anchors out in the field some more.
15  At the time, Steve Charlier was very, very
16  involved, and asked us to look at all resources,
17  allocation of resources.
18              Certainly, one of the conversations
19  we had several times was to treat the newsroom
20  with a three-screen approach.  Get more content
21  into the Internet, into mobile, and Karen needed
22  to once again look at everyone in front and
23  behind the camera, make tough decisions,
24  reallocate resources where necessary, and do
25  what she needed to do to improve the ratings
```

Page 242

```
1              Betty Ellen Berlamino
2   through some other method?
3       MR. CERASIA:    Objection.  She
4   doesn't know if she got it from him.
5       MR. RUBINSTEIN:    That's a fair
6   point, Ed.
7       Q.    Would Mr. Charlier provide you with
8   News Priority Summaries with any frequency in
9   2009?
10      A.    Sometimes I would get them,
11  sometimes I wouldn't.  Sometimes he communicated
12  directly with Karen.
13      Q.    In this format?
14      A.    That would be speculation.
15      Q.    When did you first encounter issues
16  with Karen that you believe warranted her
17  termination?
18      A.    Well, as I stated previously, we
19  had a solid year of decreased ratings, two years
20  of negative cash flow, and I had -- was
21  continuing to have to defend Karen as the News
22  Director to Steve Charlier, and had run out of
23  what he deemed were acceptable excuses not to
24  make a change.
25      Q.    And this was in July 2009?
```

Page 252

```
1              Betty Ellen Berlamino
2       Q.    No, this is a different question.
3       A.    Oh, okay.  I don't recall answering
4   the first one.
5       Q.    Because you couldn't.  But between
6   2007 and 2006 --
7       MR. CERASIA:    Objection.
8       Q.    -- did the ratings improve, stay the
9   same or decrease?
10      A.    Well, the most important number that
11  needs to be looked at to make a determination of
12  the end of employment would be the most -- the
13  latest ratings books.
14              And the last four sweep book
15  average, and to the best of my knowledge, the
16  last four major sweeps prior to Karen being the
17  News Director, in both morning and evening News,
18  went down dramatically.
19      Q.    Ms. Berlamino, if Mr. Cerasia wants
20  to ask you questions when I'm done, he can ask
21  you all the questions he wants and get that
22  information from you.  I'm just going to ask you
23  to answer my questions.
24              My question was:  Between 2006 and
25  2007, did the ratings improve, stay the same, or
```

Page 253

