# EXHIBIT H

```
                                                        Page 1
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    10-CIV-4622(WHP)
 5    ------------------------------------x
 6    KAREN SCOTT,
 7                 Plaintiff,
 8            vs.
 9    WPIX, INC.,
10                 Defendant.
      ------------------------------------x
11
12
                           April 11, 2011
13                         3:59 p.m.
14
15         Videotaped Deposition of MARVIN SCOTT,
16    held at the offices of Haynes and Boone, LLP, 30
17    Rockefeller Plaza, New York, New York, before
18    Francine Sky, a Notary Public of the State of New
19    York.
20
21
22
23
24
25
```

Page 6

Marvin Scott

1   Marvin Scott
2   will rephrase it in a way you do understand it.
3           Please let me finish my question
4   before responding so the court reporter has an
5   easier time taking down everything we say.
6       A.  Understood.
7       Q.  Mr. Scott, what's your current
8   address?
9       A.  ███████████, North Bergen, New
10  Jersey 07047.
11      Q.  How old are you at present?
12      A.  73.
13      Q.  Mr. Scott, you're currently
14  employed?
15      A.  Yes.
16      Q.  Who is your current employer?
17      A.  WPIX TV.
18      Q.  What position do you have at WPIX?
19      A.  I'm a reporter, senior
20  correspondent.
21      Q.  When did you begin employment with
22  WPIX?
23      A.  November 1980.
24      Q.  If you can, take me through the
25  positions you've held between November 1980 and

Page 7

1   Marvin Scott
2   currently with WPIX.
3       A.  I began as a reporter first year.
4   Second year I was named co-anchor of our midday
5   edition report, which was a syndicated program
6   of Independent Network News. Held that for a
7   couple of years.
8           Then anchored USA Tonight, which
9   was a syndicated program produced by WPIX on
10  the Independent Network News. Produced,
11  reported, did special projects, still
12  maintaining some degree of anchoring.
13          Did a weekly program called INN
14  Magazine late '80s -- I think late '80s. Began
15  anchoring the local broadcast, 10 o'clock news,
16  sometime in the '90s.
17          Transferred to weekend anchor.
18  Remained weekend anchor for a period of years. I
19  think it was through 2002 that I was weekend
20  anchor, April of 2002, as a matter of fact.
21          I've done reports and I've done
22  special assignments, produced specials, and also
23  through the period of time also host an anchor
24  weekly program called -- now it's called PIX 11
25  News Close-Up. It's a weekly news issue-

Page 9

1   Marvin Scott
2   asks the questions, or vice versa. That's just
3   for the record. You are free to answer the
4   question.
5           Going back, my question was: What,
6   if any, changes have there been to your duties
7   and responsibilities at WPIX between 2001 and
8   today?
9       A.  Responsibilities, basically, have
10  been diminished. Since I was taken off any
11  anchor assignments I've never anchored since --
12  I have not had one anchor assignment.
13          I have continued with my weekly
14  broadcast. I have served as and continue to
15  serve as a reporter.
16      Q.  You haven't done any anchoring since
17  2002?
18      A.  No.
19      Q.  Do you know who made the decision
20  to relieve you of your anchoring
21  responsibilities?
22      A.  Yes.
23      Q.  Who is that?
24      A.  Our General Manager.
25      Q.  Who was your General Manager in

