# EXHIBIT J

## Berlamino, Betty Ellen

From:        Berlamino, Betty Ellen
Sent:        Monday, November 15, 2004 5:39 PM
To:          Scott, Karen
Subject:     over-all concern regarding news numbers

Karen, our news ratings are an immediate cause for concern.  We've discussed our late news numbers and some strategies to turn them around but so far nothing has really helped.  We are starting to lose money at a vastly accelerated rate.  If we don't turn the situation around quickly, we will be in jeopardy of retaining the same staffing levels and previously budgeted expenses for next year.  In other words, we will have to initiate lay-offs and budget reductions.  Here's how the revenue year is finishing up:

|                 | '04      | '03       | loss    | % loss  |
|-----------------|----------|-----------|---------|---------|
| First Quarter   | $4,172   | $4,352    | $ 180   | - 4%    |
| Second Quarter  | 5,070    | 5,271     | 201     | - 4%    |
| Third Quarter   | 4,200    | 4,941     | 741     | -15%    |
| October         | 1,164    | 2,053     | 889     | -43%    |
| Year-to-date    | $14,606  | $16,617   | $2,011  | -12%    |

As you can see, the situation grows more dire by the day....

The "silver lining" to all of this HAD been the morning news.  However, those figures are starting to turn as well.  November is pacing at a year-to-year loss.

In both cases, the numbers have caught up with us.... they're simply not good and not very saleable....you can only get "so much" money for a one rating (at 10pm) and a 0.5 at 7am.....  Before you blame the LPM's, please consider both shows.  Do you REALLY think that they are both as good and/or better than our competitors?  We were also starting to lose ratings before the LPM's hit when we were still under the Set Meter/Diary system.  Do we have THE RIGHT people in front of the camera?  Do we have THE RIGHT people behind the camera?  We've gone along with these falling numbers and all of our personnel have remained intact.  Quite frankly, I find that amazing.  Also, when I look at most of the files of the personnel behind the scenes, they basically have good reviews.  However, if everyone was really working to that skill level, don't you think our numbers would be higher?  When we did the Norm Hecht news survey we learned that most of our issues were CONTENT driven, which represents a basic "flaw." in the telecast.  It also represents a MAJOR opportunity.  If we have the RIGHT people finding the stories, writing the stories, producing the stories, shooting the stories and reporting the stories then we can make major strides towards improving the product.  Putting it bluntly, some of your people should be "nervous."  They should be looking at our ratings and waiting for the "shoe to drop."  However, we continue to lose ratings and viewers and yet we are not holding enough people accountable.

I really need your leadership and guidance in this crisis situation.  We've got the shake things up......

Are you available to meet on Wednesday at 2:30p or 3p???  You can bring John if you want, or, it can just be you and me.....your call.  We've just got to start taking some action.  Time is running out.

CONFIDENTIAL                          WPIX000094

# EXHIBIT K

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Thursday, April 14, 2005 11:21 AM |
| **To:** | Berlamino, Betty Ellen |
| **Subject:** | RE: am news..... |

Betty Ellen...

since our last meeting with lauren... we have made the following changes to the morning show...

-hired sukanya krishnan for 7-9 am anchor
-hired julie chang for feature reporter
-hired-patti smith barrett reporter(hard and feature)
-we have nad ws hits shorter
-we can make our first traffic hit longer like one minute...but that will push our news later... but it is doable..
-we have revamped the 8 am hour to gear it more  towards woman-
    -modern mom week
    -mom makeovers
    -home depot... women can fix up homes onn their own
    -baby proof homes
    -working mom stories
-we have steered larry hoff  in the direction of  more family stories...
    -disney live shot from florida
    -bahamas live shot
    -hershey park live remote

-we are getting our talent out there for the public.
    -patti and julie are doing a care for kids this weekend
    -larry hoff is doing a half hour special... keeping kids healthy
    -larry also is doing a great adventure shoot
    -muller... anchored the mets special
    -(we also had a mets dunk tank on the plaza)
-we do as many contests as we can  to help promote the show...the latest...
    -power 105.. suki did a great job on that... to pick the sportscaster

      karen

-----Original Message-----
**From:** Berlamino, Betty Ellen
**Sent:** Tuesday, April 12, 2005 9:47 AM
**To:** Scott, Karen
**Subject:** am news.....

Karen, I'm noticing that we seem to be a little more entertainment oriented in our morning news and slipping a bit in "real," hard-type news coverage.....for instance, today at (approximately) 7:07am we were covering a lighter, info-tainment type story instead of news...I also noticed that we aired a feature about a rock band and who takes longer to get ready...  HHMM....  our numbers really started to improve when we covered more "real" news and they traditionally start to slip when we get too far away from that....please take some time to re-examine our focus.....we REALLY need to keep those numbers up!  Right now news, as a whole, is not making money; we're in the red and this trend will truly force us to make cuts that could be detrimental, but, unfortunately, necessary....  I also think we REALLY, REALLY need to re-examine traffic!  The last meeting we had, I thought we were in agreement that we'd stop doing the "quick" traffic hits and truly cover traffic whenever we went to that portion of the show....I've been waiting to see the changes on the air but nothing has changed....  Please let me know what we're thinking.....

CONFIDENTIAL

**WPIX000101**

**Berlamino, Betty Ellen**

| | |
|---|---|
| From: | Berlamino, Betty Ellen |
| Sent: | Tuesday, May 03, 2005 8:47 AM |
| To: | Scott, Karen |
| Subject: | Emily's shirt |

Please remind her that the cleavage should be left at home

1

CONFIDENTIAL

WPIX000108

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Berlamino, Betty Ellen |
| **Sent:** | Tuesday, May 03, 2005 2:53 PM |
| **To:** | Scott, Karen |
| **Subject:** | RE: Question... |

it's just that the story didn't really "pay off."  Do you think it did????

-----Original Message-----
From: Scott, Karen
Sent: Tuesday, May 03, 2005 2:08 PM
To: Berlamino, Betty Ellen
Subject: RE: Question...

    we try and look for a medical type story to end our broadcast...to hold the
audience... sometimes it works like last night... we went up in the rating... sometimes it
doesn't...        we will keep on trying...k.

-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Monday, May 02, 2005 11:01 PM
To: Scott, Karen
Subject: Question...

We did a snipe for teens/tanning and promo'd it about three times inside the
newscast...but the "payoff" wasn't there, it was kind of a nothing story..don't you think?

1

CONFIDENTIAL

WPIX000109

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Thursday, May 26, 2005 9:06 AM |
| **To:** | Berlamino, Betty Ellen |
| **Subject:** | RE: how do you think |

not the best topic... it was what the dr. rolled out  for yesterday...we could have killed it... sometimes we have him do alternatives for us...karen

-----Original Message-----
| | |
|---|---|
| **From:** | Berlamino, Betty Ellen |
| **Sent:** | Thursday, May 26, 2005 9:01 AM |
| **To:** | Scott, Karen |
| **Subject:** | how do you think |

the incontinence story went over last night?

1

CONFIDENTIAL

WPIX000111

## Berlamino, Betty Ellen

**From:**
**Sent:** Berlamino, Betty Ellen
Thursday, May 26, 2005 12:15 PM
**To:** Scott, Karen
**Cc:** Houseman, John
**Subject:** more regional weather forecasts

A couple of months ago I had sent an e-mail to everyone inquiring about your thoughts regarding more localized weather forecasts...for instance, a "long Island forecast, a "new jersey forecast," etc....  in the mean time, I've noticed that both WCBS and WNYW are both doing exactly that...there may also be more stations, but these are the two that I've noticed so far....WNYW calls that section of their weathercast the "Neighborhood Numbers," and I don't remember what WCBS calls theirs.'  So...I was just wondering if you had any thoughts and or ideas about adding this additional content to either of our shows.... it may be something you might want to observe on the other stations first and decide if it makes sense for us.......

