**REDACTED**

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
KAREN SCOTT,

        Plaintiff,

-against-

WPIX, INC.,

        Defendant.
---------------------------------x

10-CIV-4622 (WHP)

**DECLARATION**
**OF CATHY DAVIS**

I, Cathy Davis, hereby declare under penalty of perjury as follows:

1. I am employed by Tribune Company ("Tribune") as the Chief Financial Officer ("CFO") for the East Region Finance. As the CFO, I am responsible for finance and human resources for three Tribune television stations, including WPIX. As part of my human resources function, I oversee the personnel records maintained by WPIX. I submit this Declaration, which is based upon personal knowledge and my review of records maintained by WPIX in the ordinary course of its business, in support of WPIX's motion for summary judgment.

2. Betty Ellen Berlamino's date of birth is ███ 1959.

3. Tim Armstrong's date of birth is ███ 1965.

4. Bill Carey's date of birth is ███ 1958.

5. Larry Hoff's date of birth is ███ 1951.

6. Sal Marchiano's date of birth is ███, 1941.

7. Janet Maslow's date of birth is ███ 1942.

8. Mary Murphy's date of birth is ███ 1959.

9. Vanessa Tyler's date of birth is ███ 1959.

10. WPIX closed its New Jersey bureau in July 2009.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on August 11, 2011.

_____
Cathy Davis