UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
KAREN SCOTT,                              :

                Plaintiff,         :

      -against-                          :

WPIX, INC.,                               :

              Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

10 Civ. 4622 (WHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/12

WILLIAM H. PAULEY III, District Judge:

        By letter dated July 17, 2012, Plaintiff Karen Scott submitted to the Court various

objections to WPIX's use at trial of deposition testimony of Myrna Ramirez.  The Court rules as

follows:

| **Page/line designation** | **Objections** | **Ruling** |
|---|---|---|
| 12:16-21 | Hearsay | Overruled |
| 13:11-17:6 | Hearsay | 13:11 – 14:24 - Overruled;<br>14:24 – 15:9 – Sustained;<br>15:10 – 17:3 – Overruled;<br>17:3 - 17:6 – Sustained |
| 17:9-24 | Hearsay | Sustained |
| 18:1-15 | Hearsay | Overruled |
| 19:4-11 | Hearsay, non-responsive | Overruled |
| 20:1 – 14 | Speculation | Overruled |

| 21:2 | Typographical error | No ruling necessary |
|---|---|---|
| 23:20-24:7 | Hearsay | Overruled |
| 24:9-26:22 | Hearsay | Overruled |
| 26:23-28:20 | Exclude if testimony from 23-26 is excluded | Overruled |
| 29:6-30:1 | Hearsay | 29:6 – 19 – Overruled; 29:20 – 30:1 – Sustained |
| 30:4-21 | Hearsay | Sustained |
| 30:22-31:4 | Speculation, Hearsay | Overruled |
| 31:6-21 | Speculation, Hearsay | Sustained |
| 32:9-33:14 | Hearsay | Overruled |
| 37:13-20 | Hearsay | Sustained |
| 39:8-19 | Speculation | Sustained |
| 50:5-51:4 | Speculation | Overruled |
| 51:21-52:4 | Speculation | Overruled |
| 53:14-19 | Speculation | Sustained |
| 56:15-57:1 | Speculation | Overruled |
| 68:19-69:10 | Speculation | Overruled |
| 71:11-25 | Speculation | Overruled |
| 77:8-78:17 | Speculation | Overruled |
| 78:23-79:13 | Speculation | Overruled |
| 102:9-11 | Question designated without answer | Overruled |

| 104:3-19 | Speculation, Non-Responsive | Sustained |
| --- | --- | --- |

Dated: July 20, 2012
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*