```
1              Betty Ellen Berlamino
2   decrease?
3       A.    I don't recall what the ratings were
4   from 2006 to 2007.
5       Q.    Between 2007 and 2008, did the
6   ratings improve, stay the same, or decrease?
7       A.    In a four-book average, to my
8   knowledge, the ratings decreased.
9       Q.    Are there any documents that were
10  created by WPIX that show year-over-year
11  ratings for the News Division?  That's a yes or
12  no.
13      A.    That's just -- are there any
14  documents?
15      Q.    Created by WPIX that show year-over-
16  year ratings for the News Division?
17      A.    Well, they're done on a yearly
18  basis.
19      Q.    So the answer is yes?
20      A.    There should be.
21      Q.    What were the titles or names of
22  those documents, or was there one?
23      A.    As part of the Operating Plan
24  process, numbers were produced.
25      Q.    That would be within the Operating
```

Page 254

Betty Ellen Berlamino

1   Plan?
2        A.    That's correct.
3        Q.    Who generated the information with
4   respect to year-over-year ratings that went into
5   the Operating Plan, which employee?
6        A.    Steve Schussel.
7        Q.    Ms. Berlamino, did Karen Scott's age
8   play any factor in your decision to terminate
9   her?
10       A.    No.
11             MR. CERASIA:    Objection to form.
12       Q.    What was the reaction of the WPIX
13   staff when they found out that you terminated
14   Ms. Scott?
15       A.    That's a little vague.  There's over
16   200 employees.
17       Q.    Were people, in general, happy, sad,
18   upset?
19       A.    Once again, there were different
20   reactions from different people.  There were
21   over 200 employees at the Station.
22       Q.    Why don't you tell me about the
23   reactions that you know of?
24       A.    Some people were not shocked.

Page 257

Betty Ellen Berlamino

1        Q.    Tell me what you said to Karen
2   during that meeting.
3        A.    As I said to you, there was a script
4   that I was given.
5        Q.    Did you read from the script?
6        A.    I was told to read from the script.
7        Q.    Do you recall -- obviously, I don't
8   have the script -- but do you recall what the
9   script said?
10       A.    It was brief, I didn't agree with
11   the script, I didn't want to read the script.  I
12   was told I had to.
13       Q.    Who gave you the script?
14       A.    Myrna Ramirez.
15             MR. CERASIA:    It was produced.
16             MR. RUBINSTEIN:  Do you know when?
17             MR. CERASIA:    No, but I looked at
18   it with a Bates number in preparing for
19   Ms. Scott's deposition.
20             MR. RUBINSTEIN:  Okay.  I don't
21   know I've seen it, but maybe you can identify it
22   for me at some point.
23       Q.    Do you recall what you said,
24   obviously, without seeing the script, do you

Page 258

Betty Ellen Berlamino

1   recall in substance what you said?
2        A.    Like I said, the script exists.  It
3   was not something -- like I said, I didn't agree
4   with preparing a script.
5             I was allowed to make a couple of
6   notes on the side, but once again, I was reminded
7   to read from the script.  I didn't agree with it,
8   so I don't have the best recollection of what was
9   put in there.
10       Q.    Was there any reason that you gave
11   to Ms. Scott during that meeting as to why she
12   was being terminated?
13       A.    It was in the script.
14       Q.    But you don't recall as you sit here
15   today?
16       A.    To the best of my knowledge, the
17   script talked about ratings declines -- I would
18   have to go back and look at it.  I read from the
19   script as instructed.
20       Q.    After you read from the script did
21   you stay in the room or did you leave?
22       A.    I was told that I was to read from
23   the script and I was to exit the room.
24       Q.    Did Karen say anything to you after

Page 260

Betty Ellen Berlamino

1   but they said they would do it.
2             And I called Karen before I put out
3   the notice that she was leaving.  I wrote it, I
4   called her up, I left a message.  She didn't pick
5   up the phone.  So I went down to her office.  I
6   had sent her via e-mail what I was looking to
7   read, and she said, you know, she didn't resign.
8   She was fired.  I said I understood that, I knew
9   that.  I thought it would be better if we
10   positioned it this way.
11            She said, Well, it's not accurate.
12   I said, I understand.  I said, Is it okay if we
13   position it this way?  She said, Fine.  Just do
14   whatever.
15            Then I called her up when I got
16   back to the office.  I said, Are you ready,
17   because I'm going to press "send" and put it out?
18   Which I did.
19            I did authorize a party for Karen,
20   which I stopped by the party, and I think the
21   thing I said to her was, There is life at
22   Tribune.  She said, I hope so.
23            (Berlamino Exhibit 17, marked for
24            identification.)

Page 262

```
 1          Betty Ellen Berlamino
 2  of her separation were still being discussed.
 3      Q.    When did you begin to seek a
 4  replacement for Ms. Scott?
 5          MR. CERASIA:   Objection to form.
 6      A.    After she left.
 7      Q.    At any point before August 26, 2009,
 8  were you involved in a search for a News
 9  Director to replace Karen?
10      A.    No, I was not.
11      Q.    When did you first meet Bill Carey?
12      A.    I don't recall the date.
13      Q.    I believe you said he started in
14  late November.
15          Approximately how long before he was
16  hired did you meet him?
17      A.    To the best of my knowledge, it was
18  in October.
19      Q.    How were you informed that Mr. Carey
20  was coming in to interview for the position as
21  News Director?
22      A.    I was told that I needed to speak to
23  him and to interview him.
24          (Berlamino Exhibit 18, marked for
25          identification.)
```

Page 277

```
 1          Betty Ellen Berlamino
 2  dates, because we can always find out from
 3  documents, but to the best of your recollection,
 4  if you can give me answers, great.  If you can't,
 5  say, I don't recall.
 6          Do you know when Larry Hoff left the
 7  employment of WPIX?
 8      A.    The actual date?
 9      Q.    Month or year.  Doesn't have to be
10  the exact date if you don't know.
11      A.    To the best of my knowledge, it was
12  it was December 2009.
13      Q.    What was the reason why Mr. Hoff
14  left WPIX?
15      A.    His position was eliminated.
16      Q.    What position did he hold?
17      A.    He was a -- he was a feature
18  reporter that Karen used to call the daredevil
19  reporter.
20      Q.    Was he let go because of a job
21  elimination?
22      A.    Yes.  And a reallocation of
23  resources.
24      Q.    Were you in favor of letting
25  Mr. Hoff go?
```

Page 278