Page 15

1   Marvin Scott
2       A.  No.
3       Q.  Did anybody ever communicate to you
4   why certain duties with respect to your
5   reporting were changed?
6       A.  No. I was -- I had a major change
7   in reporting a couple of years ago. Major
8   change in assignment, no.
9       Q.  Do you recall what year that
10  occurred?
11      A.  2009, I believe.
12      Q.  What were the changes that were
13  made to your reporting responsibilities?
14      A.  I was informed I was being
15  reassigned as weekend reporter.
16      Q.  Who advised you of that change?
17      A.  The message was delivered by our
18  Assistant News Director, John Houseman.
19      Q.  Do you know who made the decision?
20      A.  Yes. General Manager.
21      Q.  Who was the General Manager at the
22  time?
23      A.  Betty Ellen Berlamino.
24      Q.  Were any reasons given for the
25  changes to your reporting responsibilities?

```
                                                  Page 23
 1                    Marvin Scott
 2   any comment to you about you -- about your age?
 3        A.    Specifically to me, no.
 4        Q.    Did you invite her to your wedding?
 5        A.    Yes.
 6        Q.    What year was that?
 7        A.    2004.
 8        Q.    Did you ever complain to anybody at
 9   WPIX, either in Human Resources or elsewhere,
10   that you believed you were a victim of age
11   discrimination?
12        A.    No.
13        Q.    Why not?
14        A.    I was still working, I still had a
15   decent contract, and until the most recent
16   contract with a severe, severe cutback -- I'm a
17   journalist, I've been a journalist for 50
18   years, I take pride in my work as a journalist.
19   You recognize and you accept whatever the
20   assignment is, and I've accepted them all with
21   honor and produced with honor and still do.
22              I believe I'm still an asset to the
23   station.
24        Q.    When you say your last contract,
25   would that be a contract that was effective as
```

```
                                                  Page 25
 1                    Marvin Scott
 2   industry or something to that effect?
 3        A.    Something to that effect.
 4        Q.    Was the industry suffering
 5   financially in 2009?
 6        A.    I'm not the bean counter.
 7        Q.    But it was your impression that it
 8   was?
 9        A.    I'm a reporter, I'm not a financial
10   guy.
11        Q.    As a reporter, facts are important
12   to you?
13        A.    Yes.
14              MR. RUBINSTEIN:  Objection.
15        Q.    You don't report on any speculation,
16   do you?
17              MR. RUBINSTEIN:  Objection.
18        A.    Speculation is not my business.
19        Q.    Facts are your business?
20        A.    Just the facts, sir, or ma'am.
21        Q.    What's your date of birth, sir?
22        A.         37.
23        Q.    During the time that Betty Ellen
24   was the General Manager, so roughly some point
25   from 2000, let's take your contract up in 2009,
```

```
                                                  Page 32
 1                    Marvin Scott
 2        A.    Right.
 3        Q.    -- in 2009, do you know whether or
 4   not the weekend news was being done by free-
 5   lance reporters?
 6        A.    No.
 7        Q.    It was not?
 8        A.    It was not.  Mary Murphy and me.
 9   And our ratings were very good.
10        Q.    Before you, though.  It was just
11   Mary Murphy before you?
12        A.    It was Mary Murphy and me.  Mary
13   Murphy and Howard Thompson anchored for a
14   while.
15        Q.    Sir, I'm sorry to interrupt.  I'm
16   asking in 2009.  I'm not asking about the
17   weekend anchor position.
18        A.    I'm sorry, okay.  I'm confused.
19        Q.    Maybe my question was confusing, so
20   let me start over.
21              When you switched in 2009, I think
22   it was maybe the early fall of 2009 you switched
23   your schedule, so you went from -- if I
24   understand, you went from five days reporting,
25   from Monday to Friday, correct --
```

```
                                                  Page 33
 1                    Marvin Scott
 2        A.    Correct.
 3        Q.    -- you switched at some point in
 4   the fall of 2009 to go three days during the
 5   Monday-through-Friday schedule and then both
 6   weekend days?
 7        A.    Correct.  The misunderstanding,
 8   yes.
 9        Q.    Your hours of work stayed the same;
10   correct?
11        A.    Correct.
12        Q.    Such that you worked the same hours
13   on a Saturday and Sunday that you worked during
14   the work week?
15        A.    Right.
16        Q.    Your job responsibilities stayed
17   the same, correct, you were still doing
18   reporting?
19        A.    Right.
20        Q.    Your pay stayed the same?
21        A.    Except for the cut, yes.
22        Q.    So the only thing that changed was
23   your actual days of work changed; correct?
24        A.    That is correct.
25        Q.    When you changed to the weekend, do
```