*No response*

CONFIDENTIAL

WPIX000112

**Berlamino, Betty Ellen**

| | |
|---|---|
| From: | Scott, Karen |
| Sent: | Tuesday, June 07, 2005 1:09 PM |
| To: | Berlamino, Betty Ellen |
| Subject: | FW: LARRY HOFF |

betty ellen... i saw the viewer mail and at times larry is a "clown" ... but i think he has really been one of our hardest working

dedicated reporters we have on the am show... we have done away with all the massages... and hot tubs        etc... but the eating contest was a small part of being down in little italy for the festival... i did talk to lauren ...

and i want to share with you what she wrote me back...karen

-----Original Message-----

| | |
|---|---|
| From: | Petterson, Lauren |
| Sent: | Tuesday, June 07, 2005 9:41 AM |
| To: | Scott, Karen |
| Subject: | LARRY HOFF |

Friday, Larry hung 900 feet above the city with the Steeplejack organization. This was as dramatic as live television gets. I have never seen another local reporter do this.. LIVE or TAPED, for that matter. The relationship our station has with the Steeplejack organization is ours exclusively and is due to Larry's long-term relationship with them. This connection has also allowed Larry to report live from on top of the Washington Bridge, repel from a 30 story building dressed as Santa Claus in Connecticut, repel from The Intrepid for Fleet Week, repel from a billboard high above Times Square, repel live from The Trump Building on the East Side.. to name just a few. These remotes have earned he and his crew 2 consecutive Emmy Awards for Outstanding Off-Camera Achievement.. an honor NO other local news station can call their own. Last year, Larry and his crew BEAT the launch of the entire Yes Network to win the Emmy, an amazing accomplishment.

Larry also has dozens of EXCLUSIVE contracts with organizations across the country.. that allow him and his crew to travel FREE OF CHARGE to places like Disney, Cancun, Miami, The Bahamas, Ireland, Las Vegas, Atlantic City, Hersey Park, Great Adventure, Amelia Island, and many, many other locations. There is not another reporter in this market who has those connections. These organizations pay for hotel, food, airline travel and equipment rental for Larry and a 2 man crew. There is absolutely no way we could afford these remotes without Larry Hoff.

As far as yesterday is concerned, Larry's remote was an example of getting into the community and highlighting a festival that tens of thousands of people can go to FOR FREE! He was in Little Italy to kick off the Sorrento Cheese Summer Festival. This festival includes a free concert by Bobby Rydell, Lou Christie and The Shangri-Las. That is followed by the 2nd Annual Italy Oyster shucking competition. There are other free events and deals of food all summer long.

Larry does an incredible job of balancing the "high-flying", dramatic events like Friday with community events that the average viewer can take advantage of.  While we would all probably love for Larry to do the dramatic remotes each and every day, we do not have a budget or the resources to pull this off.

Larry is also one of the most recognizable faces on The Morning Show. He has been on the air here in New York for over 15 years. When he is on location out in the field, people approach him in droves. They want autographs from him want to take pictures with him. I have heard this from each and every crew he works with. (This includes approx 12 men and women who work with Larry).

In addition, the dozens of dozens of publicists the Morning Show works with on a daily basis, have nothing but praise for Larry Hoff. They consistently ask to work with him and only him. They offer him exclusive remotes. They gather people and performers at 4 in the morning, each and every morning, for him to interact with. That is a tall order. Again, there is NO other reporter in this market that can say that. Certainly not Penny Crone, who day after day, does remotes by herself or with just a boring publicist. (This morning, she was bowling at the Chelsea Pier alone!)

Here are some other events coming up that Larry will highlight this month..

Flying a blimp over the city to promote the subway series.
Riding the cyclone at Coney Island.. which just opened for the summer
Riding in a hot air balloon to kick of a festival on Long Island
Racing cars at Raceway Park to kick off their summer season opening
Racing cigarette boats in the Hudson to kick start a weekend race in New Jersey
Demolition Derby out in Riverhead, Long Island to promote races that the viewer can get involved in
Learning how to fly a sea plane.. the newest and trendiest way to get from the city to the Hamptons

WPIX000114

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Monday, June 13, 2005 9:59 AM |
| **To:** | Berlamino, Betty Ellen |
| **Subject:** | RE: Morning news sports |

        the wrong tape was assigned to writer... never happened before ... it won't happen again..k.

-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Monday, June 13, 2005 8:51 AM
To: Scott, Karen
Subject: RE: Morning news sports


what about the highlight footage...why are we using Fox Sports West instead of WB11 footage?

-----Original Message-----
From: Scott, Karen
Sent: Monday, June 13, 2005 7:47 AM
To: Berlamino, Betty Ellen
Subject: RE: Morning news sports


it's done...talked to the control room...k.
-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Monday, June 13, 2005 6:28 AM
To: Scott, Karen; Petterson, Lauren
Subject: Morning news sports

REMINDER....we read Mets FIRST, Yankees are second.......also, why are the highlights we're showing from fox sports west, when we aired the game yesterday? All the other stations are showing our footage, with our logos and we're airing fox sports. Why?

1

CONFIDENTIAL                    **WPIX000116**

**Berlamino, Betty Ellen**

From:          Berlamino, Betty Ellen
Sent:          Friday, July 15, 2005 9:51 AM
To:            Scott, Karen
Subject:       RE: Mets go first...

Mets go first; that's it..........

*two days after e-mail Yankees first* [handwritten]

-----Original Message-----
From: Scott, Karen
Sent: Friday, July 15, 2005 9:00 AM
To: Berlamino, Betty Ellen
Subject: RE: Mets go first...

    WE LEAD WITH YANKEES LAST NITE BECAUSE IT WAS YANKEES PLAYING BOSTON... WHICH IS AN
EVENT IN ITSELF...IT WAS THE FIRST TIME THEY PLAYED SINCE A-ROD HAD HIS FIGHT WITH THE
CATCHER BARICHEK
IT'S ON THE FRONT PAGE OF THE NY POST "BOMB sCHILL"... WE DO ALL WE CAN TO LEAD WITH
METS... BUT IN SPORTS THIS WAS THE LEAD LAST NITE...KAREN
-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Thursday, July 14, 2005 11:03 PM
To: Scott, Karen
Subject: Mets go first...


Any idea why we led off sports tonight with the yankees? We had the game...we won...it was
a great game and we lead off with yankees...I thought we "explained" to everyone that the
mets go first???

CONFIDENTIAL                    WPIX000133

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Berlamino, Betty Ellen |
| **Sent:** | Friday, September 09, 2005 9:12 AM |
| **To:** | Gano, Mike; Scott, Karen |
| **Subject:** | FW: News at Ten 9/8/05 |

PLEASE get together and make sure that the issue of the past two days are fixed...let me know what we have to do TO CORRECT these situations. We have some big weeks coming up and hopefully some good opportunities for sampling when we launch our new prime time shows. This means, of course, that potential new viewers will sample our product. If they like what they see, the may become more frequent viewers. If, however, they see mistakes and an inferior product, they will surely go and watch someone else... Therefore, we need to FIX EVERYTHING IMMEDIATELY! Thank you.

-----Original Message-----

| | |
|---|---|
| **From:** | Soto, Jake |
| **Sent:** | Thursday, September 08, 2005 11:53 PM |
| **To:** | Pronovost, Bob; Armstrong, Tim; Berlamino, Betty Ellen; Gano, Mike; Houseman, John; Mcconomy, Lance; Pateras, Elias; Scott, Karen; Seminerio, John |
| **Subject:** | News at Ten 9/8/05 |

**A36-Child Abduction-Cathy Hobbs Package-**This finished package did not make air.

Due to the high number of recordings and conform sessions going on near the top of the hour, 17 of the 20 NewsBase ports were in use at the time Cathy's feed was started. Cathy's package was automatically assigned to Port #10 of Volume #1. Both Volume's Port #10 have a "feature" that will not allow access to the Hi-res material being recorded until this recording is manually stopped...this behavior, different than the any of the other port's, is a "designed in" safety feature. This recording was not manually stopped until 10:11 PM some 7 minutes after the package was scheduled to air.

Cathy's writer was able to access and edit Cathy's package in ClipEdit (Lo-Res). The Writer believed that she was also filing this finished package into the show (Hi-Res conform)because of the Port #10 issue there was no media available for this session to conform and so the clip defaulted to black. Luckily the Producer noticed that the clip was all black (black thumbnails) and not the actual package. After the recording was stopped I re-edited this material as a test and the media was immediately available and conformed properly...