```
 1          Betty Ellen Berlamino
 2      A.    Well, Karen and I had had
 3  discussions about --
 4      Q.    I'm going to let you explain
 5  whatever you want to explain, I want a yes or
 6  no to the question first.
 7          Were you in favor of letting
 8  Mr. Hoff go in December of 2009?
 9      A.    As a reallocation of resources and
10  the fact that he said he didn't want to do
11  Sports, yes.
12      Q.    You offered him another position --
13      A.    Karen and I had a discussion.  I
14  asked Karen -- we had discussions with Steve
15  Charlier that the resources that were being put
16  against Larry Hoff with a full-time producer
17  and a satellite truck and a crew every day, just
18  simply was too much for the Return on
19  Investment, and we were being told to make the
20  News in the morning more serious, and to get
21  more -- to change the content of the morning
22  News to get more real News, for lack of a better
23  word.
24          The conversation I had with Karen
25  was, Is there anything else we can have Larry
```

Page 279

```
 1          Betty Ellen Berlamino
 2  do?  She said, Well he used to do Sports.
 3          I said, Oh, he used to do Sports?
 4  Would he want to do that again?
 5          She said, I don't know.  Let me find
 6  out.  She called me the next day and said, No,
 7  forget it, he can't do Sports.  He does what he
 8  does.  Let's just end his contract and put the
 9  money to the bottom line.
10      Q.    Did you ever make any comments about
11  Mr. Hoff's age to Karen?
12      A.    No, I did not.
13      Q.    Did you ever make any comments about
14  Mr. Hoff's age to any employees at WPIX?
15      A.    No, I did not.
16      Q.    Do you recall when Sal Marchiano
17  left the employment of WPIX?
18      A.    I don't recall the exact date.
19      Q.    Do you know why Mr. Marchiano left
20  the employment of WPIX?
21      A.    Because we didn't renew his
22  contract.
23      Q.    What was the reason why you didn't
24  renew his contract?
25      A.    Sal was on a series of short
```

Page 280

```
1              Betty Ellen Berlamino
2    contract extensions because we had issues with
3    his performance, and he was on a series of
4    three-to-six-month contract extensions.  And
5    then when his contract ended there was several
6    contributing factors, one of them being his
7    performance for a live Mets pregame show at Shea
8    Stadium that was very bad.  A Jets pregame show
9    that we did that was very, very bad.
10             And instead of just going with more
11   short-term contract extensions for his last
12   contract, when it was over, we made the decision
13   not to renew.
14        Q.   Who made the decision?
15        A.   I had discussions with Karen
16   regarding that decision.
17        Q.   Who made the decision?
18             MR. CERASIA:   Objection to form.
19        A.   We made that decision together.
20        Q.   Did you ever make any comments about
21   Mr. Marchiano's age to Karen?
22        A.   No, I did not.
23        Q.   Did you ever tell Karen that
24   Mr. Marchiano did not look good on the air?
25        A.   I said, He looks unprepared.  I
```

Page 281

```
1              Betty Ellen Berlamino
2    said, He looks unprofessional.  I said, He
3    doesn't look like he gives a crap about his job,
4    and he looks like he's phoning it in.
5         Q.   Did you ever make any comments about
6    Mr. Marchiano's age to any other employees at
7    WPIX?
8         A.   No, I did not.
9         Q.   Is Marvin Scott still employed by
10   WPIX?
11        A.   Yes.
12        Q.   What position does he hold?
13        A.   He's a reporter.
14        Q.   I'm sorry, I know you're not there
15   anymore.
16             While you were there what position
17   did Mr. Scott hold at WPIX in 2009?
18        A.   Reporter.  He also does News
19   Close-Up, the public affairs show on Sunday
20   mornings.
21        Q.   In 2009, were there any changes
22   made to Mr. Scott's duties and
23   responsibilities?
24             MR. CERASIA:   Objection to form.
25             You can answer.
```

Page 282