**Page 41**

Marvin Scott

1 changed in September of 2009, did you view the
2 switch as a demotion?
3    A.    Yes.
4    Q.    And during the time period that
5 Ms. Scott was the News Director, what was your
6 opinion of her performance?
7    A.    I thought she was a superb manager
8 of the newsroom. I thought she was a good news
9 person, had good news sense. Also held us all
10 as a family. That everybody was important to
11 her, everybody on the staff, whether it was a
12 technician, or reporter, or member of a crew.
13          She was there with the criticism
14 and she was there with the praise. She was very
15 supportive of everybody, and at times of crisis,
16 I thought she rose to the occasion. We went
17 through the terror attacks of 9-11, I think,
18 superlative. She was a good decision maker.
19          She was the one who saw the merits
20 in something that was very special that we did,
21 that brought a lot of honor to the station. It
22 was an idea I proposed to her in 2004, about
23 going to Iraq to spend Christmas with our
24 troops. She supported it, and it was very well

**Page 42**

Marvin Scott

1 received by our audience.
2          Again, I said it brought a lot of
3 honor to the station, and even warranted us
4 where we received the highest honor from the
5 Tribune Corporation, we received the Values
6 Award for that. We had gone back three
7 subsequent times. There were four trips to
8 Iraq, and it did a lot to boost the morale at
9 the entire station. It was so well received.
10   Q.    Was Ms. Berlamino supportive of you
11 going to Iraq?
12   A.    It needed her approval.
13   Q.    I'm not sure that answered my
14 question.
15          Was she supportive of your desire to
16 go to Iraq, if you recall?
17   A.    Again, I would have to answer
18 honestly, let's put it this way, we could not
19 have gone without her blessings.
20   Q.    Mr. Scott, you're going to have an
21 opportunity to review the transcript from
22 today's proceeding, and if it's okay with you, I
23 will send it to your home address, unless you
24 would like me to send it elsewhere.