**B1-Roslyn School Scandal--Heather Holmes Bureau Live Shot-**as procedure ATM circuit(s) are made active at approximately 9:30 each night a LI Bureau live shot is in the rundown. The ATM sessions are setup for a one hour duration. Newscenter Ops and Maintenance verified that proper sources were routed to ATM. I saw Heather in front of the monitor at approximately 9:50 and assumed the graphic in the monitor was correct. We were not able to verify the operation of the Newsday decoder due to Heather shutting down the monitor. This needs to be checked in the AM.

**C3-Money Matters-Deborah Kostroun Live-**Deborah was not in REM3 as scheduled due to Newscenter setting up REM3 for the a followup Arthur Ch'ien live shot in the next section. This was not noticed until about 10 seconds prior to Money Matters segment.

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.10.18/90 - Release Date: 9/5/2005

CONFIDENTIAL                    **WPIX000137**

## Berlamino, Betty Ellen

From:         Berlamino, Betty Ellen
Sent:         Monday, September 26, 2005 6:13 PM
To:           Scott, Karen
Subject:      follow-up to one of our initial news meetings and strategy sessions

In one of our initial news strategy meetings, we talked about getting Kaity and Jim out into the field and either enterprising some stories and/or reporting on some of the big ones.  I still haven't seen any evidence of this.  Where does this initiative stand?

*Karen followed up with phone call to say we don't have enough crews—*

1

CONFIDENTIAL

WPIX000150

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Berlamino, Betty Ellen |
| **Sent:** | Tuesday, October 11, 2005 9:01 AM |
| **To:** | Scott, Karen; Houseman, John; Zeigler, John |
| **Subject:** | Late News |

Given the fact that we delivered a 0.9 HH rating last night, I hope it comes as welcome news that we hired a news consultant. The company is called, The Broadcast Image Group. Our primary contact will be Larry Rickle. Larry has worked at WABC an EP and KGO (San Francisco) as a New Director. Since starting this company, he has worked with news organizations in Detroit, Miami and San Diego, to name a few. He will be available to us for both the morning and evening newscasts, but will begin with the late news. Larry will be honest and frank and yes, most likely critical of all of us. I ask that you approach this with an open mind because these numbers must be turned around quickly; we simply can not continue to operate at the current rating and profit level. For the first time (that I know of), news will actually become a cost center with a negative profit margin! As I'm sure you understand, we simply can not continue at these levels of performance.

Larry will also be providing input on promos, both generic and topical. News and promotion are really a joint, collaborative effort and therefore, everything we do will be available for critique and input.

I will be supplying him with daily air checks for us as well as our competitors.

He will most likely be contacting you shortly.

Please let me know if you have any questions.

1

CONFIDENTIAL                    WPIX000155

## Berlamino, Betty Ellen

**From:**         Scott, Karen
**Sent:**         Tuesday, October 11, 2005 10:35 AM
**To:**         Berlamino, Betty Ellen
**Subject:**         RE: late news yesterday

he was in the hallway waiting for his time to go on... but when the problems started no one called him in..his package was done and edited.... karen

-----Original Message-----
**From:**         Berlamino, Betty Ellen
**Sent:**         Tuesday, October 11, 2005 9:46 AM
**To:**         Scott, Karen
**Subject:**         RE: late news yesterday

and Marvin?  Why was he in the hallway?

-----Original Message-----
**From:**         Scott, Karen
**Sent:**         Tuesday, October 11, 2005 9:24 AM
**To:**         Berlamino, Betty Ellen
**Subject:** RE: late news yesterday

betty ellen...jake said he had to look at the computer logs to see what happened ... we are waiting for him to tell us..and file his report on it... i will let you know asap... karen

-----Original Message-----
**From:**         Berlamino, Betty Ellen
**Sent:**         Tuesday, October 11, 2005 8:43 AM
**To:** Scott, Karen; Gano, Mike
**Subject:**         late news yesterday

From "Director's Report:"

After the early weather lead story, we had two very difficult minutes. They were characterized by four basic problems:
Someone dragged the stayover forcing Cathy's package out of the "A" channel. The second problem was Cathy's package, that revealed three frames before going to black on the air. (Jake is checking the logs) The third problem was communicaton to Cathy, who could not hear us when we asked her to fill. (Communications were OK moments before.) The fourth problem was that Marvin, who was needed in the studio, was not available. We made many requests, but according to Jake he was in the hallway talking to the Doctor.

We delivered a 0.9 HH rating......this is probably one of the lowest numbers we've done in a few years.........please let me know who the someone is that dragged the stayover and made the first block look like crap and why was Marvin not available?  WHAT IS GOING ON?

CONFIDENTIAL
WPIX000160

# EXHIBIT L

**From:** Berlamino, Betty Ellen
**Sent:** Friday, December 12, 2008 10:57 AM
**To:** Scott, Karen; Houseman, John; Armstrong, Tim
**Subject:** third place...

Well, that is our new position in the prime time news race....

WWOR beat us in November and they are KILLING us in December.....

Here are the A25-54 numbers for December:

WNYW    1.8
WWOR    0.8
WPIX    0.5

Last night we did a 0.2 rating in A25-54 and WWOR did a .07...more than triple our number.....

Please do me a favor, get a copy of last night's telecast and let me know if you think that is was really good.......we seem to be all over the place...we were standing, then sitting, then we had full screen graphics that made the talent look weird and they looked unbelievablely uncomfortable standing there and looking at each other....we had a lengthy meeting to discuss some of the changes that we wanted to incorporate and so far, we have been unsuccessful in making those changes....let me be blunt...we are running out of time...we can not sell a 0.5 rating and sales will have to give every advertiser that aired in last night's telecast a free spot to supplement the 0.2 they delivered.......

# EXHIBIT M

**From:** Berlamino, Betty Ellen
**Sent:** Tuesday, February 17, 2009 11:39 AM
**To:** Seminerio, John; Scott, Karen
**Subject:** Growing our 10pm News Product....

It is IMPERITIVE that we GROW our 10pm news product! We need to focus on growing our revenue as well as our AUR (average-unit-rate) and can not accomplish this until we grow ratings. I do not believe that we can begin to even think about growing rating until the technical errors are ELIMINATED. Tech errors seem to be a STAPLE in the 10pm news but do not really seem prevalent in the morning news. Obviously, this leads me to believe that part of the problem is personnel related and can not be blamed entirely on equipment failure. Time and time again, I see live shots dropped, audio problems, wrong video rolled, etc. As a viewer, it makes it very difficult to watch and a reason to watch the other two alternatives that are available in the time period (WNYW and WWOR). Therefore, EVERY TIME human error is to blame for a problem, the person committing the error MUST be written up immediately. We are NOT on a "witch hunt" here, but rather, we are on a quest to grow our ratings, increase our revenue and employ the best people possible who take pride in their work. If there are people that need additional training, we are willing to train them. If, however, they have been properly trained and are still making mistakes, we need to communicate that THIS IS UNACCEPTABLE. This way, they will either make an effort to improve, or we will take the necessary steps to replace them with someone who is capable of performing the tasks necessary to put on a "clean" newscast."

CONFIDENTIAL

WPIX000189

# EXHIBIT N

**From:** Berlamino, Betty Ellen
**Sent:** Tuesday, March 03, 2009 11:24 AM
**To:** Scott, Karen; Houseman, John; Growick, Amy; Armstrong, Tim; Seminerio, John
**Subject:** BEING THE BEST

I know that everyone takes pride in their work and I know that everyone wants to WIN and be THE BEST....However, careless errors will prevent this from happening every time. I am tasking EACH OF YOU to challenge yourselves and the people that report to you to RISE TO THE NEXT LEVEL. This means that breaking news much be covered thoroughly and immediately. This means that every map, graphic and crawl must be correct in both the information and the spelling. This means that technical errors must be avoided at all costs and all live shots must be in HD....We our at a critical point in our history and our existence; there is simply no room for errors; our competitors will EAT US alive. You need to make sure that you have a staff that supports the goals and missions of the station, which is simply to GROW NEWS NUMBERS AND COMPETE ON A MUCH HIGHER LEVEL THAN WE HAVE IN THE PAST....if you do not have people that either support this mission and/or are capable of supporting it (because of skill levels), then it is your job to manage them out and get the appropriate people here to support our quest to be the best.. PLEASE, I can't stress this enough...we (including myself) are being held accountable (as we should).....trust me, WINNING IS FUN! Let's make sure we have the right team in place to start BEATING OUR COMPETITORS ON A CONSISTENT BASIS!