```
1              Betty Ellen Berlamino
2         A.   He was put -- he had previously
3    been on a Monday-through-Friday schedule, and
4    his new work schedule included some weekend --
5    included weekends.
6         Q.   Why was that change made?
7         A.   Because we needed to get the numbers
8    up on the weekend.  The dollars that we were
9    going into the weekend News were extremely low.
10   The ratings for the News on the weekend were
11   extremely low.
12             We were continually using
13   free-lancers and non-WPIX personnel on the
14   weekends, and we needed somebody to adjust their
15   schedule to the weekends.  And I had
16   conversations with Karen through the years about
17   getting people on the weekends, and there was
18   always a reason that she didn't want to adjust
19   some people's schedules, whether because they
20   had children and didn't want to work on the
21   weekends, or whatnot.
22             But we needed to adjust someone's
23   schedule to include weekend News.
24        Q.   Was the shift for Mr. Scott from
25   weekday to weekend reporting a demotion?
```

Page 283

```
1              Betty Ellen Berlamino
2         A.   No.  It's not weekend reporting.  He
3    was still reporting during the week.  It was
4    three days during the week and as well as on the
5    weekend.
6         Q.   So instead of five weekdays, it was
7    three weekdays and two weekend days?
8         A.   Yes.  And that schedule, to my best
9    recollection, was adjusted to four weekdays and
10   one weekend.
11        Q.   Was the shift in his schedule
12   considered a demotion?
13        A.   No.
14        Q.   Did he ever express to you that he
15   believed it was considered a demotion?
16        A.   No, but Karen did.
17        Q.   My question is Mr. Scott, did you
18   have any conversation with Mr. Scott -- did you
19   have any conversation with Mr. Scott about if
20   he felt the shift in his duties was a demotion?
21        A.   Not to my best recollection.
22        Q.   Did you ever tell Karen that
23   Mr. Scott should retire?
24             MR. CERASIA:   Objection to form.
25        A.   No, I didn't say those words.
```

Page 284

1              Betty Ellen Berlamino
2      Q.   Did you ever say words to the effect
3  that Mr. Scott should retire?
4           MR. CERASIA:   Objection to form.
5           You can answer.
6      A.   Should retire?  No.
7      Q.   Did you ever say to Karen, in words
8  or in substance, Why doesn't Mr. Scott retire
9  already?
10          MR. CERASIA:   Objection to form.
11          You can answer.
12     A.   That is part of a longer
13  conversation that I had with Karen.
14     Q.   So please tell me the full
15  conversation in which those words were
16  expressed.
17     A.   Okay.  We were renewing Marvin
18  Scott's contract -- Marvin Scott's contract was
19  coming up for renewal.  The previous time that
20  we had renewed Marvin Scott's contract, and I
21  don't have any recollection whether it was a
22  two-year or three-year renewal, Karen had said,
23  This is the time, this is probably going to be
24  the last contract renewal we have for Marvin,
25  that contract went on, whatever.

Page 286

1              Betty Ellen Berlamino
2      A.   Because when you go on Twitter and
3  you actually look, they have suggestions for you
4  as to who to follow, and often I follow those
5  people if they come up on suggestions.  No other
6  reason.
7      Q.   Were you involved in any employment
8  decisions involving Mary Murphy in 2009?
9      A.   Yes.
10     Q.   What, if any, changes were made to
11  Ms. Murphy's job status in 2009?
12     A.   She went from being a weekend anchor
13  to an investigative reporter.
14     Q.   Was that move considered a demotion?
15     A.   Karen considered it a demotion.
16     Q.   Did you consider it a demotion?
17     A.   It was a change -- it was a change
18  of direction.
19     Q.   Do you know if Ms. Murphy considered
20  it a demotion?
21     A.   I would speculate -- I would have to
22  speculate to answer that question.
23     Q.   Did you ever have any discussions
24  with Ms. Murphy about whether she considered
25  that move a demotion?

Page 287

1              Betty Ellen Berlamino
2      A.   No.
3      Q.   Why was she moved from an anchor
4  slot to an investigative reporter?
5      A.   We were looking to improve the
6  weekend News numbers.  They were -- they were
7  very bad.  They were actually worse than the
8  Monday through Friday numbers.  News is sold as
9  a full seven-day rotation, it's sold as Monday
10  through Sunday, 10 to 11 p.m.
11          Advertisers that were falling into
12  the weekend News were complaining that their
13  spots weren't delivering.  It was causing us to
14  have to give no-charge spots to advertisers if
15  and when they fell on the weekend News.
16          Sales was beginning to try and
17  exclude the weekend News from a sales rotation,
18  and we had to do something to try and fix the
19  weekend News and get the ratings up.
20          Karen and I discussed moving Mary
21  from an anchor to a full-time investigative
22  reporter.
23     Q.   Did you ever tell Ms. Scott that
24  Ms. Murphy looked old and frumpy?
25     A.   I do not recall that conversation

Page 288

1              Betty Ellen Berlamino
2  at all.
3      Q.   Did you ever make any age-related
4  comments about Ms. Murphy to Ms. Scott?
5      A.   Absolutely not.
6      Q.   Did you ever make any age-related
7  comments about Ms. Murphy to any other employees
8  at WPIX?
9      A.   No.
10     Q.   Do you know what Janet Maslow's
11  position was at the Station?
12     A.   She did the accounting.  She was the
13  Accounting Manager for News.
14     Q.   Do you know when her employment
15  ended?
16     A.   I don't recall the date.
17     Q.   Why did her employment with WPIX
18  end?
19     A.   Corporate came in, did an assessment
20  of all the Tribune stations and the News
21  Departments, and said that no other Tribune
22  station had this position, and we needed to
23  eliminate the position and move the duties into
24  the Accounting Department.
25     Q.   Was anyone hired to replace

## Page 289