# EXHIBIT I

Case 1:10-cv-04622-WHP   Document 22-6   Filed 08/12/11   Page 6 of 13

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   10-CIV-4622(WHP)
 5   ---------------------------------------x
 6   KAREN SCOTT,
 7                  Plaintiff,
 8            vs.
 9   WPIX, INC.,
10                  Defendant.
     ---------------------------------------x
11
12
                         April 11, 2011
13                       2:05 p.m.
14
15           Videotaped Deposition of KAITY TONG,
16      held at the offices of Haynes and Boone, LLP, 30
17      Rockefeller Plaza, New York, New York, before
18      Francine Sky, a Notary Public of the State of New
19      York.
20
21
22
23
24
25
```

Page 11

Kaity Tong

actually thought about coming to sit in on this, but I decided I could do this on my own. He did advise me to stick with the -- what I just said, I will tell you what happened, and as far as whether it was fair, discriminatory or whatever, I ask that you draw your own conclusions.

Q. Why don't we go back to my question, then.

What, if any, reasons were given to you for the demotion?

A. I would say the watershed moment for me was June 29th of 2009, I was called up to Betty Ellen's office, and Karen Scott went with me. And Karen said to me, This is not going to be a pleasant meeting. And I remember saying to her, Well, they're going to cut my pay? She said, Just know -- I'm just telling you that this is not something that I agree with, and I can -- this is absolutely the truth. This is what was said to me by Karen. I don't agree with what's going to happen in that room, but I'm just trying to prepare you. Okay.

So I was given, for the first time in my entire career, a Performance Expectation

Page 12

Kaity Tong

Memo delineating, perhaps, eight or nine points which they said I needed to improve because of new research that had been done on me. This new research completely contradicts every kind of research that's ever been done on me in my 30-year career, certainly in my 20 years at Channel 11.

Karen Scott had told me, not just Karen Scott but before her, Michael Eigner, who hired me, would say that, The research we're doing on you shows that consistently you are the No. 1 female local anchor in this market, and that your TV Q is way up there.

All of a sudden, out of the blue, I have nothing in my file, my file is completely clean. I'm called in and told that there's research that's been done that shows I am the least-liked anchor in the -- local anchor in the market, that I rated the worst, and because of this research I had to answer these nine points on my Performance Expectation Memo.

Well, should I stop and wait for you to ask more questions?

Q. You tell the story and I will have

Page 13

Kaity Tong

some follow-up after that.

A. Okay. I was also told in the same meeting that because of my terrible research that my salary was going to be cut. And I answered that memo, and you can find both the memo and my very detailed answer in my file, I'm sure maybe Karen has a copy of it, too. I certainly do if you ever need to look at it.

And afterwards, in Karen's office, she said to me -- she was in a rage and she was very angry, I won't say she was in a rage, I can't say what -- she was unhappy for me and said that it was -- she told me that that research was bogus, and that it had been done not professionally in any way, and that -- in fact, on various occasions, Karen has said to me, Betty Ellen wants to get rid of you. She thinks you're too old, she doesn't like you. And she told me -- she instructed me to -- she suggested I get an attorney for age discrimination.

Q. What, if anything, did Ms. Berlamino say to you during that meeting on June 29th?

A. Betty Ellen said at one point, I

Page 17

Kaity Tong

Ms. Berlamino left in June of 2010.

A. Okay, that's what it was.

Q. It was after she left?

A. Yes. Maybe a couple of weeks after that.

Q. You still have that message?

A. I do.

Q. Do you believe that the action taken in June of 2009 was fair?

A. Again, I don't want to give my opinion on that. I just don't think it's smart to do that.

Q. Ms. Tong, because you're under oath I'm asking for your opinion and, obviously, I can't ask for anybody else's opinion.

Do you believe the action taken in June 2009 was fair?

A. No.

Q. Do you believe it had anything to do with your age?

A. Yes. May I tell you why?

Q. That was my next question, but go ahead.

A. Again, Karen, on various occasions,

```
                                            Page 18
 1                    Kaity Tong
 2    told me that she would be in a meeting with
 3    Betty Ellen and in Betty Ellen's office, or
 4    perhaps in her office, and they would be
 5    watching me on the air, and that on one
 6    occasion Karen told me that Betty Ellen said,
 7    Kaity, she's getting old, isn't she?  And Karen
 8    said she responded, She looks 25.
 9              On another occasion, Betty Ellen
10    said to Karen, Karen tells me that, Is Kaity
11    phoning it in these days?  And Karen says, She
12    approaches -- we were doing elections at the
13    time -- She approaches elections and any other
14    kind of extended coverage like the academic she
15    is.
16              I was getting my doctorate at
17    Stanford in Chinese and Japanese literature
18    before I got into this business by accident.  I
19    do have that kind of approach to anything that I
20    know is going -- in addition to ad-libbing,
21    which we all do, and when we have extended
22    coverage I also wanted always to have a notebook
23    very clearly delineated with little tabs of all
24    the senators, assemblymen, congressmen, whomever,
25    all the issues, whatever, clearly laid out so
```

```
                                            Page 20
 1                    Kaity Tong
 2         A.    At times.
 3              MR. CERASIA:    Objection.
 4         Q.    Aside from what Karen may have told
 5    you, what other information, if any, do you
 6    have with respect to age-related comments made
 7    by Ms. Berlamino about yourself?
 8         A.    Repeat that, please.
 9         Q.    Aside from what Karen may have told
10    you, what other information do you have about
11    age-related comments Ms. Berlamino may have made
12    about you?
13         A.    I never heard Betty Ellen say
14    anything to me directly about that.  She was
15    always very nice to my face.  I don't remember
16    anybody coming to me and saying -- let me think
17    about that, though.
18              Let's put it this way:  After -- I
19    think it was shortly after Betty Ellen came to
20    -- became General Manager, people in the
21    newsroom began to comment on the fact that
22    several people had been let go, and nobody -- it
23    was never said, Betty Ellen said we're letting
24    these people go because they're old, but the
25    talk in the newsroom, clearly, was that when
```