WE CAN DO THIS!!! LET'S DO IT NOW!!!!!!!!!!

WPIX000191

**From:** Berlamino, Betty Ellen
**Sent:** Wednesday, March 11, 2009 4:17 PM
**To:** Scott, Karen; Houseman, John; Growick, Amy; Armstrong, Tim
**Cc:** Marra, Bob; Zeigler, John
**Subject:** News At Ten Medical Report

I would like to start producing a weekly (I believe that it should eventually be daily) Dr. Steve medical report to start airing in the 10pm news....it should be informative, but lively and interesting....we will begin offering this out for sponsorship once you determine which day you'd like to start with....it should be packaged with some good graphics and hopefully ADD something to the show!  You guys need to decide how...who...when you want to get it done, but I'd like to start doing this sooner rather than later...........

CONFIDENTIAL

WPIX000192

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Berlamino, Betty Ellen |
| **Sent:** | Wednesday, March 11, 2009 5:42 PM |
| **To:** | Armstrong, Tim |
| **Cc:** | Scott, Karen; Houseman, John |

**Subject:** News At Ten....

The time is now......we are BLEEDING money in late news and we are operating at a loss.....we need to get the numbers UP...we simply can not live with the current ratings trend! We have a LOT of good people here...why not sit down with your staff, discuss the ratings (and revenue) loss and solicit ideas from them? Good ideas come from everybody and where better than coming from the people that actually put the show together night after night? Make sure everyone's invested! Make sure that they feel their opinions are heard and considered? Let everyone know that, "we're all in this together!" Content innovation is critical and NOW is the time! Bring in your anchors, your writers and simply brainstorm....I'm sure they would LOVE to hear, 'Hey, what do YOU think we should do to put on a better newscast?" I KNOW they have ideas, because people come to ME and I ask them to go back to their supervisors and peers and share their thoughts........It's time for brutal self-examination! What works? And, what do we simply "do," because "that's the way we've always done it?" What do we "do" because we're simply stuck in a rut and we simply don't know how to get out???? ARE we "on" "creative auto-pilot?" We've talked many times about getting our anchors out in the field and yet I've only seen it happen once....I see Rosanna, Brenda and Harry out on the street quite often....it doesn't have to be live, it can be a piece that they taped....we have to start thinking differently, because if we keep doing what we're doing now, we'll keep producing a 0.7 demo rating and our product will be worth virtually nothing....Let's make AVERAGE "un-acceptable" and let's start to WIN at 10pm!

CONFIDENTIAL

WPIX000193

# EXHIBIT O

Page 1 of 1

## Berlamino, Betty Ellen

**From:** Berlamino, Betty Ellen
**Sent:** Friday, April 17, 2009 8:38 AM
**To:** Scott, Karen
**Subject:** News At Ten

The complete opposite results (from the morning) .......a 0.4 in A25-54 ....WWOR more than doubled us at a 0.9

We need to move on our changes quickly.....

Any word from Jackie?  Carolyn?  I know we're waiting to hear back from Lauren and I know we're meeting with DeCepolo on Monday....I'd like to move on Tim next week.....

4/27/09
0.3 A25 54
joy

8/14/2009

CONFIDENTIAL

WPIX000230

**REDACTED**

**From:** Berlamino, Betty Ellen
**Sent:** Thursday, April 23, 2009 12:45 PM
**To:** Chien, Arthur; Church, Linda; Fadal, Tamsen; Frances, Emily; Ford, James; G, Mr.; Glorioso, Chris; Hobbs, Cathy; Hoell, Robert; Hoff, Larry; Knowles, Chris; Krishnan, Sukanya; Lopez, Lolita; Marks, Ellyn; Mateo, Lisa; McElroy, Tiffany; Muller, John; Murphy, Mary; Nicolini, Jill; Salvatore, Steve; Scott, Marvin; Thompson, Howard; Thorne, Peter; Tong, Kaity; Treadway, Craig; Tyler, Vanessa; Watkins, Jim
**Cc:** Scott, Karen; Houseman, John; Zeigler, John; Armstrong, Tim; Growick, Amy; Lark, Noreen
**Subject:** WPIX.COM

We need MORE NEWS content on our web-site!!!!  AND...there's no better place to get NEWS CONTENT than the news department!  We need to bring more people to our site...more people to the site means more unique visitors....more unique visitors means more page views...more page views mean more advertising....and more advertising means more revenue!  (You get the point)!

So, what can YOU do to add more content to the site?  Please give this some thought!

(I would ask that you "funnel" your ideas through John Houseman and John Zeigler)....BUT, I look forward to learning about your ideas and the unique content that we can create through YOUR contributions....

Thank you!

9/21/2009

**From:** Berlamino, Betty Ellen
**Sent:** Friday, April 24, 2009 8:28 AM
**To:** Scott, Karen
**Subject:** late news last night

Delivered a 0.4 in A25-54.  At the market CPP, we can sell spots for $400 (half of what we can get for Jerry Springer).   Conversely, with the SAME lead-in, KTLA delivered a 1.5 and WGN delivered a 2.8



CONFIDENTIAL                    WPIX000232

-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Saturday, April 25, 2009 10:11 AM
To: Scott, Karen
Subject: On monday...

Let's figure out your schedule for the may sweep....I thought last night's newscast was pretty bad....having arthur do a gardening segment from home depot was a waste of talent...and, the numbers showed that I was not the only person to find the show unwatchable..,I need you to EP the show for the rest of the sweep...we can't live with the numbers we're delivering and I think tim is causing us more harm in his position than good...we need all of our focus on LN right now...failure in may could cause damage that is much more far-reaching than tim's loss of a job

1

CONFIDENTIAL

WPIX000233

**From:** Berlamino, Betty Ellen
**Sent:** Monday, April 27, 2009 8:55 AM
**To:** Scott, Karen
**Subject:** Friday late news

WPIX:   A25-54:  0.3
WWOR: A25-54  1.2  (4x as many viewers as we had)

CONFIDENTIAL

WPIX000234

**From:** Berlamino, Betty Ellen
**Sent:** Monday, April 27, 2009 8:58 AM
**To:** Scott, Karen
**Subject:** sweep to-date average for News At Ten

0.3 RA25-54

Saturday we did a 0.2 and Sunday we did a 0.3

CONFIDENTIAL

WPIX000235

# EXHIBIT P

**From:** Berlamino, Betty Ellen
**Sent:** Thursday, July 02, 2009 8:52 AM
**To:** Scott, Karen; Surratt, Wil; Seminerio, John
**Subject:** WINNING at 10pm!

Ok....we are taking all the necessary steps to upgrade our on-air staff and now we have to start making similar changes BEHIND THE SCENES. We are ONLY going to win IF we have the right people doing the right things because news is a total team effort...we won't succeed in front of the camera if we don't succeed behind the camera! We have to do an HONEST appraisal of EVERY person that works on the show from the director to the writers. If the problem is that people simply haven't been taught and/or they need to learn additional skills, then let's teach them! If, however, the problem is that they're not skilled enough to get the job done, then we need to move on and get the right people here! We need people who WANT to be here, who are INVESTED in the show, who want to WIN and who WANT TO BE #1 AT 10PM (our goal)!

Therefore, I am asking you to evaluate everyone on fair and equal basis and make some hard decisions. As you know, it has to be done THE RIGHT WAY...they need to be written up and told where/how they need to improve and if they don't, then they will have to go....

Anyone who comes in and looks at last night's rating and is NOT upset, is probably not a person that shares our vision of WINNING at 10pm!