```
                                      Page 289
 1            Betty Ellen Berlamino
 2  Ms. Maslow?
 3       A.    No.
 4       Q.    Who made the decision to terminate
 5  Ms. Maslow?
 6       A.    Steve Charlier had instructed us,
 7  once again, that that position did not exist at
 8  any other Tribune station, and it needed to be
 9  eliminated.
10       Q.    Did he do this to you in a phone
11  call or an e-mail?
12       A.    To the best of my knowledge, it was
13  in person.
14       Q.    Did you ever have any role in
15  deciding to terminate Ms. Maslow?
16       A.    No.
17       Q.    What did Betty Winchester do at
18  WPIX?
19       A.    She worked in Accounts Receivable.
20       Q.    Do you know when her employment
21  ended?
22       A.    I do not recall.
23       Q.    Do you know why her employment
24  ended?
25       A.    That position was eliminated.
```

## Page 292

```
                                      Page 292
 1            Betty Ellen Berlamino
 2  not think that Kaity was going to be someone
 3  that would recruit to viewers.  And they also
 4  questioned whether Jim would be able to do that.
 5  And they had stated that the two had been
 6  anchors for a while, and people were not
 7  watching them.
 8       We had to make radical changes in
 9  the News Department and differentiate ourselves,
10  and they didn't believe that she would be able to
11  do that and be a part of it.
12       So I argued that that was based on
13  nothing.  That's when they said, Well, what if
14  we do a new survey, and as I stated before, they
15  said, Do you agree to abide by the findings of
16  the new survey?
17       They did the new survey.  The
18  research didn't produce great results for Kaity.
19  I stated I didn't believe the research, I thought
20  it was bogus research.  They said -- they
21  reminded me I agreed to abide by the findings of
22  the research, and based on the research they were
23  going to let her go.
24       At that point, as I stated
25  previously, I got Myrna involved in the process.
```

## Page 300

```
                                      Page 300
 1
 2  UNITED STATES DISTRICT COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  10-CIV-4622 (WHP)
 5  - - - - - - - - - - - - - - - - - -x
 6  KAREN SCOTT,
 7                        Plaintiff,
 8       -against-
 9  WPIX, INC.,
10                        Defendant.
11  - - - - - - - - - - - - - - - - - -x
12                   30 Rockefeller Plaza
                     New York, New York
13
                     May 5, 2011
14                   10:40 a.m.
15
16     CONTINUED VIDEOTAPED DEPOSITION of
17  BETTY ELLEN BERLAMINO, held at the above
18  time and place, taken before Dawn Matera,
19  a Notary Public of the State of New York.
20
21
22
23
24
25
```

## Page 305