```
                                            Page 34
 1                    Kaity Tong
 2         A.    Are you sure?
 3         Q.    I'm sure.
 4         A.    I was getting rolling there.  All
 5    right.  I hope I was helpful.
 6              MR. CERASIA:    I have some.
 7              THE WITNESS:    Okay.
 8    EXAMINATION BY
 9    MR. CERASIA:
10         Q.    You talked about being demoted to a
11    field anchor in October 2010; right?
12         A.    Yes.
13         Q.    That was after Betty Ellen left
14    WPIX?
15         A.    Yes.
16         Q.    So she wasn't part of that
17    decision?
18         A.    No.  Absolutely not.
19         Q.    During the time that Betty Ellen was
20    there as General Manager you were an anchor
21    during that whole time; correct?
22         A.    Yes, I was.
23         Q.    So she never demoted you?
24         A.    No.  Well, except for the June 29th
25    memo, which was a demotion in the sense my pay
```

```
                                            Page 35
 1                    Kaity Tong
 2    was cut dramatically.
 3         Q.    You consider a pay cut to be a
 4    demotion?
 5         A.    Well, in a sense, yes, I guess I do.
 6         Q.    Do you know who made the decision to
 7    cut your pay?
 8         A.    No.
 9         Q.    Do you know who made the decision to
10    issue a Performance Expectation Memo --
11         A.    No.
12         Q.    -- in June 2009?
13         A.    No.
14         Q.    No one ever told you?
15         A.    Did anyone ever tell me?  Well, I
16    believe that Karen did tell me that came from
17    Betty Ellen.
18              In fact, I know she did.
19              (Tong Exhibit 2, marked for
20         identification.)
21         Q.    Ms. Tong, I'm showing you what's
22    been marked as Tong Deposition Exhibit 2.
23         A.    A-ha.
24         Q.    Is this the June 29, 2009,
25    Performance Expectation Memo that you referred
```

### Page 36

Kaity Tong

to earlier in your testimony?

(Witness reviews document.)

A. Yes.

Q. That's your signature on the second page?

A. Yes.

Q. Is this the memo that you say that Karen told you Betty Ellen had her issue?

A. Yes.

Q. You have no personal knowledge, though, as to who made the decision?

A. No.

Q. You just go based on what Ms. Scott told you; right?

A. Yes.

Q. Do you know whether or not Betty Ellen Berlamino was in favor of keeping you as an anchor?

A. Again, what I know is that Karen told me that Betty Ellen did not want me to be the single anchor. That's all I can tell you as fact.

Q. But you had no contact with Betty Ellen Berlamino about that?

### Page 37

Kaity Tong

A. No.

Q. When you said that Karen told you that Betty Ellen had her issue Exhibit 2 to you, was that while Karen was still employed by the company?

A. Yes.

Q. You never went to Betty Ellen to ask her about this memo when she issued it?

A. No.

Q. Why not?

A. I was angry.

Q. Now, with respect to Exhibit 1, which is your response, I think you testified that you never spoke about the substance of your response or Exhibit 2 with anybody at the station?

A. No. That's not true.

Q. Other than the initial meeting, you had an initial meeting with Karen and Betty Ellen?

A. No. I don't remember saying -- did I just say that? Because that's not so. I don't remember being asked that specifically.

I did discuss it with a number of

### Page 38

Kaity Tong

people because I was so angry about it.

Q. Did you speak to anybody at Tribune headquarters about this?

A. No.

Q. Did you ever have a meeting in late summer or early fall with Steve Charlier where the two of you shared a meal and talked about expectations?

A. Yes. Yes. Yes. You're right, I forgot, I did have a meeting, and we talked about this specifically.

Q. You're pointing to it?

A. I'm talking about the memo.

Q. Exhibit 1?

A. Yes. And my response specifically.

Q. So you spoke to Steve Charlier about both Exhibit 1 and Exhibit 2?

A. Yes, that's correct.

Q. He explained to you the intent behind Exhibit 2; correct?

MR. RUBINSTEIN: Objection.

A. I don't remember. I don't know what you mean.

Q. Did he explain to you why it was you

### Page 39

Kaity Tong

are issued the memo in June 2009?

A. I think he said it was because of the research that they had done.

Q. Had you ever seen the research?

A. I asked him if I could see it, and he did not reply. In fact, I asked it in here, too.

Q. Right, I saw that.

Do you know whether or not the research was, in fact, conducted prior to you getting Exhibit 2?

A. All I can say is Karen Scott told me that there was research done by a bogus company, those are her words, not mine, in Pennsylvania, and that it was absolutely contrary to any other research that had ever been done on me.

Research was done, according to what Karen told me, but she claims that it was not professional research.

Q. So all of your knowledge as to why you received or why you believe you received Exhibit 2 is based on what Karen Scott told you?