CONFIDENTIAL

WPIX000245

REDACTED

**From:** Berlamino, Betty Ellen
**Sent:** Friday, June 05, 2009 8:36 AM
**To:** Growick, Amy
**Cc:** Scott, Karen
**Subject:** updating celebrity video on the web-site...

Is someone going to post Denise Richards (and Brian McKnight) when he gets here?  There's been nothing posted from yesterday..........

9/21/2009

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Houseman, John |
| **Sent:** | Tuesday, July 07, 2009 1:23 PM |
| **To:** | Berlamino, Betty Ellen; Scott, Karen; Surratt, Wil; Waldman, Amy |
| **Subject:** | RE: we need more NEWS content on our facebook site.... |

I will work on this. Right now the main news contributor is Adam Welikson on the overnight desk pushing content from the Morning News. Doug Kahn is the only night (3pm-11pm) desk person and he is not on Facebook though he recently joined Twitter. I think this is something Stephanie Barish can do while she's writing for the web. She lives on Facebook.

**From:** Berlamino, Betty Ellen
**Sent:** Tuesday, July 07, 2009 1:15 PM
**To:** Scott, Karen; Houseman, John; Surratt, Wil; Growick, Amy
**Subject:** we need more NEWS content on our facebook site....

Is there anyone from news (we really need some people from the late news) who would like to contribute?

1

CONFIDENTIAL

REDACTED

-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Tuesday, July 28, 2009 7:14 AM
To: Scott, Karen; Growick, Amy; Zeigler, John
Subject: Morning news numbers

Have been very bad lately...and many of the viewer comments have been less than complimentry.....please put some immediate thought into what can we done to turn this situation around immediately....

1

## Berlamino, Betty Ellen

**From:**
**Sent:**          Scott, Karen
**To:**            Friday, July 31, 2009 8:59 AM
**Subject:**       Berlamino, Betty Ellen; Growick, Amy; Zeigler, John
                   RE: Morning news numbers

We're looking at changing some segments, getting more viewer interaction and having more contests in the show and online.
The talent has been using vacation this month, which could also have caused the ratings to dip. Of course Suki out on maternity leave since July 22nd makes a difference as well, but we are going over every segment and block of the show to make changes.

-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Friday, July 31, 2009 8:29 AM
To: Berlamino, Betty Ellen; Scott, Karen; Growick, Amy; Zeigler, John
Subject: RE: Morning news numbers

I double checked my e-mail and noticed that no one responded....  ?????

-----Original Message-----
From: Berlamino, Betty Ellen
Sent: Tuesday, July 28, 2009 7:14 AM
To: Scott, Karen; Growick, Amy; Zeigler, John
Subject: Morning news numbers

Have been very bad lately...and many of the viewer comments have been less than complimentry.....please put some immediate thought into what can we done to turn this situation around immediately....

1

CONFIDENTIAL

WPIX000280

# EXHIBIT Q

Submitted   7/20/09

# Tribune Expense Report

## Detail By Category

**Today's Date : Jul 20, 2009**

| | | | |
|---|---|---|---|
| Employee Name | Steven Charlier | Total Amount | $1,198.48 |
| Expense Report # | ER01270818 | Less Company Paid | $1,173.38 |
| Report Title / Purpose | TBC - New York / WPIX Visit | Personal Amount | $0.00 |
| Start / End Date | Jul 10, 2009 - Jul 15, 2009 | | |
| | | Due Employee | $25.10 |

| CATEGORY | AMOUNT |
|---|---|
| Airfare | $138.60 |
| Entertainment | $32.00 |
| Lodging | $827.40 |
| Meals | $37.30 |
| Other | $10.00 |
| Taxi,Bus,Limo | $143.18 |
| Tips | $10.00 |
| Total Expense | $1,198.48 |

| CATEGORY | TRANSACTION DATE | EXPENSE TYPE | DETAIL | AMOUNT |
|---|---|---|---|---|
| Airfare | Jul 10, 2009 | Airfare | | $138.60 |
| | | Departure date | Jul 13, 2009 | |
| | | Ticket Number | 0067449418495 | |
| | | Origin | MDW | |
| | | Destination | LGA | |
| | | Description | 0067449418495 | |
| | | Vendor | DELTA AIR LINES | |
| Entertainment | Jul 14, 2009 | Entertainment | | $32.00 |
| | | Description | Lunch | |
| | | Purpose | To Discuss WPIX-TV | |
| | | Vendor | MCFADDENS NYC | |
| | | Guests/Recipient | Betty Ellen Berlamino, VP/GM, WPIX-TV | |
| Lodging | Jul 13, 2009 | Hotel / Lodging | | $359.00 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 13, 2009 | Hotel / Lodging Taxes | | $1.50 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 13, 2009 | Hotel / Lodging Taxes | | $2.00 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 13, 2009 | Hotel / Lodging Taxes | | $21.10 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 13, 2009 | Hotel / Lodging Taxes | | $30.10 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 14, 2009 | Hotel / Lodging | | $359.00 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 14, 2009 | Hotel / Lodging Taxes | | $1.50 |
| | | City | New York | |
| | | Vendor | W NEW YORK THE TUSCA | |
| | Jul 14, 2009 | Hotel / Lodging Taxes | | $2.00 |
| | | City | New York | |

Case 1:10-cv-04622-WHP    Document 22-7    Filed 08/12/11    Page 62 of 92

|  |  | Vendor | W NEW YORK THE TUSCA |  |
| --- | --- | --- | --- | --- |
|  | Jul 14, 2009 | Hotel / Lodging Taxes |  | $21.10 |
|  |  | City | New York |  |
|  |  | Vendor | W NEW YORK THE TUSCA |  |
|  | Jul 14, 2009 | Hotel / Lodging Taxes |  | $30.10 |
|  |  | City | New York |  |
|  |  | Vendor | W NEW YORK THE TUSCA |  |
| Meals | Jul 13, 2009 | Meal - Dinner |  | $30.00 |
|  |  | Vendor | SHABURI |  |
|  | Jul 15, 2009 | Meal - Breakfast |  | $7.30 |
|  |  | Vendor | BOULEVARD TAXI LEASI |  |
| Other | Jul 10, 2009 | Travel Agency Fee |  | $5.00 |
|  |  | Vendor | ORBITZ FOR BUSINESS |  |
|  | Jul 14, 2009 | Travel Agency Fee |  | $5.00 |
|  |  | Vendor | ORBITZ FOR BUSINESS |  |
| Taxi,Bus,Limo | Jul 13, 2009 | Taxi, Bus, Limo, Train, etc |  | $9.00 |
|  |  | Description | Train / Town |  |
|  | Jul 13, 2009 | Taxi, Bus, Limo, Train, etc |  | $35.05 |
|  |  | Description | Restaurant / Hotel |  |
|  |  | Vendor | CITY SERVICE TAXI AS |  |
|  | Jul 13, 2009 | Taxi, Bus, Limo, Train, etc |  | $28.03 |
|  |  | Description | Hotel / Restaurant |  |
|  |  | Vendor | NYC-TAXI VERIFONE NY |  |
|  | Jul 14, 2009 | Taxi, Bus, Limo, Train, etc |  | $6.10 |
|  |  | Description | Hotel / Station |  |
|  | Jul 14, 2009 | Taxi, Bus, Limo, Train, etc |  | $48.00 |
|  |  | Description | Hotel / Restaurant |  |
|  |  | Vendor | SHABURI |  |
|  | Jul 14, 2009 | Taxi, Bus, Limo, Train, etc |  | $9.70 |
|  |  | Description | Hotel /Station |  |
|  |  | Vendor | ALL TAXI MANAGEMENT |  |
|  | Jul 15, 2009 | Taxi, Bus, Limo, Train, etc |  | $7.30 |
|  |  | Description | Hotel / Station |  |
|  |  | Vendor | DON PEPI DELI |  |
| Tips | Jul 15, 2009 | Tips (Non-Meal) |  | $10.00 |

EXCEPTIONS               EXPLANATIONS

**Notes Attached to Expense Report**
Name  Date  Note

Enter in your Extensity password below and click appropriate button to Approve or Reject this Expense Report.

Password:           Approve      Reject

To change amounts approvers must log into Extensity. Clicking the below link opens Extensity login page. After successful login Expense Report being reviewed will be opened automatically.