```
                                      Page 305
 1            BETTY ELLEN BERLAMINO
 2  to reflect when this meeting actually
 3  took place?
 4       A.    Well, what I saw was that on
 5  December 1st, after the November book was
 6  over, and after WPIX finished in third
 7  place at 10 p.m., and was beaten by WWOR,
 8  that I had sent two e-mails to Karen
 9  Scott, recapping the November book, the
10  demos for the November book, for both the
11  morning news and for both the evening
12  news.
13       Looking at this, this e-mail
14  again -- well, actually, it's not an
15  e-mail.  Looking at this synopsis of a
16  meeting that took place, and looking --
17  reminding that it says that we are
18  expected to be the number 2 news at
19  10:00, not the number 3 news at 10:00,
20  leads me to believe that this meeting
21  actually took place on December 2nd and
22  not November 2nd.
23       Q.    Do you have any documents, have
24  you seen any documents to reflect that
25  there was a meeting on December 2nd?
```

Page 306

```
 1            BETTY ELLEN BERLAMINO
 2      A.    Do I have any documents?  No.
 3      Q.    Have you seen any documents to
 4 reflect that a meeting took place with
 5 Ms. Scott on December 2nd?
 6      A.    No documents, no.
 7      Q.    Have you seen any e-mails or
 8 anything to reflect that a meeting
 9 happened with Ms. Scott on December 2nd?
10      A.    No.  This is just a recap.  If
11 you look at the third line there, this is
12 a recap of the November sweep.  The
13 November sweep, of course, is the most
14 important sweep in television.
15            So this was the first time in
16 my memory that we finished number 3 at
17 10:00.  So it was a meeting that took
18 place after the November sweep, and after
19 my two e-mails on the previous day of
20 December 1st.
21      Q.    I understand that.
22            My question was:  Have you seen
23 any documents, e-mails, notes, anything
24 to reflect that a meeting happened
25 between you and Ms. Scott on December
```

Page 365

```
 1            BETTY ELLEN BERLAMINO
 2 next few minutes?
 3            MR. RUBINSTEIN:  He needs to
 4 change the tape in five minutes,
 5 anyway.  We are not that far from the
 6 finish line.
 7            THE VIDEOGRAPHER:  The time is
 8 11:33.  This ends tape number 1.  We
 9 are off the record.
10            (Off the record.)
11            THE VIDEOGRAPHER:  The time is
12 11:40.  This is the start of tape
13 number 2.  We are on the record.
14            [The document, Bates stamped WPIX
15 4720 through 4722, was hereby marked
16 as Berlamino Exhibit 34 for
17 identification, as of this date.]
18 BY MR. RUBINSTEIN:
19      Q.    Ms. Berlamino, to your right is
20 Exhibit 34 for identification.  It's a
21 three-page document with the Bates
22 numbers WPIX 4720 through 4722.
23            The first page is an e-mail
24 from Ms. Ramirez to you.  The subject
25 matter is First crack at a script for
```

Page 366

```
 1            BETTY ELLEN BERLAMINO
 2 Karen, and the date is August 24, 2009.
 3            And the message that
 4 Ms. Ramirez wrote to you is "Attached is
 5 a suggested script for Karen, a
 6 separation agreement, as well.  I will
 7 send that later.  Let's chat when you
 8 can.  I am in Chicago."
 9            And the back two pages appear
10 to be a script.  And the third page is a
11 script with handwriting on it.
12            And my first question is:  On
13 the last page, is that your handwriting,
14 as best as you can tell?
15      A.    Yes.
16      Q.    And is this the script that you
17 talked about in your earlier deposition
18 that you used in the meeting with Karen
19 regarding her termination?
20      A.    Yes.
21      Q.    And I am sorry to be bothersome
22 about this, but it's hard for me to read,
23 based on the copy that we received, what
24 your handwritten comments are on the left
25 side.  If you can just read that into the
```

Page 368

```
 1            BETTY ELLEN BERLAMINO
 2 daily Dr. Steve medical report in March."
 3            Fourth one says "Did not handle
 4 the situation."
 5            I can't read the next four.  I
 6 can read where it says "Amy, after
 7 people" and I can read "And felt it
 8 necessary to go to a higher level."
 9            And then it says above the word
10 "It," "No resolution."
11      Q.    To the best of your
12 recollection, is this a script that you
13 used during your meeting with Karen on
14 August 26th?
15      A.    Yes.
16      Q.    Including the handwritten
17 comments on the left?
18      A.    I was asked to cite some
19 examples.  And those were things that I
20 wrote in the left-hand column.
21      Q.    And were those the things that
22 you told Karen in the meeting on August
23 26th?
24      A.    Yes.
25            [The document, Bates stamped
```