```
                                                   Page 40
 1                      Kaity Tong
 2        A.     Yes.
 3        Q.     Do you know, personal knowledge,
 4   whether, in fact, that research was, in fact,
 5   conducted?
 6        A.     Personal knowledge, no.  But it's in
 7   the memo.
 8        Q.     Did she ever tell you what Betty
 9   Ellen Berlamino thought about the research?
10        A.     She told me that Betty Ellen
11   Berlamino was 100 percent behind this research
12   and this memo.
13        Q.     So you testified to your opinion
14   that maybe you got this memo and possibly it was
15   because of your age.
16               Was it your assumption that if you
17   had been a victim of discrimination with respect
18   to this memo it was a decision that was made by
19   Betty Ellen?
20               MR. RUBINSTEIN:    Objection.
21        A.     Could you repeat?
22        Q.     That's fair enough.
23               I think what you said was that when
24   you got the memo you thought maybe, or at least
25   it was your opinion potentially, because it was
```

```
                                                   Page 41
 1                      Kaity Tong
 2   unfair it was maybe because of your age;
 3   correct?
 4               MR. RUBINSTEIN:    Objection.
 5        A.     Again, I didn't want to give
 6   opinion.
 7        Q.     I understand, but you did.
 8        A.     I did.  In my head, yes, I thought
 9   those thoughts.  I wondered.
10        Q.     You wondered.  That's fair enough.
11               Who do you believe would have been
12   the person who would have discriminated against
13   you if your opinion was correct?
14        A.     I guess I would have to say, again,
15   I would have to go by what I was told by Karen
16   Scott, that it was Ed Wilson and Betty Ellen,
17   those were the names, the only two names I
18   recall her linking to -- linking to my memo.
19               And also conversations, as I said
20   in that conversation that Karen told me about,
21   Ed Wilson was there and also was not for using me
22   as the single anchor.
23        Q.     Did you have some opinion, in your
24   mind, that if either Betty Ellen or Ed Wilson
25   favored Jim Watkins over you that it was
```

```
                                                   Page 42
 1                      Kaity Tong
 2   because of your age?
 3        A.     I think I thought that was a factor
 4   from what I had been told by Karen Scott.
 5        Q.     Did you have a good working
 6   relationship with Betty Ellen up until, let's
 7   just take the time period up until June 29,
 8   2009?
 9        A.     I thought I did.
10        Q.     Was there any animosity or hostility
11   between the two of you?
12        A.     Not that I was aware of.
13        Q.     Did she treat you professionally?
14        A.     Yes, I think so.  To my face, yes,
15   absolutely.
16        Q.     At any point after January 29, 2009,
17   was there ever a time that there was any
18   hostility or animosity between the two of you?
19        A.     Are you talking about after she
20   left?
21        Q.     No, right after January 29, 2009, so
22   roughly the next year.
23               MR. RUBINSTEIN:    June.
24        Q.     At any point after June 29, 2009,
25   up until the time that Betty Ellen left WPIX in
```