Open Document ER01270818

CONFIDENTIAL          WPIX006810

# EXHIBIT R

## Berlamino, Betty Ellen

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Tuesday, August 04, 2009 3:37 PM |
| **To:** | Berlamino, Betty Ellen; Maye, Jean |
| **Subject:** | FW: Emily 6/16 |

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:24 PM
To: Scott, Karen
Subject: FW: Emily 6/16

-----Original Message-----
From: Growick, Amy
Sent: Tue 6/16/2009 6:03 AM
To: Growick, Amy
Subject: Emily 6/16

Emily told me she had to leave early today because she has a shoot in Connecticut.

It's something with Maria Menonous that has nothing to do with the Morning News.

She never had permission to do the shoot.

Karen knew nothing about it

1

CONFIDENTIAL                                    **WPIX000302**

**Berlamino, Betty Ellen**

From:         Scott, Karen
Sent:         Tuesday, August 04, 2009 3:37 PM
To:           Berlamino, Betty Ellen; Maye, Jean
Subject:      FW: Emily 6/17

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:24 PM
To: Scott, Karen
Subject: FW: Emily 6/17

-----Original Message-----
From: Growick, Amy
Sent: Wed 6/17/2009 10:27 AM
To: Growick, Amy
Subject: Emily 6/17

Emily arrived to work late, then missed her first hit at 620.

She got to the set at 6:19:30 so I had Suki read entertainment news. I didn't want to put
the show in jeopardy.

Emily blamed it on makeup, but makeup was done with her on time.


Amy Growick

Executive Producer

PIX Morning News

220 East 42nd Street, 2nd Floor

New York, NY 10017

(212) 210-2851 (direct line)

(646) 235-9183 (cell)

agrowick@tribune.com

CONFIDENTIAL                                        **WPIX000303**

**Berlamino, Betty Ellen**

From:                   Scott, Karen
Sent:                   Tuesday, August 04, 2009 3:37 PM
To:                     Berlamino, Betty Ellen; Maye, Jean
Subject:                FW: EMILY 6/18


-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:25 PM
To: Scott, Karen
Subject: FW: EMILY 6/18


-----Original Message-----
From: Growick, Amy
Sent: Thu 6/18/2009 5:40 AM
To: Growick, Amy
Subject: EMILY 6/18

Emily has a guest segment at 645.

At 6:38 she was no where to be found.

She strolled back in just now and I had to kill the guest walk on.

I almost had to give the segment to the anchors

1

CONFIDENTIAL                                    **WPIX000304**

**Berlamino, Betty Ellen**

From:          Scott, Karen
Sent:          Tuesday, August 04, 2009 3:36 PM
To:            Berlamino, Betty Ellen; Maye, Jean
Subject:       FW: Emily 6/22

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:25 PM
To: Scott, Karen
Subject: FW: Emily 6/22

-----Original Message-----
From: Growick, Amy
Sent: Mon 6/22/2009 6:25 AM
To: Growick, Amy
Subject: Emily 6/22

Emily was supposed to do an Entertainment hit at 6:50 but she never showed up on set.
She was told in her ear that she was at the end of the show.
The AD even went over the rundown with her to show her exactly where her hit was.
She claimed she didn't know, but that's not true.
She has access to the rundown and it's her responsibility to look in the rundown everyday
as hit times change.
This is unacceptable and continues to happen.

1

CONFIDENTIAL

WPIX000305

**Berlamino, Betty Ellen**

| From: | Scott, Karen |
| --- | --- |
| Sent: | Tuesday, August 04, 2009 3:36 PM |
| To: | Berlamino, Betty Ellen; Maye, Jean |
| Subject: | FW: Emily 6/23 |

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:25 PM
To: Scott, Karen
Subject: FW: Emily 6/23

-----Original Message-----
From: Growick, Amy
Sent: Tue 6/23/2009 7:00 AM
To: Growick, Amy
Subject: Emily 6/23

Spencer came running out to the newsroom screaming "Emily, Cecilia needs you in the back immediately."

Emily just sat there.  I then said "Emily, did you hear Spencer?"

She ignored me.

I then had to get out of my chair, walk over to her and say "Hello Emily. did you not hear Spencer?  Cecilia is looking for you."

She then pretended as if it was the first time she ever heard she had a hit at 740.

Funny thing is, she has a hit everyday at 740!

1

CONFIDENTIAL                                    WPIX000306

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Tuesday, August 04, 2009 3:36 PM |
| **To:** | Berlamino, Betty Ellen; Maye, Jean |
| **Subject:** | FW: Emily Frances... |

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:26 PM
To: Scott, Karen
Subject: FW: Emily Frances...

-----Original Message-----
From: Growick, Amy
Sent: Wed 6/24/2009 7:52 AM
To: Berlamino, Betty Ellen
Subject: Emily Frances...

just said shit on the air for the second time in a couple weeks.
It was during the MAKSIM CHMERKOVSKIY while they were racing at about 8:49

WPIX000307

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Tuesday, August 04, 2009 3:35 PM |
| **To:** | Berlamino, Betty Ellen; Maye, Jean |
| **Subject:** | FW: Emily 6/25 |

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:26 PM
To: Scott, Karen
Subject: FW: Emily 6/25

-----Original Message-----
From: Growick, Amy
Sent: Thu 6/25/2009 6:04 AM
To: Growick, Amy
Cc: Scott, Karen
Subject: Emily 6/25

Emily came into work today in a shirt that was completely shear.
She was told to see me when she was done with makeup and before she went on set so I could decide if it was acceptable.
She never came to see me.
Two minutes before her hit, I walked to the back and saw the A2 putting her mic on.
I said "Emily, you were supposed to come see me."
She ignore me.
I then said "That shirt is unacceptable for air."
She tried to argue with me, but I didn't have time for that so I ran back to the control room and told the producer to have Tamsen read entertainment.
Emily told me she asked around for a tank top but couldn't find one. (but she completely ignored the fact that she was told to come see me before going out to the set.  If I wasn't paying attention to what time it was, she would have gone on air with the see thru shirt)
Finally we found a tanktop for her, but not before she missed a hit.
This is not the first time Emily has come to work in a shirt that shows her entire bra!

CONFIDENTIAL

WPIX000309

**Berlamino, Betty Ellen**

| | |
|---|---|
| From: | Scott, Karen |
| Sent: | Tuesday, August 04, 2009 3:35 PM |
| To: | Berlamino, Betty Ellen; Maye, Jean |
| Subject: | FW: EMILY |

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:27 PM
To: Scott, Karen
Subject: FW: EMILY


-----Original Message-----
From: Clarity, Nicole (WPIX)
Sent: Fri 7/17/2009 5:28 AM
To: Growick, Amy
Subject: EMILY

EMILY ALMOST MISSED HER 6:22 HIT THIS MORNING - GOT OUT ON SET NOT MIKED ABOUT 1 MIN
BEFORE WE GOT BACK FROM BREAK

CONFIDENTIAL                           WPIX000310

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Tuesday, August 04, 2009 3:35 PM |
| **To:** | Berlamino, Betty Ellen; Maye, Jean |
| **Subject:** | FW: |


-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:27 PM
To: Scott, Karen
Subject: FW:


-----Original Message-----
From: Growick, Amy
Sent: Fri 7/31/2009 6:13 AM
To: Scott, Karen
Subject:

Yesterday, John Muller came to me to ask why Steve was anchoring the 8am and not him.  I told him I am splitting it up to give everyone a chance to do the show until we find a permanent replacement for Tiffany.

He said "I did that show for 8 years so it should still be mine."  He then added that he believes I have a vendetta against him, which I told him is NOT TRUE.  I am just trying to feel out who the best person is for the job.

He thinks we screwed him over by changing the format and anchors of the 8 am show. However, he still does 6-8 with Suki.


Yesterday, Emily went to the set and sat down in the Chat Room area before the last block of the show.  I told the directors to get her off the couch because we were going to do another segment, not just say goodbye.

The floor director told her I said get off the set and her response was NO!

She then proceeded to sit there for the segment she wasn't supposed to be involved in.