```
                                                   Page 44
 1                      Kaity Tong
 2        A.     Not to me directly.  She never said
 3   anything to me, as far as I can remember, to my
 4   face.  We've had lunches together, we had fun, I
 5   felt that I had a good relationship with Betty
 6   Ellen and a friendly one, but again, from
 7   things that I was told by people that would
 8   know, I was led to believe that she really --
 9   she thought I was old, and she didn't like what
10   she was seeing on the air from me, and that
11   is -- again, I wasn't there, I didn't hear her
12   say any of these things.  This is just what I
13   was told.  That part is a fact, I was told this.
14        Q.     Other than Exhibit 2, which is the
15   Performance Expectation Memo to you, are you
16   aware of any other decision that you believe
17   Betty Ellen made that was negative towards your
18   professional advancement at WPIX?
19        A.     The meeting that I talked about
20   earlier that Karen Scott told me about, which I
21   believe it was Karen, Betty Ellen, Ed Wilson,
22   perhaps some other people, discussing who would
23   be chosen to anchor a single-anchor show, and I
24   already testified to this, that Karen says that
25   in that meeting Betty Ellen absolutely would
```

```
                                            Page 45
                    Kaity Tong
not consider anybody but Jim.  And despite
Karen telling her there was a strong research
that showed Jim was -- nothing against Jim, I
love Jim -- but nobody knew him in comparison to
how many people felt that I was -- I had good TV
     Q.
     Q.   Do you know when it was she told you
that?
     A.   When she told me that?  That would
have been sometime after Karen left.
     Q.   So some point after August 2009?
     A.   Yes.
     Q.   You never heard Betty Ellen
Berlamino ever make any negative or derogatory
comment about any employee's age, did you?
          MR. RUBINSTEIN:  Objection to the
form.
     A.   Did I personally hear it?
     Q.   Yes.
     A.   No.
     Q.   Do you know who made the decision to
not renew Barry Cunningham's contract?
     A.   No.
     Q.   Do you know who made the decision
```

```
                                            Page 49
                    Kaity Tong
mentioned the research, and I asked to see it.
And he didn't respond to that, changed the
subject.
          I remember we had a lot of laughs, I
don't remember about what.  And then he did say
something like, to the effect that -- was it in
that meeting that he told me this or was it
another?  That he was pretty sure I wasn't happy
with working six months at a time, but that
probably could change.  I can't remember whether
it was during that lunch or whether it was a
meeting afterwards.
          I did have one other sort of sit-
down meeting with him in my office shortly
before he made changes to the new show.
     Q.   Did you ever have an opinion or
feeling that Steve Charlier ever discriminated
against you because of your age?
     A.   No.
     Q.   Do you know Ed Wilson?
     A.   I don't.  I met him.
     Q.   The time that you met him was it a
pleasant interaction?
     A.   Yes.  The Tribune was at a bowling
```

```
                                            Page 58
                    Kaity Tong
remember.
     A.   I don't actually remember, but
again, I remember in that meeting being
surprised that my pay was being cut so much.
That's reflected in this.  So I wouldn't have
been surprised if I had gotten this first.
          Oh, I'm sorry, Exhibit 2 or
whatever, 4, I'm sorry.
     Q.   You think you received Exhibit 2
before Exhibit 4?
     A.   Thank you, Ed.  That's what I meant
to say.
     Q.   What's your date of birth?
     A.   ████, 1949.
     Q.   Now, you had contracts in 2003 and
then again in 2006.
          Do you remember that?
     A.   A-ha.  A-ha.
     Q.   Yes.  Sorry, you have to verbalize.
     A.   Oh, I'm sorry, yes, I had contracts
in 2003 and 2006.
     Q.   Do you know who made the decision to
extend each of those contracts?
     A.   Specifically, no.  I just assumed
```