I spoke with her after the show and told her that she was not supposed to be in that segment and when the floor director told her to move she should have moved.

In true Emily fashion, she just kept arguing with me.  I said, if someone tells you that I said you need to get out of the shot, then you should have moved and talked to me later.

**Berlamino, Betty Ellen**

| | |
|---|---|
| **From:** | Scott, Karen |
| **Sent:** | Tuesday, August 04, 2009 3:38 PM |
| **To:** | Berlamino, Betty Ellen; Maye, Jean |
| **Subject:** | FW: Emily more from 8/3 |

-----Original Message-----
From: Growick, Amy
Sent: Tuesday, August 04, 2009 2:27 PM
To: Scott, Karen
Subject: FW: Emily more from 8/3

-----Original Message-----
From: Growick, Amy
Sent: Tue 8/4/2009 4:36 AM
To: Growick, Amy
Subject: RE: Emily more from 8/3

During the 7:45 interview, Emily Frances introduced the two guests.

Milla Jovovich said "wouldn't you love to have him rescue you?"

Emily responded with "Absolutely NOT."

The male guest looked shocked and pissed off.

It was embarrassing

The whole interview was a mess. Emily didn't follow any of the questions Cecilia had written and it seemed as if Emily didn't know what she was talking about during the entire interview.

I called Cecilia and Emily into my office to discuss the segment. Emily got defensive and said "it's really hard when you interview two people at the same time. I'm doing the best I can."

I told Emily that she needs to do research before interviewing people or else she makes herself and the producers look bad.

Emily said "doing research doesn't make a difference.  Guests love me"

Cecilia then tried to explain to Emily that it makes her look bad when Emily is clueless about the topic.  Emily argued and Cecilia tried to get a word in, but Emily would not stop talking.  I told Emily that it doesn't matter if she asks the questions Cecilia writes, if she has done her own research. Emily doesn't want to do any work and feels she is perfectly fine at interviews and that there's no need for improvement.

I told her to watch the interview to see how bad it was, her response was "I don't have to watch it. I was there."

Amy Growick

1

CONFIDENTIAL          **WPIX000312**

Executive Producer

PIX Morning News

220 East 42nd Street, 2nd Floor

New York, NY 10017

(212) 210-2851 (direct line)

(646) 235-9183 (cell)

agrowick@tribune.com

2

CONFIDENTIAL

WPIX000313

# EXHIBIT S

REDACTED

**From:** Berlamino, Betty Ellen
**Sent:** Thursday, July 30, 2009 4:48 PM
**To:** Scott, Karen
**Cc:** Maye, Jean
**Subject:** RE: Emily Frances July 30 incident

Still waiting for a reply (below)

(except for the Jakai information which Jean informed me of)

**From:** Berlamino, Betty Ellen
**Sent:** Thursday, July 30, 2009 10:24 AM
**To:** Scott, Karen
**Cc:** Maye, Jean
**Subject:** FW: Emily Frances July 30 incident

Please let me know how you followed up with Amy.  I would like a "full write-up" on this as quickly as possible.

Also, please give me an update on any conversation that have taken place with Jakai after his complaints about Amy's unprofessionalism.

**From:** emywolk@aol.com [mailto:emywolk@aol.com]
**Sent:** Thursday, July 30, 2009 10:19 AM
**To:** Berlamino, Betty Ellen
**Subject:** Emily Frances July 30 incident

Hi realize you are just back from vacation..
But read at your leisure.I sent to Karen and Jean Maye

Hi Karen,

I want to bring you up to date on an incident this morning involving Amy Growick that I am still feeling confused and embarrassed about.

As has been the case for the 7 years as the Entertainment Anchor, the talent, including myself, has ALL been on set to say goodbye at the end of the show

Today, as usual, I went through the control room at 8:55am, to go to the set to say goodbye. I tried to ask Amy a quick show related question and she told me she was too busy. So I continued into the studio and sat down with the rest of the 8am talent in the commercial break. Brooklyn Borough President Marty Markowitz was on set following the chatroom. During the break, Mr. Markowitz and I were

9/21/2009

CONFIDENTIAL

WPIX000268

Page 2 of 3

speaking about my late grandmother who I recently discovered grew up in Prospect Park and I was asking him how to track down records from the 30's.

Then, moments later and seconds before we were back from commercial, in front of Mr. Markowitz and my fellow talent, I was told by the floor director that Amy wants me to get off the set and does not want me in the goodbye. I was confused and quite embarrassed by the time I realized what was going on, especially with the Brooklyn Borough President witnessing something which seems so unprofessional and immature. I informed them I would not open my mouth in the goodbye and didn't.

Immediately after the show...I was told by several of my coworkers that Amy came into the studio and was very angry that I did not get up. Then, more of my coworkers informed me the newsroom that Amy is mad at me and wants to see me in her office. Dr. Steve then came out of her office and told me "Amy told me she wants to see you in her office."

We proceeded to speak about the incident. I reminded her about the couple of times in the past when I was told by show producers they did not need me in the goodbye because they were on the heels of anchor interviews, and Amy would get angry at me for not being there at the close of the show.

I told her I feel very confused and often trapped and that every day I feel I'm looking for boobie traps. Amy proceeded to say " I have built the show in such a way that all of the talent should not be in the show close waving to the camera, as we all look very stupid." I told her that was the first I've heard of it in all the months of the new 8am show and that it would be helpful for her to communicate any changes of such a grand scale to her main talent and producers, as I am not a mind reader. She in turn said "It is not my job to babysit."

This comes on the heels of several other incidents that seem to clearly show a pattern that this a personal vendetta against me.

Last week alone, there were two Entertainment Guest in the 745 Entertainment News segement that Amy told a producer "Emily is absolutely not to do these interviews." One was with Jenna Bush who was promoting a charity. The other was with a budding singer who was on the US airways flight that landed in the Hudson and has since gotten a record deal and released an album.
A few weeks earlier, she refused to have me interview Heidi Fleiss who I have interviewed several times on the morning show and have built a rapport with. Heidi was on set to promote a new website..

It would seem that in my 15 years of on-air experience, my reputation and my interviewing skills, not to mention my years of news reporting experience, reinforced by my Michael Jackson coverage a few weeks ago, I have the skills to conduct the above interviews. I did communicate this to Amy nicely but with no change.

That said, I would like to share this incident to avoid any miscommunication.


Thank you


Emily Frances


9/21/2009

WPIX000269

Hot Deals at Dell on Popular Laptops perfect for Back to School

Hot Deals at Dell on Popular Laptops perfect for Back to School

9/21/2009

CONFIDENTIAL

WPIX000270

REDACTED

**From:** Berlamino, Betty Ellen
**Sent:** Friday, July 31, 2009 10:15 AM
**To:** Scott, Karen
**Cc:** Maye, Jean
**Subject:** RE: Emily Frances July 30 incident

Great...can you now address Emily's written letter to you with a written follow-up/response to her?  We will need to have something in a file that addresses Emily's letter to the News Director, the HR Director and the GM......

**From:** Scott, Karen
**Sent:** Friday, July 31, 2009 10:08 AM
**To:** Berlamino, Betty Ellen
**Cc:** Maye, Jean
**Subject:** RE: Emily Frances July 30 incident

Emily came in and discussed what she felt happened yesterday on set.  When asked why she sat down on the set she said she thought it was for the goodbye. The stage manager got a directive from Amy to move her and she felt embarrassed because Marty Markowitz was there.
I tried to explain to her, because I already met with Amy, that now that we have the 8-9 hour, we don't automatically have a goodbye with everyone there waving, that it varies from day to day.
I told her she sat down when we had another segment to air and that is why Amy told her to leave because it looked odd that she randomly appeared on set.  She refused to move because she thought it was the end of the show.  But still, when an EP tell a reporter something and it's live on air she needs to follow orders from the EP and question it later off air, not refuse to move.
I talked with Amy about the interviews that Emily claims she should have been assigned to and Amy said the following:
-Jenna Bush was given to Tamsen because Suki was on maternity leave and Jenna Bush is a hard news guest. Her father was president and we wanted to talk with her about being a presidential daughter and her charity work.
- US Airways Passenger/Budding Singer was given to Tamsen and Tiffany as a two anchor interview. This guest has an amazing story to tell about being on a flight that crash landed into the Hudson. It was a remarkable news story of survival that required NEWS ANCHORS.
- Heidi Fleiss was given to the news anchors as well because her interview came just a couple months after Spitzer was busted with a prostitute.  Heidi Fleiss is a hard news interview and the woman who ran the "Spitzer" prostitution ring says she used to work for Heidi Fleiss.