```
                                            Page 60
                    Kaity Tong
after you received the expectation memo, that
Karen told you in her office that Betty Ellen
had said something to the effect that you were
old?
     A.   In one of them.
          MR. RUBINSTEIN:  Objection.
     A.   Karen told me those words, I wasn't
there.
     Q.   That would have been on or about
June 29th of 2009, then --
     A.   Oh, let me think.
     Q.   -- that she told you this.  That's
what I want to know.
     A.   Yes.  I'm trying to remember.  It
was shortly before that, I would imagine, as far
as I can recollect.
     Q.   So you think that Karen told you
that Betty Ellen allegedly said you were too old
before June 29, 2009?
     A.   It was -- it was said actually more
than once.  She told me on a number of
occasions -- not a number.  On at least one or
two occasions, Betty Ellen said something to
that effect.  It was while Betty Ellen was
```

```
                                              Page 61
 1                    Kaity Tong
 2   General Manager.
 3              As to exactly when she said it, I
 4   can't be too specific.  I just don't really
 5   remember.  Sorry.
 6         Q.   I apologize, maybe I'm confused.  I
 7   thought you testified that after you got the
 8   memo you went into her office; right?
 9         A.   Yes.
10         Q.   And that she told you on that
11   occasion that Betty Ellen said you look old.
12              MR. RUBINSTEIN:  Objection.
13         Q.   I'm wondering if it did happen,
14   according to you, that Karen said that to you
15   on June 29, 2009, or it was some other day?
16              MR. RUBINSTEIN:  Objection.
17         A.   Ed, she definitely told me that
18   Betty Ellen said that in her office.  I don't
19   remember whether she said that specifically to
20   me right after the memo.  I do know she was
21   very upset -- you know what, now that I think
22   about it, yes, I think she did say that.  She
23   did say that Betty Ellen -- she was summarizing.
24   Betty Ellen thinks you're too old.
25              This did not come from me, Karen
```

```
                                              Page 70
 1                    Kaity Tong
 2   taken, but I cannot speculate as to why those
 3   actions were taken.  I do not know if it had
 4   anything to do with my age.
 5         Q.   But your belief that possibly it was
 6   because of your age, is it true, it was based
 7   solely on your understanding from Karen that
 8   Betty Ellen made a comment that you were too
 9   old?
10              MR. RUBINSTEIN:  Objection.  Asked
11   and answered.
12         A.   Betty Ellen never, to my face, said
13   anything derogatory to me.  I get -- I have
14   testified to what was told to me by Karen
15   Scott.
16         Q.   I understand that.  It was based on
17   what Karen told you, led you to believe that
18   you might have been a victim of age
19   discrimination?
20              MR. RUBINSTEIN:  Objection.  Asked
21   and answered.
22         A.   Yes.
23         Q.   Other than that, was there anything
24   else that led you to believe that you might have
25   been a victim of age discrimination?
```

```
                                              Page 71
 1                    Kaity Tong
 2              MR. RUBINSTEIN:  Objection.  Asked
 3   and answered.
 4         A.   Again, I would be -- this would be
 5   speculation.  I don't want to do that.  But I
 6   was taken off the air and replaced by someone
 7   younger.
 8         Q.   Not while Betty Ellen was there?
 9         A.   No.  No.
10         Q.   I'm talking about the time while
11   Betty Ellen was there.
12         A.   No.  No.  No.
13              MR. CERASIA:  I don't have any
14   other questions right now.  Thanks.
15              MR. RUBINSTEIN:  Ms. Tong, a couple
16   of follow-ups.
17   BY MR. RUBINSTEIN:
18         Q.   The Facebook message you received
19   from Ms. Berlamino, did she say why she was
20   apologizing?
21         A.   I would have to reread it.  I
22   haven't seen it in a while.
23         Q.   You do have it at home?
24         A.   I do have it.  As far as I can
25   recall, she just felt terrible about what had
```