**From:** Berlamino, Betty Ellen
**Sent:** Friday, July 31, 2009 7:49 AM
**To:** Scott, Karen
**Subject:** Re: Emily Frances July 30 incident

Can you also fill me in on your follow-up meeting with emily?

9/21/2009

**From:** Scott, Karen
**To:** Berlamino, Betty Ellen
**Sent:** Fri Jul 31 06:44:56 2009
**Subject:** RE: Emily Frances July 30 incident

Yesterday, Emily went to the set and sat down in the Chat Room area before the last block of the show. Amy told the directors to get her off the couch because we were going to do another segment, not just say goodbye. The floor director told Emily, Amy wants you off the set and her response was NO! She then proceeded to sit there for the segment she wasn't supposed to be involved in. Amy then asked to see Emily in her office after the show. Emily ignored multiple requests until finally Amy went to Emily's desk and said I need to speak with you immediately.

Emily finally agreed and went into Amy's office. Amy explained to her that she was not supposed to be in that segment and when the floor director asked her to get off the set, she should have done so. Amy also said if she had a problem or question it could have been discussed after the show, but she should not have just ignored a request from the control room.

Amy came to me immediately after she spoke with Emily to tell me what happened.
She also had a situation with John Muller yesterday that she talked to me about.
Yesterday, John Muller came to Amy to ask why Steve was anchoring the 8am on Friday and not him. She told him she wanted to give everyone a chance to do the show until we find a permanent replacement for Tiffany. He said "I did that show for 8 years so it should still be mine." He then told her he believes she has a vendetta against him.

He thinks we screwed him over by changing the format and anchors of the 8 am show. Amy is trying her best to keep everyone happy by giving different people a chance to fill in on the 8. John has never gotten over the fact that we moved him and Suki to the 6-8, which are really our prime hours of the show. He feels he's been slighted. We purposely wanted a female anchored show from 8-9 with the male staffers doing different segments within the show. We are the ONLY station it in the market with two women anchoring a morning show and that makes us stand out.

As for Jakai, it was on the day of the Jersey City cops shot. We were first on the scene, but there were issues in the control room when it came to getting the live shot up. We were first on the scene, but there were issues in Jakai is a work in progress and John Seminerio acknowledges that. He is learning as he goes in his new job. He still has not mastered the ins and outs of the way we rock and roll to get shots into the building. And in a breaking news situation, people are making requests loudly in the control room to make things clear. Amy was requesting the James Ford live shot and Jakai had a problem getting it in. At that time Amy got James Ford on the phone and went live with a phoner instead of being able to get a live shot. That was a good call on her part because we were the first to report the story. If she simply waited for Jakai to get the shot in, we would have been beat. Jakai says Amy often runs to Cliff to get the job done. Air comes first, so if Cliff can get it in, we have to go with him. It was my understanding that Jakai went to HR to talk about the problem. I was called up by Jean to tell me that Jakai came to talk to her about the control room and how he felt undermined. I sat down with Jean and told her that Jakai is learning as he goes, but it's a hard job to learn and under pressure on air it makes it even harder. What's also contributing to the problem is that we have people in newscenter who are training themselves on how to bring in the shots. This was brought to us by letting go some engineers and bringing down into newscenter engineers who have never done the job. I explained to Jean Maye that air comes first and no matter what we need to get the shot in, the audio in and if it means yelling across the room, we will do that. I think Jakai may be a little sensitive and he's developing his management skills as he goes.
I talked to Amy and she described the same thing to me as I wrote above. I also spoke with John Seminerio and we both decided we should not make a big deal of it and Jean Maye could sit with Amy and Jakai to discuss it just the three of them. From what I have heard from Jean and Amy, the meeting went well and everyone is on the same page. Both Amy and Jakai are acting very comfortable and professional with either other and agree that breaking news situations can often cause high anxiety and shouldn't be taken personally.

**From:** Berlamino, Betty Ellen
**Sent:** Thursday, July 30, 2009 10:24 AM
**To:** Scott, Karen

9/21/2009

CONFIDENTIAL

WPIX000282

**Cc:** Maye, Jean
**Subject:** FW: Emily Frances July 30 incident

Please let me know how you followed up with Amy. I would like a "full write-up" on this as quickly as possible.

Also, please give me an update on any conversation that have taken place with Jakai after his complaints about Amy's unprofessionalism.

---

**From:** emywolk@aol.com [mailto:emywolk@aol.com]
**Sent:** Thursday, July 30, 2009 10:19 AM
**To:** Berlamino, Betty Ellen
**Subject:** Emily Frances July 30 incident

Hi realize you are just back from vacation..
But read at your leisure.I sent to Karen and Jean Maye

Hi Karen,

I want to bring you up to date on an incident this morning involving Amy Growick that I am still feeling confused and embarrassed about.

As has been the case for the 7 years as the Entertainment Anchor, the talent, including myself, has ALL been on set to say goodbye at the end of the show

Today, as usual, I went through the control room at 8:55am, to go to the set to say goodbye. I tried to ask Amy a quick show related question and she told me she was too busy. So I continued into the studio and sat down with the rest of the 8am talent in the commercial break. Brooklyn Borough President Marty Markowitz was on set following the chatroom. During the break, Mr. Markowitz and I were speaking about my late grandmother who I recently discovered grew up in Prospect Park and I was asking him how to track down records from the 30's.

Then, moments later and seconds before we were back from commercial, in front of Mr. Markowitz and my fellow talent, I was told by the floor director that Amy wants me to get off the set and does not want me in the goodbye. I was confused and quite embarrassed by the time I realized what was going on, especially with the Brooklyn Borough President witnessing something which seems so unprofessional and immature. I informed them I would not open my mouth in the goodbye and didn't.

Immediately after the show...I was told by several of my coworkers that Amy came into the studio and was very angry that I did not get up. Then, more of my coworkers informed me the newsroom that Amy is mad at me and wants to see me in her office. Dr. Steve then came out of her office and told me "Amy told me she wants to see you in her office."

We proceeded to speak about the incident. I reminded her about the couple of times in the past when I was told by show producers they did not need me in the goodbye because they were on the heels of anchor interviews, and Amy would get angry at me for not being there at the close of the show.

I told her I feel very confused and often trapped and that every day I feel I'm looking for boobie traps. Amy proceeded to say " I have built the show in such a way that all of the talent should not be in the show close waving to the camera, as we all look very stupid." I told her that was the first I've heard of it in all the months of the new 8am show and that it would be helpful for her to communicate any changes of such a grand scale to her main talent and producers, as I am not a mind reader. She in turn said "It is

9/21/2009

not my job to babysit."

This comes on the heels of several other incidents that seem to clearly show a pattern that this a personal vendetta against me.

Last week alone, there were two Entertainment Guest in the 745 Entertainment News segement that Amy told a producer "Emily is absolutely not to do these interviews." One was with Jenna Bush who was promoting a charity. The other was with a budding singer who was on the US airways flight that landed in the Hudson and has since gotten a record deal and released an album. A few weeks earlier, she refused to have me interview Heidi Fleiss who I have interviewed several times on the morning show and have built a rapport with. Heidi was on set to promote a new website..

It would seem that in my 15 years of on-air experience, my reputation and my interviewing skills, not to mention my years of news reporting experience, reinforced by my Michael Jackson coverage a few weeks ago, I have the skills to conduct the above interviews. I did communicate this to Amy nicely but with no change.

That said, I would like to share this incident to avoid any miscommunication.

Thank you

Emily Frances

Hot Deals at Dell on Popular Laptops perfect for Back to School

Hot Deals at Dell on Popular Laptops perfect for Back to School

9/21/2009

CONFIDENTIAL                                        WPIX000284